# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SILVERGATE PHARMACEUTICALS, INC., ) ) ) ) Plaintiff, ) ) ) v. ) ) BIONPHARMA INC., ) ) ) Defendant. ) ) | C.A. No. 18-1962 (LPS) C.A. No. 19-1067 (LPS) |

### SILVERGATE'S NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a), notice is hereby given that Plaintiff Silvergate Pharmaceuticals, Inc. ("Silvergate"), appeals to the United States Court of Appeals for the Federal Circuit from this Court's Final Judgment (C.A. No. 18-1962 (D.I. 270)) entered on April 29, 2021, and any and all other orders, opinions, rulings, findings, or conclusions adverse to Silvergate, including the Opinion and Order (C.A. No. 18-1962 (D.I. 257, 259)) issued on April 27, 2021.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Wendy L. Devine<br>Kristina M. Hanson<br>Yan-Xin Li<br>Jody Karol<br>WILSON SONSINI GOODRICH & ROSATI<br>One Market Plaza, Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>(415) 947-2000<br><br>Natalie J. Morgan<br>WILSON SONSINI GOODRICH & ROSATI<br>12235 El Camino Real, Suite 200<br>San Diego, CA 92130-3002<br>(858) 350-2300<br><br>Talin Gordnia<br>Granville C. Kaufman<br>Ty W. Callahan<br>WILSON SONSINI GOODRICH & ROSATI<br>633 West Fifth Street, Suite 1550<br>Los Angeles, CA 90071<br>(323) 210-2900<br><br>April 30, 2021 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Megan E. Dellinger*<br><br>Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Plaintiff Silvergate Pharmaceuticals, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 30, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Andrew M. Alul, Esquire<br>Roshan P. Shrestha, Esquire<br>Richard T. Ruzich, Esquire<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker Drive, Suite 2800<br>Chicago, IL 60601<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)