# EXHIBIT N

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SILVERGATE PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-1962 (LPS) |
| | ) | C.A. No. 19-1067 (LPS) |
| BIONPHARMA INC., | ) | C.A. No. 20-1256 (LPS) |
| | ) | |
| Defendant. | ) | |

## SILVERGATE'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Silvergate Pharmaceuticals, Inc. ("Silvergate") respectfully moves the Court for a preliminary injunction against Defendant Bionpharma Inc. The grounds for this motion are fully set forth in Silvergate's opening brief and in the accompanying declarations identified therein.

OF COUNSEL:

Wendy L. Devine
Kristina M. Hanson
Yan-Xin Li
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000

Natalie J. Morgan
WILSON SONSINI GOODRICH & ROSATI
12235 El Camino Real, Suite 200
San Diego, CA 92130-3002
(858) 350-2300

Ty W. Callahan
Granville C. Kaufman
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
(323) 210-2900

March 31, 2021

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiff Silvergate Pharmaceuticals, Inc.*

## D. DEL. LR 7.1.1 CERTIFICATION

Pursuant to D. Del. LR 7.1.1, Silvergate states that a reasonable effort has been made to reach agreement with Defendant on the subject of this motion, but the parties have been unable to reach agreement.

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)

# CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 31, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Andrew M. Alul, Esquire<br>Roshan P. Shrestha, Esquire<br>Richard T. Ruzich, Esquire<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker Drive, Suite 2800<br>Chicago, IL 60601<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)