# EXHIBIT U

## U.S. District Court — Judicial Caseload Profile

**DELAWARE**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mar 31 2016 | Mar 31 2017 | Mar 31 2018 | Mar 31 2019 | Mar 31 2020 | Mar 31 2021 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings ¹ | 1,390 | 1,667 | 2,225 | 2,394 | 2,463 | 1,956 | | |
| | | Terminations | 1,750 | 1,413 | 2,125 | 2,142 | 2,419 | 1,978 | | |
| | | Pending | 1,803 | 2,059 | 2,161 | 2,409 | 2,485 | 2,520 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 40.7 | 17.3 | -12.1 | -18.3 | -20.6 | | 77 | 6 |
| | | Number of Judgeships | 4 | 4 | 4 | 4 | 4 | 4 | | |
| | | Vacant Judgeship Months ² | 0.0 | 1.8 | 23.0 | 8.5 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 348 | 417 | 556 | 599 | 616 | 489 | 38 | 3 |
| | | Civil | 315 | 395 | 528 | 570 | 577 | 466 | 16 | 2 |
| | | Criminal Felony | 27 | 17 | 24 | 24 | 32 | 19 | 92 | 5 |
| | | Supervised Release Hearings | 6 | 5 | 5 | 5 | 7 | 4 | 89 | 5 |
| | Pending Cases ² | | 451 | 515 | 540 | 602 | 621 | 630 | 23 | 4 |
| | Weighted Filings ² | | 503 | 565 | 878 | 1,012 | 1,047 | 919 | 3 | 2 |
| | Terminations | | 438 | 353 | 531 | 536 | 605 | 495 | 28 | 2 |
| | Trials Completed | | 13 | 15 | 14 | 13 | 25 | 13 | 27 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 13.8 | 11.6 | 13.1 | 11.1 | 6.8 | 11.7 | 41 | 2 |
| | | Civil ² | 12.4 | 10.4 | 5.3 | 5.3 | 5.3 | 7.3 | 16 | 3 |
| | From Filing to Trial ² (Civil Only) | | 24.8 | 24.4 | 27.1 | 32.3 | 29.3 | 28.7 | 13 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 209 12.8 | 253 13.4 | 189 9.6 | 206 9.2 | 241 10.3 | 291 12.4 | 63 | 3 |
| | Average Number of Felony Defendants Filed per Case | | 1.6 | 1.1 | 1.2 | 1.1 | 1.1 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 67.6 | 57.7 | 87.6 | 44.2 | 42.2 | 0 | | |
| | | Percent Not Selected or Challenged | 45.6 | 41.5 | 46.7 | 24.4 | 29.0 | 100.0 | | |

### 2021 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 1,865 | 36 | 36 | 132 | 2 | 2 | 23 | 185 | 64 | 832 | 94 | 12 | 447 |
| Criminal ¹ | 75 | - | 18 | 13 | 23 | 7 | 3 | 5 | - | 3 | - | 1 | 2 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**NEW JERSEY**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mar 31 2016 | Mar 31 2017 | Mar 31 2018 | Mar 31 2019 | Mar 31 2020 | Mar 31 2021 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 10,205 | 11,913 | 19,524 | 25,855 | 20,340 | 27,050 | | |
| | Terminations | | 10,319 | 10,670 | 9,727 | 14,205 | 12,788 | 10,254 | | |
| | Pending | | 9,772 | 11,017 | 20,827 | 32,982 | 40,442 | 57,246 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 165.1 | 127.1 | 38.5 | 4.6 | 33.0 | | 2 | 1 |
| | Number of Judgeships | | 17 | 17 | 17 | 17 | 17 | 17 | | |
| | Vacant Judgeship Months [2] | | 43.4 | 48.0 | 34.0 | 50.4 | 70.5 | 72.0 | | |
| **Actions per Judgeship** | Filings | Total | 600 | 701 | 1,148 | 1,521 | 1,196 | 1,591 | 2 | 1 |
| | | Civil | 555 | 661 | 1,106 | 1,465 | 1,127 | 1,542 | 2 | 1 |
| | | Criminal Felony | 34 | 26 | 32 | 45 | 58 | 41 | 75 | 3 |
| | | Supervised Release Hearings | 12 | 13 | 10 | 11 | 12 | 8 | 84 | 2 |
| | Pending Cases [2] | | 575 | 648 | 1,225 | 1,940 | 2,379 | 3,367 | 2 | 1 |
| | Weighted Filings [2] | | 550 | 550 | 834 | 1,066 | 829 | 1,143 | 2 | 1 |
| | Terminations | | 607 | 628 | 572 | 836 | 752 | 603 | 16 | 1 |
| | Trials Completed | | 12 | 8 | 6 | 8 | 7 | 2 | 92 | 5 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 13.3 | 14.4 | 8.7 | 8.6 | 8.8 | 9.2 | 16 | 1 |
| | | Civil [2] | 8.4 | 7.6 | 6.5 | 5.1 | 9.4 | 10.1 | 60 | 5 |
| | From Filing to Trial [2] (Civil Only) | | 45.5 | 31.4 | 48.7 | 48.9 | 40.8 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 540 6.1 | 652 6.3 | 780 3.9 | 1,271 4.0 | 1,018 2.6 | 9,294 16.7 | 78 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 76.7 | 79.6 | 105.6 | 127.5 | 96.3 | 0 | | |
| | | Percent Not Selected or Challenged | 36.4 | 36.1 | 39.4 | 41.7 | 39.4 | 0 | | |

### 2021 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 26,212 | 569 | 18,705 | 1,354 | 15 | 62 | 531 | 902 | 1,049 | 368 | 1,120 | 25 | 1,512 |
| Criminal [1] | 700 | 29 | 242 | 34 | 151 | 170 | 16 | 11 | - | 8 | 9 | 10 | 20 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."