# EXHIBIT V

PTO/AIA/15 (**10-17**)
Approved for use through **11/30/2020**. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# UTILITY
# PATENT APPLICATION
# TRANSMITTAL

*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

| | |
|---|---|
| *Attorney Docket No.* | **43060-707.308** |
| *First Named Inventor* | Gerold L. MOSHER |
| *Title* | ENALAPRIL FORMULATIONS |
| *Priority Mail Express®* *Label No.* | Filed Electronically via EFS-Web on |

## APPLICATION ELEMENTS

*See MPEP chapter 600 concerning utility patent application contents.*

| | | |
|---|---|---|
| 1. | ☐ | **Fee Transmittal Form** (PTO/SB/17 or equivalent) |
| 2. | ☐ | **Applicant asserts small entity status.** See 37 CFR 1.27 |
| 3. | ☐ | **Applicant certifies micro entity status.** See 37 CFR 1.29. Applicant must attach form PTO/SB/15A or B or equivalent. |
| 4. | ☑ | **Specification** *[Total Pages* 51 *]* Both the claims and abstract must start on a new page. *(See MPEP § 608.01(a) for information on the preferred arrangement)* |
| 5. | ☑ | **Drawing(s)** (35 U.S.C. 113) *[Total Sheets* 2 *]* |
| 6. | | **Inventor's Oath or Declaration** *[Total Pages* 2 *]* *(including substitute statements under 37 CFR 1.64 and assignments serving as an oath or declaration under 37 CFR 1.63(e))* |
| | a. ☐ | Newly executed (original or copy) |
| | b. ☑ | A copy from a prior application (37 CFR 1.63(d)) |
| 7. | ☑ | **Application Data Sheet** * See note below. See 37 CFR 1.76 (PTO/AIA/14 or equivalent) |
| 8. | ☐ | **CD-ROM or CD-R** in duplicate, large table, or Computer Program (*Appendix*) |
| | ☐ | Landscape Table on CD |
| 9. | | **Nucleotide and/or Amino Acid Sequence Submission** *(if applicable, items a. – c. are required)* |
| | a. ☐ | Computer Readable Form (CRF) |
| | b. ☐ | Specification Sequence Listing on: |
| | i. ☐ | CD-ROM or CD-R (2 copies); or |
| | ii. ☐ | Paper |
| | c. ☐ | Statements verifying identity of above copies |

**ADDRESS TO:**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## ACCOMPANYING APPLICATION PAPERS

| | | |
|---|---|---|
| 10. | ☐ | **Assignment Papers** (cover sheet & document(s)) Name of Assignee _____ |
| 11. | ☑ | **37 CFR 3.73(c) Statement** (when there is an assignee) ☑ **Power of Attorney** |
| 12. | ☐ | **English Translation Document** (if applicable) |
| 13. | ☐ | **Information Disclosure Statement** (PTO/SB/08 or PTO-1449) |
| | ☐ | Copies of citations attached |
| 14. | ☐ | **Preliminary Amendment** |
| 15. | ☐ | **Return Receipt Postcard** (MPEP § 503) (Should be specifically itemized) |
| 16. | ☐ | **Certified Copy of Priority Document(s)** (if foreign priority is claimed) |
| 17. | ☐ | **Nonpublication Request** Under 35 U.S.C. 122(b)(2)(B)(i). Applicant must attach form PTO/SB/35 or equivalent. |
| 18. | ☑ | **Other:** Certification and Request for Prioritized Examination Under 37 CFR 1.102(e) - 1 pp. |

**\*Note:** (1) Benefit claims under 37 CFR 1.78 and foreign priority claims under 1.55 **must** be included in an Application Data Sheet (ADS).
(2) For applications filed under 35 U.S.C. 111, the application must contain an ADS specifying the applicant if the applicant is an assignee, person to whom the inventor is under an obligation to assign, or person who otherwise shows sufficient proprietary interest in the matter. See 37 CFR 1.46(b).

## 19. CORRESPONDENCE ADDRESS

| | | | |
|---|---|---|---|
| ☑ | The address associated with Customer Number: 21971 | OR | ☐ Correspondence address below |

| | | | | | |
|---|---|---|---|---|---|
| Name | | | | | |
| Address | | | | | |
| City | | State | | Zip Code | |
| Country | | Telephone | | Email | |

| | | | |
|---|---|---|---|
| Signature | /Clark Lin/ | Date | January 15, 2021 |
| Name (Print/Type) | Clark Y. Lin | Registration No. (Attorney/Agent) | 67024 |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

BION-ESOL-00038360

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | ENALAPRIL FORMULATIONS |
| **First Named Inventor/Applicant Name:** | Gerold L. Mosher |
| **Filer:** | Clark Y. Lin/Christine Colbert |
| **Attorney Docket Number:** | 43060-707.308 |

Filed as Large Entity

**Filing Fees for**   Track I Prioritized Examination - Nonprovisional Application under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| UTILITY APPLICATION FILING | 1011 | 1 | 320 | 320 |
| UTILITY SEARCH FEE | 1111 | 1 | 700 | 700 |
| UTILITY EXAMINATION FEE | 1311 | 1 | 800 | 800 |
| REQUEST FOR PRIORITIZED EXAMINATION | 1817 | 1 | 4200 | 4200 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |

BION-ESOL-00038361

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **6020** |

BION-ESOL-00038362

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 41663147 |
| **Application Number:** | 17150587 |
| **International Application Number:** | |
| **Confirmation Number:** | 8547 |
| **Title of Invention:** | ENALAPRIL FORMULATIONS |
| **First Named Inventor/Applicant Name:** | Gerold L. Mosher |
| **Customer Number:** | 21971 |
| **Filer:** | Clark Y. Lin/Christine Colbert |
| **Filer Authorized By:** | Clark Y. Lin |
| **Attorney Docket Number:** | 43060-707.308 |
| **Receipt Date:** | 15-JAN-2021 |
| **Filing Date:** | |
| **Time Stamp:** | 16:31:30 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $6020 |
| RAM confirmation Number | E20211EG32087814 |
| Deposit Account | 232415 |
| Authorized User | Christine Colbert |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: ||
| 37 CFR 1.16 (National application filing, search, and examination fees) ||
| 37 CFR 1.17 (Patent application and reexamination processing fees) ||

BION-ESOL-00038363

37 CFR 1.19 (Document supply fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | TrackOne Request | 43060_707_308_REQUEST_PRIORITIZED_EXAM.pdf | 146880 <br><br> 04a33c81166e1c78039c43d7a9e0a5c52e963824 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Application Data Sheet | 43060_707_308_ADS.pdf | 141126 <br><br> b1239b01a9acac30785f42605f4f30002ea5a6bc0 | no | 9 |
| Warnings: | | | | | |
| Information: | | | | | |
| This is not an USPTO supplied ADS fillable form | | | | | |
| 3 | | 43060_707_308_SPEC.pdf | 688821 <br><br> 1993bddf468385edb67d34c62c079415761 3945c | yes | 51 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Miscellaneous Incoming Letter | 1 | 1 |
| Specification | 2 | 48 |
| Claims | 49 | 50 |
| Abstract | 51 | 51 |

| | | | | | |
|---|---|---|---|---|---|
| Warnings: | | | | | |
| Information: | | | | | |
| 4 | Drawings-only black and white line drawings | 43060_707_308_FIGS.pdf | 92265 <br><br> 1982afe7b13b43bfc9274bc585ae5a5f8775 4a74 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |

BION-ESOL-00038364

| 5 | Power of Attorney | 43060_707_308_POA_TRANSM ITTAL.pdf | 797464 <br><br> cac836f9a0a0ecae68f7170a482240aceb6e 0716 | no | 4 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 6 | Oath or Declaration filed | 43060_707_308_DECS.pdf | 237270 <br><br> d0d0dd771cf95646b782815f901da18fe69 99f0c | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 7 | Transmittal of New Application | 43060_707_308_TRANSMITTAL .pdf | 118673 <br><br> f1680aaf1c94d268c11f5d8e49183b176dab 7ea5 | no | 1 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 8 | Fee Worksheet (SB06) | fee-info.pdf | 36591 <br><br> 2a1e05e48ce0d52a0f44a6882089bb0bc90 40d06 | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| Total Files Size (in bytes): | 2259090 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

BION-ESOL-00038365

Doc Code: TRACK1.REQ
Document Description: TrackOne Request

PTO/AIA/424 (04-14)

## CERTIFICATION AND REQUEST FOR PRIORITIZED EXAMINATION
## UNDER 37 CFR 1.102(e) (Page 1 of 1)

| First Named Inventor: | Gerold L. MOSHER | Nonprovisional Application Number (if known): | |
| --- | --- | --- | --- |
| Title of Invention: | ENALAPRIL FORMULATIONS | | |

**APPLICANT HEREBY CERTIFIES THE FOLLOWING AND REQUESTS PRIORITIZED EXAMINATION FOR THE ABOVE-IDENTIFIED APPLICATION.**

1. The processing fee set forth in 37 CFR 1.17(i)(1) and the prioritized examination fee set forth in 37 CFR 1.17(c) have been filed with the request. The publication fee requirement is met because that fee, set forth in 37 CFR 1.18(d), is currently $0. The basic filing fee, search fee, and examination fee are filed with the request or have been already been paid. I understand that any required excess claims fees or application size fee must be paid for the application.

2. I understand that the application may not contain, or be amended to contain, more than four independent claims, more than thirty total claims, or any multiple dependent claims, and that any request for an extension of time will cause an outstanding Track I request to be dismissed.

3. The applicable box is checked below:

   **I.**   ☑   **Original Application (Track One) - Prioritized Examination under § 1.102(e)(1)**

   i.   (a) The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a). This certification and request is being filed with the utility application via EFS-Web.
   ---OR---
   (b) The application is an original nonprovisional plant application filed under 35 U.S.C. 111(a). This certification and request is being filed with the plant application in paper.

   ii.   **An executed inventor's oath or declaration under 37 CFR 1.63 or 37 CFR 1.64 for each** inventor, **or** the application data sheet meeting the conditions specified in 37 CFR 1.53(f)(3)(i) is filed with the application.

   **II.**   ☐   **Request for Continued Examination - Prioritized Examination under § 1.102(e)(2)**

   i.   A request for continued examination has been filed with, or prior to, this form.
   ii.   If the application is a utility application, this certification and request is being filed via EFS-Web.
   iii.   The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a), or is a national stage entry under 35 U.S.C. 371.
   iv.   This certification and request is being filed prior to the mailing of a first Office action responsive to the request for continued examination.
   v.   No prior request for continued examination has been granted prioritized examination status under 37 CFR 1.102(e)(2).

| Signature /Clark Lin/ | Date January 15, 2021 |
| --- | --- |
| Name (Print/Typed) Clark Y. Lin | Practitioner Registration Number 67024 |

**Note:** *This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. Submit multiple forms if more than one signature is required.* *

☑   *Total of __1__ forms are submitted.

BION-ESOL-00038366

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent.  Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent.  If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a).  Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract.  Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906.  Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive.  Such disclosure shall not be used to make determinations about individuals.
8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151.  Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

BION-ESOL-00038367

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 43060-707.308 |
|---|---|---|
| | Application Number | |

| Title of Invention | ENALAPRIL FORMULATIONS |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

| Inventor | 1 | | | Remove |
|---|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Gerold | L. | Mosher | |

**Residence Information (Select One)**  ● US Residency   ○ Non US Residency   ○ Active US Military Service

| City | Kansas City | State/Province | MO | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 12215 Avila Drive |
|---|---|
| Address 2 | |

| City | Kansas City | State/Province | MO |
|---|---|---|---|
| Postal Code | 64145 | Country i | US |

| Inventor | 2 | | | Remove |
|---|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | David | W. | Miles | |

**Residence Information (Select One)**  ● US Residency   ○ Non US Residency   ○ Active US Military Service

| City | Kansas City | State/Province | MO | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 12309 Wyandotte Street |
|---|---|
| Address 2 | |

| City | Kansas City | State/Province | MO |
|---|---|---|---|
| Postal Code | 64145 | Country i | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.   [ Add ]

## Correspondence Information:

Enter either Customer Number or complete the Correspondence Information section below.
For further information see 37 CFR 1.33(a).

BION-ESOL-00038368

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 43060-707.308 |
|---|---|---|
| | Application Number | |
| Title of Invention | ENALAPRIL FORMULATIONS | |

☐ **An Address is being provided for the correspondence Information of this application.**

| Customer Number | 021971 | |
|---|---|---|
| Email Address | Patentdocket@wsgr.com | [Add Email] [Remove Email] |

## Application Information:

| Title of the Invention | ENALAPRIL FORMULATIONS | | |
|---|---|---|---|
| Attorney Docket Number | 43060-707.308 | Small Entity Status Claimed | ☐ |
| Application Type | Nonprovisional | | |
| Subject Matter | Utility | | |
| Total Number of Drawing Sheets (if any) | 2 | Suggested Figure for Publication (if any) | |

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a).  Do not complete this section if application papers including a specification and any drawings are being filed.  Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY MM DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.**  I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify  that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a  multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32). Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ⦿ Customer Number | ◯ US Patent Practitioner | ◯ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 021971 | | |

BION-ESOL-00038369

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 43060-707.308 |
|---|---|---|
| | Application Number | |

| Title of Invention | ENALAPRIL FORMULATIONS |
|---|---|

# Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the "Application Number" field blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| | Continuation of | 16/991575 | 2020-08-12 |

| Prior Application Status | Patented | | | Remove | |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 16/991575 | Continuation of | 16/883553 | 2020-05-26 | 10799476 | 2020-10-13 |

| Prior Application Status | Patented | | | Remove | |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 16/883553 | Continuation of | 16/242898 | 2019-01-08 | 10772868 | 2020-09-15 |

| Prior Application Status | Patented | | | Remove | |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 16/242898 | Continuation of | 16/177159 | 2018-10-31 | 10786482 | 2020-09-29 |

| Prior Application Status | Patented | | | Remove | |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 16/177159 | Continuation of | 16/003994 | 2018-06-08 | 10154987 | 2018-12-18 |

| Prior Application Status | Patented | | | Remove | |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 16/003994 | Continuation of | 15/802341 | 2017-11-02 | 10039745 | 2018-08-07 |

| Prior Application Status | Patented | | | Remove | |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 15/802341 | Continuation of | 15/613622 | 2017-06-05 | 9808442 | 2017-11-07 |

| Prior Application Status | Patented | | | Remove | |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 15/613622 | Continuation of | 15/081603 | 2016-03-25 | 9669008 | 2017-06-06 |

BION-ESOL-00038370

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 43060-707.308 |
|---|---|---|
| | Application Number | |

| Title of Invention | ENALAPRIL FORMULATIONS |
|---|---|

| Prior Application Status | Expired | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 15/081603 | Claims benefit of provisional | 62/310198 | 2016-03-18 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

# Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove |
|---|---|---|---|
| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

# Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

BION-ESOL-00038371

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 43060-707.308 |
| | Application Number | |
| Title of Invention | ENALAPRIL FORMULATIONS | |

# Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**: This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application. After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s). Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

**1. Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

**A. Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2) any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h) (1).

**B. Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

**2. Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☐ A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed. If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐ B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE**: Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

BION-ESOL-00038372

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 43060-707.308 |
| | Application Number | |

| Title of Invention | ENALAPRIL FORMULATIONS |

## Applicant Information:

> Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant   1**

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

[ Clear ]

| ( ● ) Assignee | ( ○ ) Legal Representative under 35 U.S.C. 117 | ( ○ ) Joint Inventor |

| ( ○ ) Person to whom the inventor is obligated to assign. | ( ○ ) Person who shows sufficient proprietary interest |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor:

If the Applicant is an Organization check here.    [x]

| Organization Name | Silvergate Pharmaceuticals, Inc. |

**Mailing Address Information For Applicant:**

| **Address 1** | 6251 Greenwood Plaza Blvd., Bldg. 6, Suite 101 | | |
| Address 2 | | | |
| **City** | Greenwood Village | **State/Province** | CO |
| **Country** | US | Postal Code | 80111 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.

## Assignee Information including Non-Applicant Assignee Information:

> Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

BION-ESOL-00038373

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 43060-707.308 |
|---|---|---|
| | Application Number | |

| Title of Invention | ENALAPRIL FORMULATIONS |
|---|---|

---

**Assignee     1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

If the Assignee or Non-Applicant Assignee is an Organization check here.          ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| **Address 1** | |
|---|---|
| Address 2 | |

| **City** | | | **State/Province** | |
|---|---|---|---|---|
| **Country** i | | | Postal Code | |
| Phone Number | | | Fax Number | |
| Email Address | | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

---

# Signature:

**NOTE:** This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the INITIAL filing of the application and either box A or B is not checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

    This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

    See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| Signature | /Clark Lin/ | | | Date  (YYYY-MM-DD) | 2021-01-15 |
|---|---|---|---|---|---|
| First Name | Clark | Last Name | Lin | Registration Number | 67024 |

Additional Signature may be generated within this form by selecting the Add button.

BION-ESOL-00038374

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 43060-707.308 |
|---|---|---|
| | Application Number | |

| Title of Invention | ENALAPRIL FORMULATIONS |
|---|---|

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

BION-ESOL-00038375

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93 579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2.(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

BION-ESOL-00038376

WSGR Docket No. 43060-707.308

CLAIMS

WHAT IS CLAIMED IS:

1.  A stable oral liquid formulation, consisting essentially of:

    (i) about 0.6 to about 1.2 mg/ml enalapril or a pharmaceutically acceptable salt or solvate thereof;

    (ii) a sweetener;

    (iii) a preservative, wherein the preservative comprises sodium benzoate, a paraben or a mixture of parabens;

    (iv) water; and

    (v) optionally a flavoring agent;

    wherein the formulation is stable at about $5 \pm 3°$ C for at least 12 months; and

    wherein the stable oral liquid formulation has about 95% w/w or greater of the initial enalapril amount and about 5% w/w or less total impurity or related substances at the end of the given storage period.

2.  The stable oral liquid formulation of claim 1, wherein the formulation is stable at about $5 \pm 3°$ C for at least 18 months.

3.  The stable oral liquid formulation of claim 1, wherein the formulation is stable at about $5 \pm 3°$ C for at least 24 months.

4.  The stable oral liquid formulation of claim 1, wherein the formulation maintains a pH between about 3 and about 4 for at least 3 months at about $5 \pm 3°$ C.

5.  The stable oral liquid formulation of claim 1, wherein the formulation maintains a pH between about 3 and about 4 for at least 12 months at about $5 \pm 3°$ C.

6.  The stable oral liquid formulation of claim 1, wherein the sweetener is sucralose.

7.  The stable oral liquid formulation of claim 6, wherein the sucralose is present in about 0.5 mg/ml to about 0.9 mg/ml in the oral liquid formulation.

8.  The stable oral liquid formulation of claim 1, wherein the sweetener is saccharin or a salt thereof.

9.  The stable oral liquid formulation of claim 8, wherein the saccharin or a salt thereof is present at about 2 mg/ml in the oral liquid formulation.

10. The stable oral liquid formulation of claim 1, comprising a flavoring agent.

BION-ESOL-00038377

WSGR Docket No. 43060-707.308

11. The stable oral liquid formulation of claim 1, wherein the enalapril or a pharmaceutically acceptable salt or solvate thereof functions as a buffer.

12. The stable oral liquid formulation of claim 1, wherein the enalapril or a pharmaceutically acceptable salt or solvate thereof is present at about 1.0 mg/ml in the oral liquid formulation.

13. The stable oral liquid formulation of claim 1, wherein the preservative is a mixture of parabens.

14. The stable oral liquid formulation of claim 1, wherein the paraben or the mixture of parabens is methylparaben, ethylparaben, propylparaben, butylparaben, salts thereof, or a combination thereof.

15. The stable oral liquid formulation of claim 1, wherein the mixture of parabens comprises methylparaben and propylparaben.

16. The stable oral liquid formulation of claim 1, wherein the paraben or the mixture of parabens is present at about 0.1 mg/ml to about 2 mg/ml in the oral liquid formulation.

17. The stable oral liquid formulation of claim 1, wherein the preservative comprises sodium benzoate.

18. The stable oral liquid formulation of claim 17, wherein the sodium benzoate is present at about 0.2 mg/ml to about 1.2 mg/ml in the oral liquid formulation.

19. The stable oral liquid formulation of claim 1, consisting essentially of:

(i) about 1.0 mg/ml enalapril or a pharmaceutically acceptable salt or solvate thereof;

(ii) a sweetener that is sucralose or sodium saccharin;

(iii) a preservative, wherein the preservative comprises a mixture of parabens that is present at about 0.1 mg/ml to about 2 mg/ml in the oral liquid formulation;

(iv) water; and

(v) optionally a flavoring agent.

20. The stable oral liquid formulation of claim 1, consisting essentially of:

(i) about 1.0 mg/ml enalapril or a pharmaceutically acceptable salt or solvate thereof;

(ii) a sweetener that is sucralose or sodium saccharin;

(iii) a preservative, wherein the preservative comprises sodium benzoate that is present at about 0.2 mg/ml to about 1.2 mg/ml in the oral liquid formulation;

(iv) water; and

(v) optionally a flavoring agent.

BION-ESOL-00038378

WSGR Docket No. 43060-707.308

# ENALAPRIL FORMULATIONS

## ABSTRACT OF THE DISCLOSURE

Provided herein are stable enalapril oral liquid formulations. Also provided herein are methods of using enalapril oral liquid formulations for the treatment of certain diseases including hypertension, heart failure and asymptomatic left ventricular dysfunction.

BION-ESOL-00038379

1/2

**FIG. 1**



● Enalapril diketopiperazine;  ○ Enalaprilat

BION-ESOL-00038380

2/2

**FIG. 2**



PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | ENALAPRIL FORMULATIONS |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

☐ The attached application, or

☒ United States application or PCT international application number  15/081,603

filed on  March 25, 2016

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor:  Gerold L. MOSHER                          Date (Optional) :

Signature:  *Gerold L Mosher*

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

BION-ESOL-00038382

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | ENALAPRIL FORMULATIONS |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

☐ The attached application, or

☒ United States application or PCT international application number __15/081,603__

filed on __March 25, 2016__

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: David W. MILES                                    Date (Optional): 3/28/2016

Signature: _David W. Miles_

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

BION-ESOL-00038383

PTO/AIA/82A (07-13)
Approved for use through 03/31/2021. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5, unless the application number and filing date are identified in the Power of Attorney by Applicant form.  If neither form PTO/AIA/82A nor form PTO/AIA82B identifies the application to which the Power of Attorney is directed, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | Not Yet Assigned |
| Filing Date | Concurrently Herewith |
| First Named Inventor | Gerold L. Mosher, et al. |
| Title | ENALAPRIL FORMULATIONS |
| Art Unit | Not Yet Assigned |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | 43060-707.308 |

### SIGNATURE of Applicant or Patent Practitioner

| Signature | /Clark Lin/ | Date (Optional) | January 15, 2021 |
|---|---|---|---|
| Name | Clark Lin | Registration Number | 67,024 |
| Title (if Applicant is a juristic entity) | | | |
| Applicant Name (if Applicant is a juristic entity) | | | |

**NOTE:**  This form must be signed in accordance with 37 CFR 1.33.  See 37 CFR 1.4(d) for signature requirements and certifications. If more than one applicant, use multiple forms.

[✓] *Total of   1   forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

BION-ESOL-00038384

PTO/AIA/96 (08-12)
Approved for use through 01/31/2013. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(c)

Applicant/Patent Owner: Silvergate Pharmaceuticals, Inc.

Application No./Patent No.: 15/081,603     Filed/Issue Date: March 25, 2016

Titled: ENALAPRIL FORMULATIONS

Silvergate Pharmaceuticals, Inc. , a Corporation

(Name of Assignee)     (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that, for the patent application/patent identified above, it is (choose **one** of options 1, 2, 3 or 4 below):

1. [✓] The assignee of the entire right, title, and interest.

2. [ ] An assignee of less than the entire right, title, and interest (check applicable box):

    [ ] The extent (by percentage) of its ownership interest is _____%. Additional Statement(s) by the owners holding the balance of the interest <u>must be submitted</u> to account for 100% of the ownership interest.

    [ ] There are unspecified percentages of ownership. The other parties, including inventors, who together own the entire right, title and interest are:

    Additional Statement(s) by the owner(s) holding the balance of the interest <u>must be submitted</u> to account for the entire right, title, and interest.

3. [ ] The assignee of an undivided interest in the entirety (a complete assignment from one of the joint inventors was made). The other parties, including inventors, who together own the entire right, title, and interest are:

    Additional Statement(s) by the owner(s) holding the balance of the interest <u>must be submitted</u> to account for the entire right, title, and interest.

4. [ ] The recipient, via a court proceeding or the like (*e.g.*, bankruptcy, probate), of an undivided interest in the entirety (a complete transfer of ownership interest was made). The certified document(s) showing the transfer is attached.

The interest identified in option 1, 2 or 3 above (not option 4) is evidenced by either (choose **one** of options A or B below):

A. [✓] An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel 038792 , Frame 0116 , or for which a copy thereof is attached.

B. [ ] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

    1. From: _____ To: _____

    The document was recorded in the United States Patent and Trademark Office at

    Reel _____, Frame _____, or for which a copy thereof is attached.

    2. From: _____ To: _____

    The document was recorded in the United States Patent and Trademark Office at

    Reel _____, Frame _____, or for which a copy thereof is attached.

[Page 1 of 2]

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA  22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

BION-ESOL-00038385

PTO/AIA/96 (08-12)
Approved for use through 01/31/2013. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(c)

3. From: _____   To: _____

      The document was recorded in the United States Patent and Trademark Office at

      Reel _____, Frame _____, or for which a copy thereof is attached.

4. From: _____   To: _____

      The document was recorded in the United States Patent and Trademark Office at

      Reel _____, Frame _____, or for which a copy thereof is attached.

5. From: _____   To: _____

      The document was recorded in the United States Patent and Trademark Office at

      Reel _____, Frame _____, or for which a copy thereof is attached.

6. From: _____   To: _____

      The document was recorded in the United States Patent and Trademark Office at

      Reel _____, Frame _____, or for which a copy thereof is attached.

☐  Additional documents in the chain of title are listed on a supplemental sheet(s).

☑  As required by 37 CFR 3.73(c)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

      [NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

| | |
|---|---|
| /Clark Lin/ | June 8, 2016 |
| Signature | Date |
| Clark Y. Lin | 67,024 |
| Printed or Typed Name | Title or Registration Number |

[Page 2 of 2]

BION-ESOL-00038386

Doc Code: PA.
Document Description: Power of Attorney

PTO/AIA/82B (07-13)
Approved for use through 01/31/2018. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

## POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in either the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
|  |  |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

[✓] I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. | 21971

OR

[ ] I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

**Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes above to:**

[✓] The address associated with the above-mentioned Customer Number

OR

[ ] The address associated with Customer Number:

OR

| Firm or Individual Name | |
|---|---|
| Address | |
| City | | State | | Zip | |
| Country | |
| Telephone | | Email | |

I am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

## Silvergate Pharmaceuticals, Inc.

[ ] Inventor or Joint Inventor (title not required below)

[ ] Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

[✓] Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)

[ ] Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

### SIGNATURE of Applicant for Patent

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| Signature | *Michael C. Beckloff* | Date (Optional) | 13 Oct 2017 |
|---|---|---|---|
| Name | Michael C. Beckloff | | |
| Title | Chief Development Officer | | |

NOTE: Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. If more than one applicant, use multiple forms.

[✓] Total of   2   forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

BION-ESOL-00038387

WSGR Docket No. 43060-707.308

PATENT APPLICATION

**ENALAPRIL FORMULATIONS**

Inventors:            Gerold L. Mosher,
Citizen of the United States of America, Residing at
12215 Avila Drive
Kansas City, MO 64145

David W. Miles,
Citizen of the United States of America, Residing at
12309 Wyandotte Street
Kansas City, MO 64145

Assignees:          Silvergate Pharmaceuticals, Inc.
6251 Greenwood Plaza Blvd., Bldg. 6, Suite 101
Greenwood Village, CO 80111

a Delaware Corporation

Entity:              Large business concern



Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300 (Main)
(650) 493-6811 (Facsimile)

**Filed Electronically on: January 15, 2021**

1

BION-ESOL-00038388

WSGR Docket No. 43060-707.308

## ENALAPRIL FORMULATIONS

## CROSS-REFERENCE OF RELATED APPLICATIONS

**[0001]**  This application is a continuation of U.S. Patent Application No. 16/991,575, filed August 12, 2020 which is a continuation of 16/883,553, filed May 26, 2020 which is a continuation of U.S. Patent Application No. 16/242,898, filed January 8, 2019, which is a continuation of 16/177,159, filed October 31, 2018, which is a continuation of U.S. Patent Application No. 16/003,994, filed June 8, 2018 (now U.S. Patent No. 10,154,987, issued December 18, 2018), which is a continuation of U.S. Patent Application No. 15/802,341, filed November 2, 2017 (now U.S. Patent No. 10,039,745, issued August 7, 2018), which is a continuation of U.S. Patent Application No. 15/613,622, filed June 5, 2017 (now U.S. Patent No. 9,808,442, issued November 7, 2017), which is a continuation of U.S. Patent Application No. 15/081,603, filed March 25, 2016 (now U.S. Patent No. 9,669,008, issued June 06, 2017), which claims the benefit of U.S. Provisional Patent Application No. 62/310,198, filed March 18, 2016, all of which are incorporated herein by reference in their entirety.

## BACKGROUND OF THE INVENTION

**[0002]**  Hypertension, or high blood pressure, is a serious health issue in many countries. According to the National Heart Blood and Lung Institute, it is thought that about 1 in 3 adults in the United States alone have hypertension. Left unchecked, hypertension is considered a substantial risk factor for cardiovascular and other diseases including coronary heart disease, myocardial infarction, congestive heart failure, stroke and kidney failure. Hypertension is classified as primary (essential) hypertension or secondary hypertension. Primary hypertension has no known cause and may be related to a number of environmental, lifestyle and genetic factors such as stress, obesity, smoking, inactivity and sodium intake. Secondary hypertension can be caused by drug or surgical interventions, or by abnormalities in the renal, cardiovascular or endocrine system.

**[0003]**  A number of antihypertensive drugs are available for treating hypertension. Various therapeutic classes of antihypertensive drugs include alpha-adrenergic blockers, beta-adrenergic blockers, calcium-channel blockers, hypotensives, mineralcorticoid antagonists, central alpha-agonists, diuretics and rennin-angiotensin-aldosterone inhibitors which include angiotensin II receptor antagonists (ARB) and angiotensin-converting enzyme (ACE) inhibitors. Angiotensin-converting enzyme (ACE) inhibitors inhibit angiotensin-converting enzyme (ACE), a peptydyl dipeptidase that catalyzes angiotension I to angiotension II, a potent vasoconstrictor involved in regulating blood pressure.

BION-ESOL-00038389

WSGR Docket No. 43060-707.308

[0004]   Enalapril is a prodrug belonging to the angiotensin-converting enzyme (ACE) inhibitor of medications. It is rapidly hydrolyzed in the liver to enalaprilat following oral administration. Enalaprilat acts as a potent inhibitor of ACE. The structural formulae of enalapril and enalaprilat are as follows:

Enalapril                                    Enalaprilat

[0005]   Enalapril is currently administered in the form of oral tablets, (e.g., Vasotec®) or in the form of liquid formulations obtained by reconstitution of enalapril powder formulations. In addition to the treatment of hypertension, enalapril tablets have been used for symptomatic congestive heart failure, and asymptomatic left ventricular dysfunction.

## SUMMARY OF THE INVENTION

[0006]   Provided herein are enalapril oral liquid formulations. In one aspect, the enalapril oral liquid formulation, comprises (i) enalapril or a pharmaceutically acceptable salt or solvate thereof; (ii) a sweetener that is sucralose (iii) a buffer comprising citric acid; (iv) a preservative that is sodium benzoate; and (v) water; wherein the pH of the formulation is less than about 3.5; and wherein the formulation is stable at about 5±3 °C for at least 12 months.

[0007]   In some embodiments, the enalapril is enalapril maleate. In some embodiments, the formulation further comprises a flavoring agent. In some embodiments, the buffer in the formulation further comprises sodium citrate dihydrate. In some embodiments, the amount of enalapril or a pharmaceutically acceptable salt or solvate thereof is about 0.6 to about 1.2 mg/ml. In some embodiments, the amount of sucralose is about 0.5 to about 0.9 mg/ml. In some embodiments, the amount of citric acid in the buffer is about 0.8 to about 3.5 mg/ml. In some embodiments, the amount of sodium citrate dihydrate in the buffer is about 0.1 to about 0.80 mg/ml. In some embodiments, the amount of the sodium benzoate is about 0.2 to about 1.2 mg/ml. In some embodiments, the amount of enalapril or a pharmaceutically acceptable salt or solvate thereof is about 10 to about 25 % (w/w of solids). In some embodiments, the amount of sucralose is about 8 to about 18 % (w/w of solids). In some embodiments, the amount of citric acid in the buffer is about 17 to about 47 % (w/w of solids). In some embodiments, the amount of sodium citrate dihydrate in the buffer is about 1 to about 11 % (w/w of solids). In some embodiments, the amount of sodium benzoate is about 12 to about 25 % (w/w of solids). In some embodiments, the pH of the formulation is between about 3 and about 3.5. In some embodiments, the pH of the formulation is about 3.3. In some embodiments, the citrate concentration in the buffer is about 5 mM to about 20 mM. In some embodiments, the citrate

3

BION-ESOL-00038390

WSGR Docket No. 43060-707.308

concentration in the buffer is about 10 mM. **In some embodiments, the formulation is stable at about 5±3 °C for at least 18 months. In some embodiments, the formulation is stable at about 5±3 °C for at least 24 months.** In some embodiments, the formulation does not contain mannitol. In some embodiments, the formulation does not contain silicon dioxide.

[0008]   **In one aspect, the enalapril oral liquid formulation, comprises** (i) about 1 mg/ml enalapril maleate; (ii) about 0.70 mg/ml of a sweetener that is sucralose; (iii) a buffer comprising **about 1.82 mg/ml** citric acid; (iv) about 1 mg/ml of a preservative that is sodium benzoate; and (v) water; wherein the pH of the formulation is less than about 3.5; and wherein the formulation is stable at about 5±3 °C for at least 12 months.

[0009]   In some embodiments, **the formulation further comprises a flavoring agent.** In some embodiments, the buffer further comprises about 0.15 mg/mL sodium citrate dihydrate. In some embodiments, the pH of the formulation is between about 3 and about 3.5. In some embodiments, the pH of the formulation is about 3.3. In some embodiments, the citrate concentration in the buffer is about 5 mM to about 20 mM. In some embodiments, the citrate concentration in the buffer is about 10 mM. In some embodiments, the formulation is stable at about 5±3 °C for at least 18 months. In some embodiments, the formulation is stable at about 5±3 °C for at least 24 months. In some embodiments, the formulation does not contain mannitol. In some embodiments, the formulation does not contain silicon dioxide.

[0010]   **In one aspect, the enalapril oral liquid formulation comprises** (i) about 19.3 % (w/w of solids) enalapril maleate; (ii) about 13.5 % (w/w of solids) of a sweetener that is sucralose; (iii) a buffer comprising **about 35.2 %** (w/w of solids) citric acid; (iv) about 19.3 % (w/w of solids) of a preservative that is sodium benzoate; and (v) water; wherein the pH of the formulation is less than about 3.5; and wherein the formulation is stable at about 5±3 °C for at least 12 months.

[0011]   In some embodiments, **the formulation** further comprises a flavoring agent. In some embodiments, the buffer further comprises about 2.9 % (w/w of solids) sodium citrate dihydrate. **In some embodiments, the pH of the formulation is between about 3 and about 3.5. In some embodiments, the pH of the formulation is about 3.3. In some embodiments, the citrate concentration in the buffer is about 5 mM to about 20 mM. In some embodiments, the citrate concentration in the buffer is about 10 mM. In some embodiments, the formulation is stable at about 5±3 °C for at least 18 months. In some embodiments, the formulation is stable at about 5±3 °C for at least 24 months.** In some embodiments, the formulation does not contain mannitol. In some embodiments, the formulation does not contain silicon dioxide.

[0012]   **In one aspect, the enalapril oral liquid formulation** consists essentially of (i) about 1 mg/ml enalapril maleate; (ii) about 0.70 mg/ml of a sweetener that is sucralose; (iii) a buffer comprising **about**

4

WSGR Docket No. 43060-707.308

1.82 mg/ml citric acid and about 0.15 mg/ml sodium citrate dihydrate; (iv) about 1 mg/ml of a preservative that is sodium benzoate; (v) a flavoring agent; and (vi) water; wherein the pH of the formulation is less than about 3.5 adjusted by sodium hydroxide or hydrochloric acid; and wherein the formulation is stable at about 5±3 °C for at least 12 months.

[0013] Also provided herein are methods of treating hypertension in a subject comprising administering to that subject a therapeutically effective amount of enalapril oral liquid formulation comprising (i) about 1 mg/ml enalapril maleate; (ii) about 0.7 mg/ml sucralose; (iii) a buffer comprising about 1.82 mg/ml citric acid and about 0.15 mg/ml sodium citrate dihydrate; (iv) about 1 mg/ml of a preservative that is sodium benzoate; and (v) water; wherein the pH of the formulation is less than about 3.5; and wherein the formulation is stable at about 5±3 °C for at least 12 months. In some embodiments, the formulation does not contain mannitol. In some embodiments, the formulation does not contain silicon dioxide.

[0014] In some embodiments, the hypertension is primary (essential) hypertension. In some embodiments, the hypertension is secondary hypertension. In some embodiments, the subject has blood pressure values greater than or equal to 140/90 mmm Hg. In some embodiments, the subject is an adult. In some embodiments, the subject is elderly. In some embodiments, the subject is a child. In some embodiments, the formulation is administered to the subject in a fasted state. In some embodiments, the formulation is administered to the subject in a fed state. In some embodiments, the formulation is further administered in combination with an agent selected from the group consisting of diuretics, beta blockers, alpha blockers, mixed alpha and beta blockers, calcium channel blockers, angiotensin II receptor antagonists, ACE inhibitors, aldosterone antagonists, and alpha-2 agonists.

[0015] Also provided herein are methods of treating prehypertension in a subject comprising administering to that subject a therapeutically effective amount of enalapril oral liquid formulation comprising (i) about 1 mg/ml enalapril maleate; (ii) about 0.7 mg/ml of a sweetener that is sucralose; (ii) a buffer comprising about 1.82 mg/ml citric acid and about 0.15 mg/ml sodium citrate dihydrate; (iv) about 1 mg/ml of a preservative that is sodium benzoate; and (v) water; wherein the pH of the formulation is less than about 3.5; and wherein the formulation is stable at about 5±3 °C for at least 12 months. In some embodiments, the formulation does not contain mannitol. In some embodiments, the formulation does not contain silicon dioxide.

[0016] In some embodiments, the subject has blood pressure values of about 120-139/80-89 mm Hg.

[0017] Also provided herein are methods of treating heart failure in a subject comprising administering to that subject a therapeutically effective amount of enalapril oral liquid formulation comprising (i) about 1 mg/ml enalapril maleate; (ii) about 0.70 mg/ml of a sweetener that is sucralose; (iii) a buffer comprising about 1.82 mg/ml citric acid and about 0.15 mg/ml sodium citrate dihydrate; (iv) about 1 mg/ml of a preservative that is sodium benzoate; and (v) water; wherein the pH of the formulation is less than about

BION-ESOL-00038392

WSGR Docket No. 43060-707.308

3.5; and wherein the formulation is stable at about 5±3 °C for at least 12 months. In some embodiments, the formulation does not contain mannitol. In some embodiments, the formulation does not contain silicon dioxide.

[0018]   Also provided herein are methods of treating left ventricular dysfunction in a subject comprising administering to that subject a therapeutically effective amount of enalapril oral liquid formulation comprising (i) about 1 mg/ml enalapril maleate; (ii) about 0.7 mg/ml of a sweetener that is sucralose; (iii) a buffer comprising about 1.82 mg/ml citric acid and about 0.15 mg/ml sodium citrate dihydrate; (iv) about 1 mg/ml of a preservative that is sodium benzoate; and (v) water; wherein the pH of the formulation is less than about 3.5; and wherein the formulation is stable at about 5±3 °C for at least 12 months. In some embodiments, the formulation does not contain mannitol. In some embodiments, the formulation does not contain silicon dioxide.

## INCORPORATION BY REFERENCE

[0019]   All publications, patents, and patent applications mentioned in this specification are herein incorporated by reference to the same extent as if each individual publication, patent, or patent application was specifically and individually indicated to be incorporated by reference.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0020]   The novel features of the invention are set forth with particularity in the appended claims. A better understanding of the features and advantages of the present invention will be obtained by reference to the following detailed description that sets forth illustrative embodiments, in which the principles of the invention are utilized, and the accompanying drawings of which:

[0021]   FIG. 1: Effect of pH on degradant formation after 8 weeks of storage of various enalapril solution formulations at 5°C.

[0022]   FIG. 2: Effect of pH on degradant formation after 8 weeks of storage of various enalapril solution formulations at room temperature (19-22°C).

## DETAILED DESCRIPTION OF THE INVENTION

[0023]   Provided herein are stable enalapril oral liquid formulations. Also provided herein are stable enalapril powder formulations for reconstitution for oral liquid administration. These enalapril formulations described herein are useful for the treatment of hypertension, prehypertension, heart failure as well as ventricular dysfunction. The formulations are advantageous over conventional solid dosage administration of enalapril ranging from ease of administration, accuracy of dosing, accessibility to additional patient populations such as to children and the elderly, and an increased patient compliance to medication.

6

BION-ESOL-00038393

WSGR Docket No. 43060-707.308

[0024]   It is generally known that certain segments of the population have difficulty ingesting and swallowing solid oral dosage forms such as tablets and capsules. As many as a quarter of the total population has this difficulty. Often, this leads to non-compliance with the recommended medical therapy with the solid dosage forms, thereby resulting in rending the therapy ineffective. Further, solid dosage forms are not recommended for children or elderly due to increased risk in choking.

[0025]   Furthermore, the dose of enalapril to be given to children is calculated according to the child's weight. When the calculated dose is something other than the amount present in one or more intact solid dosage forms, the solid dosage form must be divided to provide the correct dose. This leads to inaccurate dosing when solid dosages forms, such as tablets, are compounded to prepare other formulations for children.

[0026]   For enalapril, one solution to overcoming the use of the tablet form is for a compounding pharmacist to pulverize and crush the enalapril tablet(s) into a powder via mortar and pestle and reconstitute the powder in some liquid form. However forming a enalapril oral liquid in this fashion has significant drawbacks including large variability in the actual dosage, incomplete solubilizing of the enalapril tablet in the liquid, rapid instability, inconsistent formulation methods per compounding pharmacy, and a number of other potential issues. The crushed tablet liquid formulation may also be potentially unsafe due to contamination with residual drugs and other substances from the mortar and pestle or other crushing agent.

[0027]   Alternatively, enalapril is formulated as enalapril powder compositions for reconstitution as oral liquids as described in U.S. Pat. No. 8,568,747.  The powder compositions as described in this patent require mannitol and colloidal silicon dioxide for stability and dissolution.  While these powder compositions are an improvement over crushing tablets, they still require a step of mixing with a diluent. The stable enalapril oral liquid formulations described herein require no extra steps or manipulation prior to administration to a subject.  Further, the stable enalapril oral liquid formulations described herein do not require or need mannitol or colloidal silicon dioxide for stability and dissolution.

[0028]   The present embodiments described herein provide a safe and effective oral administration of enalapril for the treatment of hypertension and other disorders. In particular, the embodiments provide stable enalapril oral liquid formulations as well as alternatively enalapril powder formulations for oral liquid administration.

[0029]   As used herein, "enalapril" refers to enalapril base, its salt, or solvate or derivative or isomer or polymorph thereof. Suitable compounds include the free base, the organic and inorganic salts, isomers, isomer salts, solvates, polymorphs, complexes etc. U.S. Pat. Nos. 4,374,829; 4,472,380 and 4,510,083 disclose exemplary methods in the preparation of enalapril. In some embodiments, the enalapril used in

BION-ESOL-00038394

WSGR Docket No. 43060-707.308

the formulations described herein is an enalapril salt. In some instances, the enalapril salt is enalapril maleate. In other instances, the enalapril salt is in the form of enalapril sodium.

[0030]   Other ACE inhibitors are contemplated in the formulations within and include but are not limited to quinapril, indolapril, ramipril, perindopril, lisinopril, benazepril, imidapril, zofenopril, trandolapril, fosinopril, captopril, and their salts, solvates, derivatives, polymorphs, or complexes, thereof.

## Enalapril Oral Liquid Formulations

[0031]   Oral liquids include, but are not limited to, solutions (both aqueous and nonaqueous), suspensions, emulsions, syrups, slurries, juices, elixirs, dispersions, and the like. It is envisioned that solution/suspensions are also included where certain components described herein are in a solution while other components are in a suspension.

[0032]   In one aspect, the enalapril liquid formulations described herein comprise enalapril, a preservative, a sweetening agent, a buffer, and water. In one embodiment, the sweetening agent is sucralose. In one embodiment, the sweetening agent is xylitol. In one embodiment, the sweetening agent is not mannitol. In another embodiment, the preservative is sodium benzoate. In some embodiments, the preservative is a paraben. In some embodiments, the preservative is a mixture of parabens. In yet another embodiment, the buffer comprises citric acid. In some embodiments, the buffer further comprises sodium citrate. In one aspect, the enalapril liquid formulation described herein comprises enalapril, sucralose, sodium benzoate, citric acid, sodium citrate, and water. In some embodiments, the enalapril liquid formulation herein further comprises a flavoring agent. In some embodiments, the enalapril liquid formulation is not obtained from crushing enalapril tablet and dissolving the powder in a suitable vehicle for oral administration. In some embodiments, the enalapril liquid formulation does not contain silicon dioxide. In some embodiments, the enalapril liquid formulation does not contain mannitol. In some embodiments, the enalapril liquid formulation does not contain lactose. In some embodiments, the enalapril liquid formulation does not contain magnesium stearate. In some embodiments, the enalapril liquid formulation does not contain sodium bicarbonate. In some embodiments, the enalapril liquid formulation does not contain iron oxides.

[0033]   In some embodiments, enalapril or a pharmaceutically acceptable salt thereof, is present in about 0.6 to about 1.2 mg/ml in the oral liquid formulation. In other embodiments, enalapril or a pharmaceutically acceptable salt thereof, is present in about 0.6 mg/ml, about 0.61 mg/ml, about 0.62 mg/ml, about 0.63 mg/ml, about 0.64 mg/ml, about 0.65 mg/ml, about 0.66 mg/ml, about 0.67 mg/ml, about 0.68 mg/ml, about 0.69 mg/ml, about 0.7 mg/ml, about 0.71 mg/ml, about 0.72 mg/ml, about 0.73 mg/ml, about 0.74 mg/ml, about 0.75 mg/ml, about 0.76 mg/ml, about 0.77 mg/ml, about 0.78 mg/ml, about 0.79 mg/ml, about 0.8 mg/ml, about 0.81 mg/ml, about 0.82 mg/ml, about 0.83 mg/ml, about 0.84

BION-ESOL-00038395

mg/ml, about 0.85 mg/ml, about 0.86 mg/ml, about 0.87 mg/ml, about 0.88 mg/ml, about 0.89 mg/ml, about 0.9 mg/ml, about 0.91 mg/ml, about 0.92 mg/ml, about 0.93 mg/ml, about 0.94 mg/ml, about 0.95 mg/ml, about 0.96 mg/ml, about 0.97 mg/ml, about 0.98 mg/ml, about 0.99 mg/ml, about 1 mg/ml, about 1.01 mg/ml, about 1.02, mg/ml, about 1.03 mg/ml, about 1.04 mg/ml, about 1.05 mg/ml, about 1.06 mg/ml, about 1.07 mg/ml, about 1.08 mg/ml, about 1.09 mg/ml, about 1.1 mg/ml, about 1.11 mg/ml, about 1.12, mg/ml, about 1.13 mg/ml, about 1.14 mg/ml, about 1.15 mg/ml, about 1.16 mg/ml, about 1.17 mg/ml, about 1.18 mg/ml, about 1.19 mg/ml, or about 1.2 mg/ml in the liquid oral formulation. In some embodiments, enalapril is present in about 0.76 mg/ml in the oral liquid formulation. In some embodiments, enalapril maleate is present in about 1 mg/ml in the oral liquid formulation. In some embodiments, the formulation contains enalapril or another pharmaceutically acceptable salt of enalapril in a molar concentration equivalent to 1 mg/mL enalapril maleate. In some embodiments, the formulation contains enalapril or another pharmaceutically acceptable salt of enalapril in a molar concentration equivalent to 0.76 mg/mL enalapril.

[0034]   In some embodiments, enalapril or a pharmaceutically acceptable salt thereof, is present in about 0.5 % w/w to about 30 % w/w of the solids in the oral liquid formulation. In other embodiments, enalapril or a pharmaceutically acceptable salt thereof, is present in about 0.5 % w/w, about 1 % w/w, about 1.5 % w/w, about 2 % w/w, about 2.5 % w/w, about 3 % w/w, about 3.5 % w/w, about 4 % w/w, about 4.5 % w/w, about 5 % w/w, about 5.5 % w/w, about 6 % w/w, about 6.5 % w/w, about 7 % w/w, about 7.5 % w/w, about 8 % w/w, about 8.5 % w/w, about 9 % w/w, about 9.5 % w/w, about 10 % w/w, about 10.5 % w/w, about 11 % w/w, about 11.5 % w/w, about 12 % w/w, about 12.5 % w/w, about 13 % w/w, about 13.5 % w/w, about 14 % w/w, about 14.5 % w/w, about 15 % w/w, about 15.1 % w/w, about 15.2 % w/w, about 15.3 % w/w, about 15.4 % w/w, about 15.5 % w/w, about 15.6 % w/w, about 15.7 % w/w, about 15.8 % w/w, about 15.9 % w/w, about 16 % w/w, about 16.1 % w/w, about 16.2 % w/w, about 16.3 % w/w, about 16.4 % w/w, about 16.5 % w/w, about 16.6 % w/w, about 16.7 % w/w, about 16.8 % w/w, about 16.9 % w/w, about 17 % w/w, about 17.1 % w/w, about 17.2 % w/w, about 17.3 % w/w, about 17.4 % w/w, about 17.5 % w/w, about 17.6 % w/w, about 17.7 % w/w, about 17.8 % w/w, about 17.9 % w/w, about 18 % w/w, about 18.1 % w/w, about 18.2 % w/w, about 18.3 % w/w, about 18.4 % w/w, about 18.5 % w/w, about 18.6 % w/w, about 18.7 % w/w, about 18.8 % w/w, about 18.9 % w/w, about 19 % w/w, about 19.1 % w/w, about 19.2 % w/w, about 19.3 % w/w, about 19.4 % w/w, about 19.5 % w/w, about 19.6 % w/w, about 19.7 % w/w, about 19.8 % w/w, about 19.9 % w/w, about 20 % w/w, about 20.1 % w/w, about 20.2 % w/w, about 20.3 % w/w, about 20.4 % w/w, about 20.5 % w/w, about 20.6 % w/w, about 20.7 % w/w, about 20.8 % w/w, about 20.9 % w/w, about 21 % w/w, about 21.1 % w/w, about 21.2 % w/w, about 21.3 % w/w, about 21.4 % w/w, about 21.5 % w/w, about 21.6 % w/w, about 21.7 % w/w, about 21.8 % w/w, about 21.9 % w/w, about 22 % w/w, about 22.5 % w/w, about 23 % w/w, about 23.5

BION-ESOL-00038396

WSGR Docket No. 43060-707.308

% w/w, about 24 % w/w, about 24.5 % w/w, about 25 % w/w, about 25.5 % w/w, about 26 % w/w, about 26.5 % w/w, about 27 % w/w, about 27.5 % w/w, about 28 % w/w, about 28.5 % w/w, about 29 % w/w, about 29.5 % w/w, or about 30 % w/w of the solids in the oral liquid formulation. In some embodiments, enalapril or a pharmaceutically acceptable salt thereof, is present in about 10 % w/w to about 25 % w/w of the solids in the oral liquid formulation. In some embodiments, enalapril is present in about 10.5 % w/w of the solids in the oral liquid formulation. In some embodiments, enalapril is present in about 15 % w/w of the solids in the oral liquid formulation. In some embodiments, enalapril is present in about 18.2 % w/w of the solids in the oral liquid formulation. In some embodiments, enalapril maleate is present in about 13.5 % w/w of the solids in the oral liquid formulation. In some embodiments, enalapril maleate is present in about 19.3 % w/w of the solids in the oral liquid formulation. In some embodiments, enalapril maleate is present in about 24.5 % w/w of the solids in the oral liquid formulation.

[0035]   In some embodiments, enalapril or a pharmaceutically acceptable salt thereof, is present in about 0.1% w/w to about 1 % w/w of the solids in the oral liquid formulation. In other embodiments, enalapril or a pharmaceutically acceptable salt thereof, is present in about 0.1 % w/w, about 0.15 % w/w, about 0.2 % w/w, about 0.25 % w/w, about 0.3 % w/w, about 0.35 % w/w, about 0.4 % w/w, about 0.45 % w/w, about 0.5 % w/w, about 0.55 % w/w, about 0.6 % w/w, about 0.65 % w/w, about 0.7 % w/w, about 0.75 % w/w, about 0.8 % w/w, about 0.85 % w/w, about 0.9 % w/w, about 0.95 % w/w, or about 1 % w/w of the solids in the oral liquid formulation. In some embodiments, enalapril or a pharmaceutically acceptable salt thereof, is present in about 0.4 % w/w to about 0.7 % w/w of the solids in the oral liquid formulation. In some embodiments, enalapril is present in about 0.4 % w/w of the solids in the oral liquid formulation. In some embodiments, enalapril is present in about 0.5 % w/w of the solids in the oral liquid formulation. In some embodiments, enalapril maleate is present in about 0.5 % w/w of the solids in the oral liquid formulation. In some embodiments, enalapril maleate is present in about 0.6 % w/w of the solids in the oral liquid formulation.

*Sweetener in the Enalapril Oral Liquid Formulations*

[0036]   Sweeteners or sweetening agents include any compounds that provide a sweet taste. This includes natural and synthetic sugars, natural and artificial sweeteners, natural extracts and any material that initiates a sweet sensation in a subject. In some embodiments, a solid/powder sweetener is used in the oral liquid formulation described herein. In other embodiments, a liquid sweetener is used in the oral liquid formulation described herein.

[0037]   Sugars illustratively include glucose, fructose, sucrose, xylitol, tagatose, sucralose, maltitol, isomaltulose, Isomalt™ (hydrogenated isomaltulose), lactitol, sorbitol, erythritol, trehalose, maltodextrin, polydextrose, and the like. Other sweeteners illustratively include glycerin, inulin, erythritol, maltol, acesulfame and salts thereof, e.g., acesulfame potassium, alitame, aspartame, neotame, sodium cyclamate,

BION-ESOL-00038397

WSGR Docket No. 43060-707.308

saccharin and salts thereof, e.g., saccharin sodium or saccharin calcium, neohesperidin dihydrochalcone, stevioside, thaumatin, and the like. Sweeteners can be used in the form of crude or refined products such as hydrogenated starch hydrolysates, maltitol syrup, high fructose corn syrup, etc., and as branded products, e.g., Sweet Am™ liquid (Product Code 918.003-propylene glycol, ethyl alcohol, and proprietary artificial flavor combination, Flavors of North America) and Sweet Am™ powder (Product Code 918.005--maltodextrin, sorbitol, and fructose combination and Product Code 918.010--water, propylene glycol, sorbitol, fructose, and proprietary natural and artificial flavor combination, Flavors of North America), ProSweet™ (1-10% proprietary plant/vegetable extract and 90-99% dextrose combination, Virginia Dare), Maltisweet™ (maltitol solution, Ingredion), Sorbo™ (sorbitol and sorbitol/xylitol solution, SPI Polyols), Invertose™ (high fructose corn syrup, Ingredion), Rebalance M60 and X60 (sucralose and maltodextrin, Tate and Lyle), and Ora-Sweet® sugar-free flavored syrup (Paddock Laboratories, Inc.). Sweeteners can be used singly or in combinations of two or more. Suitable concentrations of different sweeteners can be selected based on published information, manufacturers' data sheets and by routine testing.

[0038]   In some embodiments, the enalapril oral liquid formulation described herein comprises a sweetening agent. In some embodiments, the sweetening agent is sucralose. In some embodiments, the sweetening agent is xylitol. In some embodiments, the sweetener is not mannitol.

[0039]   In some embodiments, the enalapril oral liquid formulation described herein comprises sucralose. In some embodiments, sucralose is present in about 0.5 to about 0.9 mg/ml in the oral liquid formulation. In other embodiments, sucralose is present in about 0.51 mg/ml, about 0.52 mg/ml, about 0.53 mg/ml, about 0.54 mg/ml, about 0.55 mg/ml, about 0.56 mg/ml, about 0.57 mg/ml, about 0.58 mg/ml, about 0.59 mg/ml, about 0.60 mg/ml, about 0.61 mg/ml, about 0.62 mg/ml, about 0.63 mg/ml, about 0.64 mg/ml, about 0.65 mg/ml, about 0.66 mg/ml, about 0.67 mg/ml, about 0.68 mg/ml, about 0.69 mg/ml, about 0.70 mg/ml, about 0.71 mg/ml, about 0.72 mg/ml, about 0.73 mg/ml, about 0.74 mg/ml, about 0.75 mg/ml, about 0.76 mg/ml, about 0.77 mg/ml, about 0.78 mg/ml, about 0.79 mg/ml, about 0.80 mg/ml, about 0.81 mg/ml, about 0.82 mg/ml, about 0.83 mg/ml, about 0.84 mg/ml, about 0.85 mg/ml, about 0.86 mg/ml, about 0.87 mg/ml, about 0.88 mg/ml, about 0.89 mg/ml, or about 0.90 mg/ml in the oral liquid formulation. In some embodiments, sucralose is present in about 0.7 mg/ml in the oral liquid formulation.

[0040]   In some embodiments, sucralose is present in about 1 % w/w to about 30 % w/w of the solids in the oral liquid formulation. In some embodiments, sucralose is present in about 1 % w/w, about 1.5 % w/w, about 2 % w/w, about 2.5 % w/w, about 3 % w/w, about 3.5 % w/w, about 4 % w/w, about 4.5 % w/w, about 5 % w/w, about 5.5 % w/w, about 6 % w/w, about 6.5 % w/w, about 7 % w/w, about 7.5 % w/w, about 8 % w/w, about 8.5 % w/w, about 9 % w/w, about 9.5 % w/w, about 10 % w/w, about 10.5 % w/w, about 11 % w/w, about 11.5 % w/w, about 12 % w/w, about 12.5 % w/w, about 13 % w/w, about

11

WSGR Docket No. 43060-707.308

13.5 % w/w, about 14% w/w, about 14.5 % w/w, about 15 % w/w, about 15.5 % w/w, about 16 % w/w, about 16.5 % w/w, about 17 % w/w, about 17.5 % w/w, about 18 % w/w, about 18.5 % w/w, about 19 % w/w, about 19.5 % w/w, about 20 % w/w, about 20.5 % w/w, about 21 % w/w, about 21.5 % w/w, about 22 % w/w, about 22.5 % w/w, about 23 % w/w, about 23.5 % w/w, about 24 % w/w, about 24.5 % w/w, about 25 % w/w, about 25.5 % w/w, about 26 % w/w, about 26.5 % w/w, about 27 % w/w, about 27.5 % w/w, about 28 % w/w, about 28.5 % w/w, about 29 % w/w, about 29.5 % w/w, or about 30 % w/w of the solids in the oral liquid formulation. In some embodiments, sucralose is present in about 8 % w/w to about 18 % w/w of the solids in the oral liquid formulation. In some embodiments, sucralose is present in about 9.5 % w/w of the solids in the oral liquid formulation. In some embodiments, sucralose is present in about 13.5 % w/w of the solids in the oral liquid formulation. In some embodiments, sucralose is present in about 16.5 % w/w of the solids in the oral liquid formulation.

[0041]   In some embodiments, the enalapril oral liquid formulation described herein comprises xylitol. In some embodiments, xylitol is present in about 140 mg/ml to about 210 mg/ml in the oral liquid formulation.

[0042]   In some embodiments, xylitol is present in about 140 mg/ml, about 145 mg/ml, about 150 mg/ml, about 155 mg/ml, about 160 mg/ml, about 165 mg/ml, about 170 mg/ml, about 175 mg/ml, about 180 mg/ml, about 185 mg/ml, about 190 mg/ml, about 195 mg/ml, about 200 mg/ml, about 205 mg/ml, or about 210 mg/ml of the oral liquid formulation. In some embodiments, xylitol is present in about 150 mg/ml in the oral liquid formulation. In some embodiments, xylitol is present in about 200 mg/ml in the oral liquid formulation.

[0043]   In some embodiments, xylitol is present in about 80 % w/w to about 99 % w/w of the solids in the oral liquid formulation. In other embodiments, xylitol is present in about 80 % w/w, about 81 % w/w, about 82 % w/w, about 83 % w/w, about 84 % w/w, about 85 % w/w, about 86 % w/w, about 87 % w/w, about 88 % w/w, about 89 % w/w, about 90 % w/w, about 91 % w/w, about 92 % w/w, about 93 % w/w, about 94 % w/w, about 95 % w/w, about 96 % w/w, about 97 % w/w, about 98 % w/w, or about 99 % w/w of the solids in the oral liquid formulation. In some embodiments, xylitol is present in about 96 % w/w to about 98 % w/w of the solids in the oral liquid formulation. In some embodiments, xylitol is present in about 96 % w/w of the solids in the oral liquid formulation.

*Preservative in the Enalapril Oral Liquid Formulations*

[0044]   Preservatives include anti-microbials, anti-oxidants, and agents that enhance sterility. Exemplary preservatives include ascorbic acid, ascorbyl palmitate, BHA, BHT, citric acid, EDTA and its salts, erythorbic acid, fumaric acid, malic acid, propyl gallate, sodium ascorbate, sodium bisulfate, sodium metabisulfite, sodium sulfite, parabens (such as methylparaben, ethylparaben, propylparaben, butylparaben and their salts), benzoic acid, sodium benzoate, potassium sorbate, vanillin, and the like.

BION-ESOL-00038399

WSGR Docket No. 43060-707.308

[0045]  In some embodiments, the enalapril oral liquid formulation described herein comprises a preservative.

[0046]  In some embodiments, the preservative is a paraben and the sweetener is not a sugar (such as, but not limited to glucose, fructose, sucrose, lactose, maltose) or a sugar alcohol (such as, but not limited to xylitol, mannitol, lactitol, maltitol, sorbitol).

[0047]  In some embodiments, the preservative is sodium benzoate.

[0048]  In some embodiments, modulation of the pH is desired to provide the best antimicrobial activity of the preservative, sodium benzoate. In some embodiments, the antimicrobial activity of sodium benzoate drops when the pH is increased above 5.

[0049]  In some embodiments, the pH of the enalapril oral liquid formulation described herein is less than about 4. In some embodiments, the pH of the enalapril oral liquid formulation described herein is less than about 3.5. In some embodiments, the pH of the enalapril oral liquid formulation described herein is between about 3 and about 4. In some embodiments, the pH of the enalapril oral liquid formulation described herein is between about 3 and about 3.5. In some embodiments, the pH of the enalapril oral liquid formulation described herein is about 3, about 3.1, about 3.2, about 3.3, about 3.4, about 3.5, about 3.6, about 3.7, about 3.8, about 3.9, or about 4. In some embodiments, the pH of the enalapril oral liquid formulation described herein is about 3.3.

[0050]  In some embodiments, sodium benzoate is present in about 0.2 to about 1.2 mg/ml in the oral liquid formulation. In other embodiments, sodium benzoate is present in about 0.2 mg/ml, about 0.21 mg/ml, about 0.22 mg/ml, about 0.23 mg/ml, about 0.24 mg/ml, about 0.25 mg/ml, about 0.26 mg/ml, about 0.27 mg/ml, about 0.28 mg/ml, about 0.29 mg/ml, about 0.3 mg/ml, about 0.31 mg/ml, about 0.32 mg/ml, about 0.33 mg/ml, about 0.34 mg/ml, about 0.35 mg/ml, about 0.36 mg/ml, about 0.37 mg/ml, about 0.38 mg/ml, about 0.39 mg/ml, about 0.4 mg/ml, about 0.41 mg/ml, about 0.42 mg/ml, about 0.43 mg/ml, about 0.44 mg/ml, about 0.45 mg/ml, about 0.46 mg/ml, about 0.47 mg/ml, about 0.48 mg/ml, about 0.49 mg/ml, about 0.5 mg/ml, about 0.51 mg/ml, about 0.52 mg/ml, about 0.53 mg/ml, about 0.54 mg/ml, about 0.55 mg/ml, about 0.56 mg/ml, about 0.57 mg/ml, about 0.58 mg/ml, about 0.59 mg/ml, about 0.6 mg/ml, about 0.61 mg/ml, about 0.62 mg/ml, about 0.63 mg/ml, about 0.64 mg/ml, about 0.65 mg/ml, about 0.66 mg/ml, about 0.67 mg/ml, about 0.68 mg/ml, about 0.69 mg/ml, about 0.7 mg/ml, about 0.71 mg/ml, about 0.72 mg/ml, about 0.73 mg/ml, about 0.74 mg/ml, about 0.75 mg/ml, about 0.76 mg/ml, about 0.77 mg/ml, about 0.78 mg/ml, about 0.79 mg/ml, about 0.8 mg/ml, about 0.81 mg/ml, about 0.82 mg/ml, about 0.83 mg/ml, about 0.84 mg/ml, about 0.85 mg/ml, about 0.86 mg/ml, about 0.87 mg/ml, about 0.88 mg/ml, about 0.89 mg/ml, about 0.9 mg/ml, about 0.91 mg/ml, about 0.92 mg/ml, about 0.93 mg/ml, about 0.94 mg/ml, about 0.95 mg/ml, about 0.96 mg/ml, about 0.97 mg/ml, about 0.98 mg/ml, about 0.99 mg/ml, about 1 mg/ml, about 1.01 mg/ml, about 1.02, mg/ml, about 1.03 mg/ml, about

13

BION-ESOL-00038400

WSGR Docket No. 43060-707.308

1.04 mg/ml, about 1.05 mg/ml, about 1.06 mg/ml, about 1.07 mg/ml, about 1.08 mg/ml, about 1.09 mg/ml, about 1.1 mg/ml, about 1.11 mg/ml, about 1.12, mg/ml, about 1.13 mg/ml, about 1.14 mg/ml, about 1.15 mg/ml, about 1.16 mg/ml, about 1.17 mg/ml, about 1.18 mg/ml, about 1.19 mg/ml, or about 1.2 mg/ml in the liquid oral formulation. In some embodiments, sodium benzoate is present in about 1 mg/ml in the oral liquid formulation.

[0051]   In some embodiments, sodium benzoate is present in about 1% w/w to about 30 % w/w of the solids in the oral liquid formulation. In other embodiments, sodium benzoate is present in about 1 % w/w, about 1.5 % w/w, about 2 % w/w, about 2.5 % w/w, about 3 % w/w, about 3.5 % w/w, about 4 % w/w, about 4.5 % w/w, about 5 % w/w, about 5.5 % w/w, about 6 % w/w, about 6.5 % w/w, about 7 % w/w, about 7.5 % w/w, about 8 % w/w, about 8.5 % w/w, about 9 % w/w, about 9.5 % w/w, about 10 % w/w, about 10.5 % w/w, about 11 % w/w, about 11.5 % w/w, about 12 % w/w, about 12.5 % w/w, about 13 % w/w, about 13.5 % w/w, about 14 % w/w, about 14.5 % w/w, about 15 % w/w, about 15.1 % w/w, about 15.2 % w/w, about 15.3 % w/w, about 15.4 % w/w, about 15.5 % w/w, about 15.6 % w/w, about 15.7 % w/w, about 15.8 % w/w, about 15.9 % w/w, about 16 % w/w, about 16.1 % w/w, about 16.2 % w/w, about 16.3 % w/w, about 16.4 % w/w, about 16.5 % w/w, about 16.6 % w/w, about 16.7 % w/w, about 16.8 % w/w, about 16.9 % w/w, about 17 % w/w, about 17.1 % w/w, about 17.2 % w/w, about 17.3 % w/w, about 17.4 % w/w, about 17.5 % w/w, about 17.6 % w/w, about 17.7 % w/w, about 17.8 % w/w, about 17.9 % w/w, about 18 % w/w, about 18.1 % w/w, about 18.2 % w/w, about 18.3 % w/w, about 18.4 % w/w, about 18.5 % w/w, about 18.6 % w/w, about 18.7 % w/w, about 18.8 % w/w, about 18.9 % w/w, about 19 % w/w, about 19.1 % w/w, about 19.2 % w/w, about 19.3 % w/w, about 19.4 % w/w, about 19.5 % w/w, about 19.6 % w/w, about 19.7 % w/w, about 19.8 % w/w, about 19.9 % w/w, about 20 % w/w, about 20.1 % w/w, about 20.2 % w/w, about 20.3 % w/w, about 20.4 % w/w, about 20.5 % w/w, about 20.6 % w/w, about 20.7 % w/w, about 20.8 % w/w, about 20.9 % w/w, about 21 % w/w, about 21.1 % w/w, about 21.2 % w/w, about 21.3 % w/w, about 21.4 % w/w, about 21.5 % w/w, about 21.6 % w/w, about 21.7 % w/w, about 21.8 % w/w, about 21.9 % w/w, about 22 % w/w, about 22.5 % w/w, about 23 % w/w, about 23.5 % w/w, about 24 % w/w, about 24.5 % w/w, about 25 % w/w, about 25.5 % w/w, about 26 % w/w, about 26.5 % w/w, about 27 % w/w, about 27.5 % w/w, about 28 % w/w, about 28.5 % w/w, about 29 % w/w, about 29.5 % w/w, or about 30 % w/w of the solids in the oral liquid formulation. In some embodiments, sodium benzoate is present in about 10% w/w to about 25 % w/w of the solids in the oral liquid formulation. In some embodiments, sodium benzoate is present in about 13.5% w/w of the solids in the oral liquid formulation. In some embodiments, sodium benzoate is present in about 19.3% w/w of the solids in the oral liquid formulation. In some embodiments, sodium benzoate is present in about 23.5 % w/w of the solids in the oral liquid formulation.

14

BION-ESOL-00038401

WSGR Docket No. 43060-707.308

[0052]   In some embodiments, sodium benzoate is present in about 0.1% w/w to about 1 % w/w of the solids in the oral liquid formulation. In other embodiments, sodium benzoate is present in about 0.1 % w/w, about 0.15 % w/w, about 0.2 % w/w, about 0.25 % w/w, about 0.3 % w/w, about 0.35 % w/w, about 0.4 % w/w, about 0.45 % w/w, about 0.5 % w/w, about 0.55 % w/w, about 0.6 % w/w, about 0.65 % w/w, about 0.7 % w/w, about 0.75 % w/w, about 0.8 % w/w, about 0.85 % w/w, about 0.9 % w/w, about 0.95 % w/w, or about 1 % w/w of the solids in the oral liquid formulation. In some embodiments, sodium benzoate is present in about 0.4 % w/w to about 0.7 % w/w of the solids in the oral liquid formulation. In some embodiments, sodium benzoate is present in about 0.45 % w/w of the solids in the oral liquid formulation. In some embodiments, sodium benzoate is present in about 0.6 % w/w of the solids in the oral liquid formulation.

[0053]   In some embodiments, sodium benzoate is present in an amount sufficient to provide antimicrobial effectiveness to the enalapril oral liquid formulation described herein. (See Table G-1).

[0054]   In some embodiments, the preservative is a paraben. In some embodiments, the preservative is a mixture of parabens. In some embodiments, the paraben or mixture of parabens is present in about 0.1 mg/ml to about 2 mg/ml in the oral liquid formulation. In other embodiments, the paraben or mixture of parabens is present in about 0.1 mg/ml, about 0.2 mg/ml, about 0.3 mg/ml, about 0.4 mg/ml, about 0.5 mg/ml, about 0.6 mg/ml, about 0.7 mg/ml, about 0.8 mg/ml, about 0.9 mg/ml, about 1 mg/ml, about 1.1 mg/ml, about 1.2 mg/ml, about 1.3 mg/ml, about 1.4 mg/ml, or about 1.5 mg/ml, about 1.6 mg/ml, about 1.7 mg/ml, about 1.8 mg/ml, about 1.9 mg/ml, or about 2 mg/ml in the liquid oral formulation. In some embodiments, the paraben or mixture of parabens is present in about 1.6 mg/ml to about 2 mg/ml in the oral liquid formulation. In some embodiments, the paraben or mixture of parabens is present in about 1.6 mg/ml to about 1.8 mg/ml in the oral liquid formulation. In some embodiments, the paraben or mixture of parabens is present in about 0.1 mg/ml to about 0.5 mg/ml in the oral liquid formulation.

[0055]   In some embodiments, the paraben or mixture of parabens is present in about 2 % w/w to about 30 % w/w of the solids in the oral liquid formulation. In other embodiments, the paraben or mixture of parabens is present in about 2 % w/w, about 3 % w/w, about 4 % w/w, about 5 % w/w, about 6 % w/w, about 7 % w/w, about 8 % w/w, about 9 % w/w, about 10 % w/w, about 11 % w/w, about 12 % w/w, about 13 % w/w, about 14 % w/w, about 15 % w/w, about 16 % w/w, about 17 % w/w, about 18 % w/w, about 19 % w/w, about 20 % w/w, about 21 % w/w, about 22 % w/w, about 23 % w/w, about 24 % w/w, about 25 % w/w, about 26 % w/w, about 27 % w/w, about 28 % w/w, about 29 % w/w, or about 30 % w/w of the solids in the oral liquid formulation. In some embodiments, the paraben or mixture of parabens is present in about 2 % w/w to about 3 % w/w of the solids in the oral liquid formulation. In some embodiments, the paraben or mixture of parabens is present in about 23 % w/w to about 26 % w/w of the

15

BION-ESOL-00038402

WSGR Docket No. 43060-707.308

solids in the oral liquid formulation. In some embodiments, the paraben or mixture of parabens is present in about 26 % w/w to about 30 % w/w of the solids in the oral liquid formulation.

*Sweetener and preservative incompatibility*

[0056]   Paraben preservatives (especially methylparaben) can react with selected sugars (glucose, fructose, sucrose, lactose, maltose) and sugar alcohols (xylitol, mannitol, lactitol, maltitol, sorbitol) to form transesterification reaction products. This can be undesirable from a formulation and stability standpoint as the transesterification creates additional degradants.

[0057]   In some embodiments, the enalapril oral liquid formulation described herein does not comprise a paraben preservative. In further embodiments, the enalapril oral liquid formulation described herein does not comprise a paraben preservative when the formulation also comprises a sugar or sugar alcohol.

*pH of Enalapril Oral Liquid Formulations*

[0058]   Buffering agents maintain the pH of the liquid enalapril formulation. Non-limiting examples of buffering agents include, but are not limited to sodium bicarbonate, potassium bicarbonate, magnesium hydroxide, magnesium lactate, magnesium glucomate, aluminum hydroxide, aluminum hydroxide/sodium bicarbonate co-precipitate, mixture of an amino acid and a buffer, a mixture of aluminum glycinate and a buffer, a mixture of an acid salt of an amino acid and a buffer, and a mixture of an alkali salt of an amino acid and a buffer. Additional buffering agents include citric acid, sodium citrate, sodium tartarate, sodium acetate, sodium carbonate, sodium polyphosphate, potassium polyphosphate, sodium pyrophosphate, potassium pyrophosphate, disodium hydrogenphosphate, dipotassium hydrogenphosphate, trisodium phosphate, tripotassium phosphate, sodium acetate, potassium metaphosphate, magnesium oxide, magnesium hydroxide, magnesium carbonate, magnesium silicate, calcium acetate, calcium glycerophosphate, calcium chloride, calcium hydroxide, calcium lactate, calcium carbonate, calcium bicarbonate, and other calcium salts. Some buffering agents also impart effervescent qualities when a powder is reconstituted in a solution. In some embodiments, the buffering agent is not sodium bicarbonate.

[0059]   In some embodiments, the oral liquid formulation comprises a buffer.

[0060]   In some embodiments, the buffer in the enalapril oral liquid formulation described herein comprises citric acid. In some embodiments, the buffer in the enalapril oral liquid formulation described herein comprises citric acid and sodium citrate. In some embodiments, the buffer in the enalapril oral liquid formulation described herein comprises citric acid and sodium citrate dihydrate or an equivalent molar amount of sodium citrate anhydrous. In some embodiments, the sodium citrate is monosodium citrate. In some embodiments, the sodium citrate is disodium citrate. In some embodiments, the sodium citrate is trisodium citrate.

16

BION-ESOL-00038403

WSGR Docket No. 43060-707.308

[0061]   In some embodiments, the buffer in the enalapril oral liquid formulation described herein comprises phosphoric acid. In some embodiments, the buffer in the enalapril oral liquid formulation described herein comprises sodium phosphate.

[0062]   In some embodiments, modulation of the pH is desired to provide a lowered impurity profile. In the exemplary stability studies, the main enalapril degradants are enalapril diketopiperazine and enalaprilat:



enalapril diketopiperazine;



enalaprilat

[0063]   In some embodiments, the percentage of enalaprilat formation is increased when the pH is above 3.5. (See table C-2 and FIG. 1 and FIG. 2). In some embodiments, the percentage of enalapril diketopiperazine formation is slightly increased as the pH is below 4.

[0064]   In some embodiments, the pH of the enalapril oral liquid formulation described herein is less than about 4. In some embodiments, the pH of the enalapril oral liquid formulation described herein is less than about 3.5. In some embodiments, the pH of the enalapril oral liquid formulation described herein is between about 3 and about 4. In some embodiments, the pH of the enalapril oral liquid formulation described herein is between about 3 and about 3.5. In some embodiments, the pH of the enalapril oral liquid formulation described herein is about 3, about 3.1, about 3.2, about 3.3, about 3.4, about 3.5, about 3.6, about 3.7, about 3.8, about 3.9, or about 4. In some embodiments, the pH of the enalapril oral liquid formulation described herein is about 3.3.

[0065]   In some embodiments, the formation of degradants is dependent on the buffer concentration. In some embodiments, the buffer concentration impacts the taste of the enalapril oral liquid formulation.

[0066]   In some embodiments, the buffer concentration is between about 5 mM and about 20 mM. In some embodiments, the buffer concentration is about 5 mM, about 6 mM, about 7 mM, about 8 mM,

17

BION-ESOL-00038404

WSGR Docket No. 43060-707.308

about 9 mM, about 10 mM, about 11 mM, about 12 mM, about 13 mM, about 14 mM, about 15 mM, about 16 mM, about 17 mM, about 18 mM, about 19 mM, or about 20 mM. In some embodiments, the buffer concentration is about 5 mM. In some embodiments, the buffer concentration is about 10 mM. In some embodiments, the buffer concentration is about 20 mM.

[0067]   In some embodiments, citric acid is present in about 0.7 to about 2 mg/ml in the oral liquid formulation. In other embodiments, citric acid is present in about 0.7 mg/ml, about 0.71 mg/ml, about 0.72 mg/ml, about 0.73 mg/ml, about 0.74 mg/ml, about 0.75 mg/ml, about 0.76 mg/ml, about 0.77 mg/ml, about 0.78 mg/ml, about 0.79 mg/ml, about 0.8 mg/ml, about 0.81 mg/ml, about 0.82 mg/ml, about 0.83 mg/ml, about 0.84 mg/ml, about 0.85 mg/ml, about 0.86 mg/ml, about 0.87 mg/ml, about 0.88 mg/ml, about 0.89 mg/ml, about 0.9 mg/mL, about 0.91 mg/mL, about 0.92 mg/mL, about 0.93 mg/mL, about 0.94 mg/mL, about 0.95 mg/mL, about 0.96 mg/mL, about 0.97 mg/mL, about 0.98 mg/mL, about 0.99 mg/mL, about 1 mg/mL, about 1.11 mg/ml, about 1.12 mg/ml, about 1.13 mg/ml, about 1.14 mg/ml, about 1.15 mg/ml, about 1.16 mg/ml, about 1.17 mg/ml, about 1.18 mg/ml, about 1.19 mg/ml, about 1.2 mg/ml, about 1.21 mg/ml, about 1.22 mg/ml, about 1.23 mg/ml, about 1.24 mg/ml, about 1.25 mg/ml, about 1.26 mg/ml, about 1.27 mg/ml, about 1.28 mg/ml, about 1.29 mg/ml, about 1.3 mg/mL, about 1.31 mg/mL, about 1.32 mg/mL, about 1.33 mg/mL, about 1.34 mg/mL, about 1.35 mg/mL, about 1.36 mg/mL, about 1.37 mg/mL, about 1.38 mg/mL, about 1.39 mg/mL, about 1.4 mg/ml, about 1.41 mg/ml, about 1.42 mg/ml, about 1.43 mg/ml, about 1.44 mg/ml, about 1.45 mg/ml, about 1.46 mg/ml, about 1.47 mg/ml, about 1.48 mg/ml, about 1.49 mg/ml, about 1.5 mg/ml, about 1.51 mg/ml, about 1.52 mg/ml, about 1.53 mg/ml, about 1.54 mg/ml, about 1.55 mg/ml, about 1.56 mg/ml, about 1.57 mg/ml, about 1.58 mg/ml, about 1.59 mg/ml, about 1.6 mg/mL, about 1.61 mg/mL, about 1.62 mg/mL, about 1.63 mg/mL, about 1.64 mg/mL, about 1.65 mg/mL, about 1.66 mg/mL, about 1.67 mg/mL, about 1.68 mg/mL, about 1.69 mg/mL, about 1.7 mg/ml, about 1.71 mg/ml, about 1.72 mg/ml, about 1.73 mg/ml, about 1.74 mg/ml, about 1.75 mg/ml, about 1.76 mg/ml, about 1.77 mg/ml, about 1.78 mg/ml, about 1.79 mg/ml, about 1.8 mg/ml, about 1.81 mg/ml, about 1.82 mg/ml, about 1.83 mg/ml, about 1.84 mg/ml, about 1.85 mg/ml, about 1.86 mg/ml, about 1.87 mg/ml, about 1.88 mg/ml, about 1.89 mg/ml, about 1.9 mg/mL, about 1.91 mg/mL, about 1.92 mg/mL, about 1.93 mg/mL, about 1.94 mg/mL, about 1.95 mg/mL, about 1.96 mg/mL, about 1.97 mg/mL, about 1.98 mg/mL, about 1.99 mg/mL, or about 2 mg/mL in the oral liquid formulation. In some embodiments, citric acid is present in about 1.65 mg/ml in the oral liquid formulation. In some embodiments, citric acid is present in about 1.82 mg/ml in the oral liquid formulation. In some embodiments, citric acid is present in about 0.82 mg/ml in the oral liquid formulation.

[0068]   In some embodiments, citric acid is present in about 2 to about 3.5 mg/ml in the oral liquid formulation. In other embodiments, citric acid is present in about 2 mg/mL, about 2.05 mg/mL, about 2.1

18

BION-ESOL-00038405

WSGR Docket No. 43060-707.308

mg/mL, about 2.15 mg/mL, about 2.2 mg/mL, about 2.25 mg/mL, about 2.3 mg/mL, about 2.35 mg/mL, about 2.4 mg/mL, about 2.45 mg/mL, about 2.5 mg/mL, about 2.55 mg/mL, about 2.6 mg/mL, about 2.65 mg/mL, about 2.7 mg/mL, about 2.75 mg/mL, about 2.8 mg/mL, about 2.85 mg/mL, about 2.9 mg/mL, about 2.95 mg/mL, about 3 mg/mL, about 3.05 mg/ml, about 3.1 mg/mL, about 3.15 mg/mL, about 3.2 mg/mL, about 3.25 mg/mL, about 3.3 mg/mL, about 3.35 mg/mL, about 3.4 mg/mL, about 3.45 mg/mL, or about 3.5 mg/mL in the oral liquid formulation. In some embodiments, citric acid is present in about 3.3 mg/ml in the oral liquid formulation.

[0069]   In some embodiments, citric acid is present in about 10 % w/w to about 50 % w/w of the solids in the oral liquid formulation. In other embodiments, citric acid is present in about 10 % w/w, about 11 % w/w, about 12 % w/w, about 13 % w/w, about 14 % w/w, about 15 % w/w, about 16 % w/w, about 17 % w/w, about 18 % w/w, about 19 % w/w, about 20 % w/w, about 21 % w/w, about 22 % w/w, about 23 % w/w, about 24 % w/w, about 25 % w/w, about 26 % w/w, about 27 % w/w, about 28 % w/w, about 29 % w/w, about 30 % w/w, about 31 % w/w, about 32 % w/w, about 33 % w/w, about 34 % w/w, about 35 % w/w, about 36 % w/w, about 37 % w/w, about 38 % w/w, about 39 % w/w, about 40 % w/w, about 41 % w/w, about 42 % w/w, about 43 % w/w, about 44 % w/w, about 45 % w/w, about 46 % w/w, about 47 % w/w, about 48 % w/w, about 49 % w/w, about 50 % w/w of the solids in the oral liquid formulation. In some embodiments, citric acid is present in about 45 % w/w of the solids in the oral liquid formulation. In some embodiments, citric acid is present in about 31 % w/w of the solids in the oral liquid formulation. In some embodiments, citric acid is present in about 35 % w/w of the solids in the oral liquid formulation. In some embodiments, citric acid is present in about 19 % w/w of the solids in the oral liquid formulation.

[0070]   In some embodiments, citric acid is present in about 1 % w/w to about 5 % w/w of the solids in the oral liquid formulation. In other embodiments, citric acid is present in about 1 % w/w, about 1.1 % w/w, about 1.2 % w/w, about 1.3 % w/w, about 1.4 % w/w, about 1.5 % w/w, about 1.6 % w/w, about 1.7 % w/w, about 1.8 % w/w, about 1.9 % w/w, about 2 % w/w, about 2.1 % w/w, about 2.2 % w/w, about 2.3 % w/w, about 2.4 % w/w, about 2.5 % w/w, about 2.6 % w/w, about 2.7 % w/w, about 2.8 % w/w, about 2.9 % w/w, about 3 % w/w, about 3.1 % w/w, about 3.2 % w/w, about 3.3 % w/w, about 3.4 % w/w, about 3.5 % w/w, about 3.6 % w/w, about 3.7 % w/w, about 3.8 % w/w, about 3.9 % w/w, about 4 % w/w, about 4.1 % w/w, about 4.2 % w/w, about 4.3 % w/w, about 4.4 % w/w, about 4.5 % w/w, about 4.6 % w/w, about 4.7 % w/w, about 4.8 % w/w, about 4.9 % w/w, or about 5 % w/w of the solids in the oral liquid formulation. In some embodiments, citric acid is present in about 2.1 % w/w of the solids in the oral liquid formulation. In some embodiments, citric acid is present in about 1.6 % w/w of the solids in the oral liquid formulation.

[0071]   In some embodiments, sodium citrate dihydrate is present in about 0.1 to about 0.8 mg/ml in the oral liquid formulation. In other embodiments, sodium citrate dihydrate is present in the oral liquid

19

WSGR Docket No. 43060-707.308

formulation is about 0.1 mg/mL, about 0.11 mg/mL, about 0.12 mg/mL, about 0.13 mg/mL, about 0.14 mg/mL, about 0.15 mg/ml, about 0.16 mg/mL, about 0.17 mg/mL, about 0.18 mg/mL, about 0.19 mg/mL, about 0.2 mg/ml, about 0.21 mg/ml, about 0.22 mg/ml, about 0.23 mg/ml, about 0.24 mg/ml, about 0.25 mg/ml, about 0.26 mg/ml, about 0.27 mg/ml, about 0.28 mg/ml, about 0.29 mg/ml, about 0.3 mg/ml, about 0.31 mg/ml, about 0.32 mg/ml, about 0.33 mg/ml, about 0.34 mg/ml, about 0.35 mg/ml, about 0.36 mg/ml, about 0.37 mg/ml, about 0.38 mg/ml, about 0.39 mg/ml, about 0.4 mg/ml, about 0.41 mg/ml, about 0.42 mg/ml, about 0.43 mg/ml, about 0.44 mg/ml, about 0.45 mg/ml, about 0.46 mg/ml, about 0.47 mg/ml, about 0.48 mg/ml, about 0.49 mg/ml, about 0.5 mg/ml, about 0.51 mg/ml, about 0.52 mg/ml, about 0.53 mg/ml, about 0.54 mg/ml, about 0.55 mg/ml, about 0.56 mg/ml, about 0.57 mg/ml, about 0.58 mg/ml, about 0.59 mg/ml, about 0.6 mg/ml, about 0.61 mg/ml, about 0.62 mg/ml, about 0.63 mg/ml, about 0.64 mg/ml, about 0.65 mg/ml, about 0.66 mg/ml, about 0.67 mg/ml, about 0.68 mg/ml, about 0.69 mg/ml, about 0.7 mg/ml, about 0.71 mg/ml, about 0.72 mg/ml, about 0.73 mg/ml, about 0.74 mg/ml, about 0.75 mg/ml, about 0.76 mg/ml, about 0.77 mg/ml, about 0.78 mg/ml, about 0.79 mg/ml, or about 0.8 mg/ml in the oral liquid formulation. In some embodiments, sodium citrate dihydrate is present in about 0.75 mg/ml in the oral liquid formulation. In some embodiments, sodium citrate dihydrate is present in about 0.35 mg/ml in the oral liquid formulation. In some embodiments, sodium citrate dihydrate is present in about 0.2 mg/ml in the oral liquid formulation. In some embodiments, sodium citrate dihydrate is present in about 0.15 mg/ml in the oral liquid formulation.

[0072] In some embodiments, sodium citrate dihydrate is present in about 1 % w/w to about 15 % w/w of the solids in the oral liquid formulation. In other embodiments, sodium citrate dihydrate is present in about 1 % w/w, about 1.1 % w/w, about 1.2 % w/w, about 1.3 % w/w, about 1.4 % w/w, about 1.5 % w/w, about 1.6 % w/w, about 1.7 % w/w, about 1.8 % w/w, about 1.9 % w/w, about 2 % w/w, about 2.1 % w/w, about 2.2 % w/w, about 2.3 % w/w, about 2.4 % w/w, about 2.5 % w/w, about 2.6 % w/w, about 2.7 % w/w, about 2.8 % w/w, about 2.9 % w/w, about 3 % w/w, about 3.1 % w/w, about 3.2 % w/w, about 3.3 % w/w, about 3.4 % w/w, about 3.5 % w/w, about 3.6 % w/w, about 3.7 % w/w, about 3.8 % w/w, about 3.9 % w/w, about 4 % w/w, about 4.5 % w/w, about 5 % w/w, about 5.5 % w/w, about 6 % w/w, about 6.5 % w/w, about 7 % w/w, about 7.5 % w/w, about 8 % w/w, about 8.5 % w/w, about 9 % w/w, about 9.5 % w/w, about 10 % w/w, about 10.5 % w/w, about 11 % w/w, about 11.5 % w/w, about 12 % w/w, about 12.5 % w/w, about 13 % w/w, about 13.5 % w/w, about 14 % w/w, about 14.5 % w/w, about 15 % w/w of the solids in the oral liquid formulation. In some embodiments, sodium citrate dihydrate is present in about 10.5 % w/w of the solids in the oral liquid formulation. In some embodiments, sodium citrate dihydrate is present in about 7.5 % w/w of the solids in the oral liquid formulation. In some embodiments, sodium citrate dihydrate is present in about 4.5 % w/w of the solids

BION-ESOL-00038407

WSGR Docket No. 43060-707.308

in the oral liquid formulation. In some embodiments, sodium citrate dihydrate is present in about 2.9 % w/w of the solids in the oral liquid formulation.

[0073]   In other embodiments, sodium citrate dihydrate is not added to the formulation.

*Additional excipients*

[0074]   In further embodiments, the enalapril liquid formulation described herein comprises additional excipients including, but not limited to, glidants, flavoring agents, coloring agents and thickeners. Additional excipients such as bulking agents, tonicity agents and chelating agents are within the scope of the embodiments.

[0075]   Glidants are substances that improve flowability of a powder. Suitable glidants include, but are not limited to, calcium phosphate tribasic, calcium silicate, cellulose (powdered), colloidal silicon dioxide, magnesium silicate, magnesium trisilicate, silicon dioxide, starch, talc and the like. In some embodiments, the enalapril powder formulations described herein comprise a glidant. In some embodiments the glidant is not colloidal silicon dioxide.

[0076]   In another embodiment, the enalapril liquid formulation comprises a flavoring agent or flavorant to enhance the taste or aroma of the formulation in liquid form. Suitable natural or synthetic flavoring agents can be selected from standard reference books, for example Fenaroli's Handbook of Flavor Ingredients, 3rd edition (1995). Non-limiting examples of suitable natural flavors, some of which can readily be simulated with synthetic agents or combinations thereof, include almond, anise, apple, apricot, bergamot, blackberry, blackcurrant, blueberry, cacao, caramel, cherry, cinnamon, clove, coffee, coriander, cranberry, cumin, dill, eucalyptus, fennel, fig, ginger, grape, grapefruit, guava, hop, lemon, licorice, lime, malt, mandarin, molasses, nutmeg, mixed berry, orange, peach, pear, peppermint, pineapple, raspberry, rose, spearmint, strawberry, tangerine, tea, vanilla, wintergreen, etc. Also useful, particularly where the formulation is intended primarily for pediatric use, is tutti-frutti or bubblegum flavor, a compounded flavoring agent based on fruit flavors. Presently preferred flavoring agents include anise, cinnamon, cacao, orange, peppermint, cherry (in particular wild cherry), grape, bubblegum, vanilla, and mixed berry. In some embodiments, the enalapril liquid formulation described herein comprises a mixed berry flavoring agent. Flavoring agents can be used singly or in combinations of two or more.

[0077]   In further embodiments, the enalapril liquid formulation comprises a coloring agent for identity and/or aesthetic purposes. Suitable coloring agents illustratively include FD&C Red No. 3, FD&C Red No. 20, FD&C Red No. 40, FD&C Yellow No. 6, FD&C Blue No. 2, FD&C Green No. 5, FD&C Orange No. 5, caramel, ferric oxide and mixtures thereof.

[0078]   Thickeners impart viscosity or weight to the resultant liquid forms from the enalapril formulation described herein. Exemplary thickeners include dextrin, cellulose derivatives (carboxymethylcellulose and its salts, ethylcellulose, hydroxyethyl cellulose, methylcellulose, hypromellose, and the like) starches,

21

BION-ESOL-00038408

WSGR Docket No. 43060-707.308

pectin, polyethylene glycol, polyethylene oxide, trehalose and certain gums (xanthan gum, locust bean gum, etc.). In certain embodiments, the enalapril liquid formulation comprises a thickener.

[0079]   Additional excipients are contemplated in the enalapril liquid formulation embodiments. These additional excipients are selected based on function and compatibility with the enalapril liquid formulations described herein and may be found, for example in *Remington: The Science and Practice of Pharmacy,* Nineteenth Ed (Easton, PA: Mack Publishing Company, 1995); Hoover, John E., *Remington's Pharmaceutical Sciences,* (Easton, PA: Mack Publishing Co 1975); Liberman, H.A. and Lachman, L., Eds., *Pharmaceutical Dosage Forms* (New York, NY: Marcel Decker 1980); and *Pharmaceutical Dosage Forms and Drug Delivery Systems*, Seventh Ed (Lippincott Williams & Wilkins 1999), herein incorporated by reference in their entirety.

*Stability*

[0080]   The main enalapril degradants are enalapril diketopiperazine and enalaprilat.

[0081]   The enalapril oral liquid formulations described herein are stable in various storage conditions including refrigerated, ambient and accelerated conditions. Stable as used herein refers to enalapril oral liquid formulations having about 95 % or greater of the initial enalapril amount and about 5 % w/w or less total impurities or related substances at the end of a given storage period. The percentage of impurities is calculated from the amount of impurities relative to the amount of enalapril. Stability is assessed by HPLC or any other known testing method. In some embodiments, the stable enalapril oral liquid formulations have about 5 % w/w, about 4 % w/w, about 3 % w/w, about 2.5 % w/w, about 2 % w/w, about 1.5 % w/w, about 1 % w/w, or about 0.5 % w/w total impurities or related substances. In other embodiments, the stable enalapril oral liquid formulations have about 5 % w/w total impurities or related substances. In yet other embodiments, the stable enalapril oral liquid formulations have about 4 % w/w total impurities or related substances. In yet other embodiments, the stable enalapril oral liquid formulations have about 3 % w/w total impurities or related substances. In yet other embodiments, the stable enalapril oral liquid formulations have about 2 % w/w total impurities or related substances. In yet other embodiments, the stable enalapril oral liquid formulations have about 1 % w/w total impurities or related substances.

[0082]   At refrigerated condition,the enalapril oral liquid formulations described herein are stable for at least 1 month, at least 2 months, at least 3 months, at least 6 months, at least 9 months, at least 12 months, at least 15 months, at least 18 months, at least 24 months, at least 30 months and at least 36 months. In some embodiments, refrigerated condition is 5±3 °C. In some embodiments, refrigerated condition is about 2 °C, about 2.1 °C, about 2.2 °C, about 2.3 °C, about 2.4 °C, about 2.5 °C, about 2.6 °C, about 2.7 °C, about 2.8 °C, about 2.9 °C, about 3 °C, about 3.1 °C, about 3.2 °C, about 3.3 °C, about 3.4 °C, about 3.5 °C, about 3.6 °C, about 3.7 °C, about 3.8 °C, about 3.9 °C, about 4 °C, about 4.1 °C, about 4.2 °C,

BION-ESOL-00038409

WSGR Docket No. 43060-707.308

about 4.3 ºC, about 4.4 ºC, about 4.5 ºC, about 4.6 ºC, about 4.7 ºC, about 4.8 ºC, about 4.9 ºC, about 5 ºC, about 5.1 ºC, about 5.2 ºC, about 5.3 ºC, about 5.4 ºC, about 5.5 ºC, about 5.6 ºC, about 5.7 ºC, about 5.8 ºC, about 5.9 ºC, about 6 ºC, about 6.1 ºC, about 6.2 ºC, about 6.3 ºC, about 6.4 ºC, about 6.5 ºC, about 6.6 ºC, about 6.7 ºC, about 6.8 ºC, about 6.9 ºC, about 7 ºC, about 7.1 ºC, about 7.2 ºC, about 7.3 ºC, about 7.4 ºC, about 7.5 ºC, about 7.6 ºC, about 7.7 ºC, about 7.8 ºC, about 7.9 ºC, or about 8 ºC. At accelerated conditions, the enalapril oral liquid formulations described herein are stable for at least 1 month, at least 2 months, at least 3 months, at least 4 months, at least 5 months, at least 6 months, at least 7 months, at least 8 months, at least 9 months, at least 10 months, at least 11 months or at least 12 months. Accelerated conditions for the enalapril oral liquid formulations described herein include temperature and/or relative humidity (RH) that are at or above ambient levels (e.g. 25±5 °C; 55±10% RH). In some instances, an accelerated condition is at about 25°C, about 30 °C, about 35 °C, about 40 °C, about 45 °C, about 50 °C, about 55 °C or about 60 °C. In other instances, an accelerated condition is above 55% RH, about 65 % RH, about 70 % RH, about 75 % RH or about 80 % RH. In further instances, an accelerated condition is about 40 °C or 60 °C at ambient humidity. In yet further instances, an accelerated condition is about 40 °C at 75±5 % RH humidity.

**Enalapril Oral Powder Formulation**

[0083]   In another aspect, enalapril oral liquid formulations described herein are prepared from the reconstitution of an enalapril powder formulation. In some embodiments, the enalapril powder formulation comprising enalapril, a sweetener, a preservative, and optionally an excipient is dissolved in water, a buffer, other aqueous solvent, or a liquid to form an enalapril oral liquid formulation. In one embodiment, the sweetening agent is sucralose. In one embodiment, the sweetener is not mannitol. In one embodiment, the sweetening agent is xylitol. In another embodiment, the preservative is sodium benzoate. In one embodiment, the preservative is a paraben preservative. In one aspect, the enalapril powder formulation described herein comprises enalapril, sucralose, and sodium benzoate. In some embodiments, the enalapril powder formulation herein further comprises a flavoring agent. In some embodiments, the enalapril powder formulation herein further comprises one or more buffering agents.

[0084]   In some embodiments, enalapril or a pharmaceutically acceptable salt thereof, is present in about 0.5% w/w to about 30 % w/w of the powder formulation. In other embodiments, enalapril or a pharmaceutically acceptable salt thereof, is present in about 0.5 % w/w, about 1 % w/w, about 1.5 % w/w, about 2 % w/w, about 2.5 % w/w, about 3 % w/w, about 3.5 % w/w, about 4 % w/w, about 4.5 % w/w, about 5 % w/w, about 5.5 % w/w, about 6 % w/w, about 6.5 % w/w, about 7 % w/w, about 7.5 % w/w, about 8 % w/w, about 8.5 % w/w, about 9 % w/w, about 9.5 % w/w, about 10 % w/w, about 10.5 % w/w, about 11 % w/w, about 11.5 % w/w, about 12 % w/w, about 12.5 % w/w, about 13 % w/w, about 13.5 %

23

BION-ESOL-00038410

WSGR Docket No. 43060-707.308

w/w, about 14% w/w, about 14.5 % w/w, about 15 % w/w, about 15.5 % w/w, about 16 % w/w, about 16.5 % w/w, about 17 % w/w, about 17.5 % w/w, about 18 % w/w, about 18.5 % w/w, about 19 % w/w, about 19.5 % w/w, about 20 % w/w, about 20.5 % w/w, about 21 % w/w, about 21.5 % w/w, about 22 % w/w, about 22.5 % w/w, about 23 % w/w, about 23.5 % w/w, about 24 % w/w, about 24.5 % w/w, about 25 % w/w, about 25.5 % w/w, about 26 % w/w, about 26.5 % w/w, about 27 % w/w, about 27.5 % w/w, about 28 % w/w, about 28.5 % w/w, about 29 % w/w, about 29.5 % w/w, or about 30 % w/w of the powder formulation. In some embodiments, enalapril or a pharmaceutically acceptable salt thereof, is present in about 10% w/w to about 25 % w/w of the powder formulation. In some embodiments, enalapril maleate is present in about 13.5 % w/w of the powder formulation. In some embodiments, enalapril maleate is present in about 19.5 % w/w of the powder formulation. In some embodiments, enalapril maleate is present in about 24.5 % w/w of the powder formulation. In some embodiments, enalapril is present in about 10.5 % w/w of the powder formulation. In some embodiments, enalapril is present in about 14.5 % w/w of the powder formulation. In some embodiments, enalapril is present in about 18 % w/w of the powder formulation.

[0085]   In some embodiments, enalapril or a pharmaceutically acceptable salt thereof, is present in about 0.1% w/w to about 1 % w/w of the powder formulation. In other embodiments, enalapril or a pharmaceutically acceptable salt thereof, is present in about 0.1 % w/w, about 0.15 % w/w, about 0.2 % w/w, about 0.25 % w/w, about 0.3 % w/w, about 0.35 % w/w, about 0.4 % w/w, about 0.45 % w/w, about 0.5 % w/w, about 0.55 % w/w, about 0.6 % w/w, about 0.65 % w/w, about 0.7 % w/w, about 0.75 % w/w, about 0.8 % w/w, about 0.85 % w/w, about 0.9 % w/w, about 0.95 % w/w, or about 1 % w/w of the powder formulation. In some embodiments, enalapril or a pharmaceutically acceptable salt thereof, is present in about 0.4 % w/w to about 0.7 % w/w of the powder formulation. In some embodiments, enalapril maleate is present in about 0.45 % w/w of the powder formulation. In some embodiments, enalapril maleate is present in about 0.6 % w/w of the powder formulation. In some embodiments, enalapril is present in about 0.4 % w/w of the powder formulation. In some embodiments, enalapril is present in about 0.5 % w/w of the powder formulation.

[0086]   Various amounts and concentrations of other components (sweeteners, buffers, preservatives, and the like) in the enalapril powder formulations are found in the previous section describing the amounts and concentrations for the analogous enalapril oral liquid formulations. For example, in some embodiments where sucralose is present in about 1 % w/w to about 30 % w/w of the solids in the oral liquid formulation; in an analogous enalapril powder formulation, sucralose would be about 1 % w/w to about 30 % w/w in the powder formulation. In some embodiments where sodium benzoate is present in about 1 % w/w to about 30 % w/w of the solids in the oral liquid formulation, in an analogous enalapril

24

BION-ESOL-00038411

WSGR Docket No. 43060-707.308

powder formulation sodium benzoate is present in about 1 % w/w to about 30 % w/w in the powder formulation.

[0087]   Liquid vehicles suitable for the enalapril powder formulations to be reconstituted into an oral solution described herein are selected for a particular oral liquid formulation (solution, suspension, etc.) as well as other qualities such as clarity, toxicity, viscosity, compatibility with excipients, chemical inertness, palatability, odor, color and economy. Exemplary liquid vehicles include water, ethyl alcohol, glycerin, propylene glycol, syrup (sugar or other sweetener based, e.g., Ora-Sweet® SF sugar-free flavored syrup), juices (apple, grape, orange, cranberry, cherry, tomato and the like), other beverages (tea, coffee, soft drinks, milk and the like), oils (olive, soybean, corn, mineral, castor and the like), and combinations or mixtures thereof. Certain liquid vehicles, e.g., oil and water, can be combined together to form emulsions. In some embodiments, water is used for as a vehicle for a enalapril oral liquid formulation. In other embodiments, a syrup is used for as a vehicle for a enalapril oral liquid formulation. In yet other embodiments, a juice is used for as a vehicle for a enalapril oral liquid formulation.

[0088]   Buffering agents maintain the pH of the liquid enalapril formulation. Non-limiting examples of buffering agents include, but are not limited to sodium bicarbonate, potassium bicarbonate, magnesium hydroxide, magnesium lactate, magnesium gluconate, aluminum hydroxide, aluminum hydroxide/sodium bicarbonate co precipitate, mixture of an amino acid and a buffer, a mixture of aluminum glycinate and a buffer, a mixture of an acid salt of an amino acid and a buffer, and a mixture of an alkali salt of an amino acid and a buffer. Additional buffering agents include citric acid, sodium citrate, sodium tartrate, sodium acetate, sodium carbonate, sodium polyphosphate, potassium polyphosphate, sodium pyrophosphate, potassium pyrophosphate, disodium hydrogenphosphate, dipotassium hydrogenphosphate, trisodium phosphate, tripotassium phosphate, sodium acetate, potassium metaphosphate, magnesium oxide, magnesium hydroxide, magnesium carbonate, magnesium silicate, calcium acetate, calcium glycerophosphate, calcium chloride, calcium hydroxide, calcium lactate, calcium carbonate, calcium bicarbonate, and other calcium salts. Some buffering agents also impart effervescent qualities when a powder is reconstituted in a solution.

[0089]   In some embodiments, the reconstituted oral liquid formulation comprises a buffer. In some embodiments, the buffer comprises citric acid and sodium citrate.

In further embodiments, the enalapril powder formulation described herein comprises additional excipients including, but not limited to, glidants, flavoring agents, coloring agents and thickeners. Additional excipients such as bulking agents, tonicity agents and chelating agents are within the scope of the embodiments.

[0090]   Glidants are substances that improve flowability of a powder. Suitable glidants include, but are not limited to, calcium phosphate tribasic, calcium silicate, cellulose (powdered), colloidal silicon

BION-ESOL-00038412

WSGR Docket No. 43060-707.308

dioxide, magnesium silicate, magnesium trisilicate, silicon dioxide, starch, talc and the like. In some embodiments, the enalapril powder formulations described herein comprise a glidant.

[0091]   In another embodiment, the enalapril powder formulation described herein comprises a flavoring agent or flavorant to enhance the taste or aroma of the formulation in liquid form. Suitable natural or synthetic flavoring agents can be selected from standard reference books, for example Fenaroli's Handbook of Flavor Ingredients, 3rd edition (1995). Non-limiting examples of suitable natural flavors, some of which can readily be simulated with synthetic agents or combinations thereof, include almond, anise, apple, apricot, bergamot, blackberry, blackcurrant, blueberry, cacao, caramel, cherry, cinnamon, clove, coffee, coriander, cranberry, cumin, dill, eucalyptus, fennel, fig, ginger, grape, grapefruit, guava, hop, lemon, licorice, lime, malt, mandarin, molasses, nutmeg, mixed berry, orange, peach, pear, peppermint, pineapple, raspberry, rose, spearmint, strawberry, tangerine, tea, vanilla, wintergreen, etc. Also useful, particularly where the formulation is intended primarily for pediatric use, is tutti-frutti or bubblegum flavor, a compounded flavoring agent based on fruit flavors. Presently preferred flavoring agents include anise, cinnamon, cacao, orange, peppermint, cherry (in particular wild cherry), grape, bubblegum, vanilla, and mixed berry. Flavoring agents can be used singly or in combinations of two or more.

[0092]   In further embodiments, the enalapril powder formulation described herein comprises a coloring agent for identity and/or aesthetic purposes. Suitable coloring agents illustratively include FD&C Red No. 3, FD&C Red No. 20, FD&C Red No. 40, FD&C Yellow No. 6, FD&C Blue No. 2, D&C Green No. 5, D&C Orange No. 5, caramel, ferric oxide and mixtures thereof.

[0093]   In further embodiments, the enalapril powder formulation described herein comprises a thickener. Thickeners impart viscosity or weight to the resultant liquid forms from the enalapril formulation described herein. Exemplary thickeners include dextrin, cellulose derivatives (carboxymethylcellulose and its salts, ethylcellulose, hydroxyethyl cellulose, methylcellulose, hypromellose, and the like) starches, pectin, polyethylene glycol, polyethylene oxide, trehalose and certain gums (xanthan gum, locust bean gum, etc.).

[0094]   Additional excipients are contemplated in the enalapril powder formulation embodiments. These additional excipients are selected based on function and compatibility with the the enalapril powder formulation described herein and may be found, for example in *Remington: The Science and Practice of Pharmacy,* Nineteeth Ed (Easton, PA: Mack Publishing Company, 1995); Hoover, John E., *Remington's Pharmaceutical Sciences,* (Easton, PA: Mack Publishing Co 1975); Liberman, H.A. and Lachman, L., Eds., *Pharmaceutical Dosage Forms* (New York, NY: Marcel Decker 1980); and *Pharmaceutical Dosage Forms and Drug Delivery Systems*, Seventh Ed (Lippincott Williams & Wilkins 1999), herein incorporated by reference in their entirety.

BION-ESOL-00038413

WSGR Docket No. 43060-707.308

[0095]   In some embodiments, the enalapril oral liquid formulation prepared from the powder formulations described herein are homogenous. Homogenous liquids as used herein refer to those liquids that are uniform in appearance, identity, consistency and drug concentration per volume. Non-homogenous liquids include such liquids that have varied coloring, viscosity and/or aggregation of solid particulates, as well as non-uniform drug concentration in a given unit volume. Homogeneity in liquids are assessed by qualitative identification or appearance tests and/or quantitative HPLC testing or the like. The mixing methods and excipients described herein are selected to impart a homogenous quality to a resultant enalapril oral liquid formulation.

[0096]   Mixing methods encompass any type of mixing that result in a homogenous enalapril oral liquid formulation. In some embodiments, a quantity of an enalapril powder formulation is added to a liquid vehicle and then mixed by a stirring, shaking, swirling, agitation element or a combination thereof. In certain instances, a fraction of a enalapril powder formulation (i.e., one-half, one-third, one-fourth, etc.) is added to a liquid vehicle, mixed by stirring, shaking, swirling, agitation or a combination thereof, and the subsequent powder fraction(s) is added and mixed. In other embodiments, a liquid vehicle is added to an enalapril powder formulation in a container, for example, a bottle, vial, bag, beaker, syringe, or the like. The container is then mixed by stirring, shaking, swirling, agitation, inversion or a combination thereof. In certain instances, a fractional volume of the liquid vehicle (i.e., one-half, one-third, one-fourth volume, etc.) is added to a enalapril powder formulation in a container, mixed by stirring, shaking, swirling, agitation, inversion or a combination thereof; and the subsequent liquid fraction(s) is added and mixed. In certain instances, a one-half fractional volume of the liquid vehicle is added to an enalapril powder formulation in a container and mixing by shaking; the other one-half fractional volume of the liquid vehicle is then subsequently added and mixed. In any of the above embodiments, mixing (i.e., stirring, shaking, swirling, agitation, inversion or a combination thereof) occurs for a certain time intervals such as about 10 seconds, about 20 seconds, about 30 seconds, about 45 seconds, about 60 seconds, about 90 seconds, about 120 seconds, about 2.5 minutes, about 3 minutes, about 3.5 minutes, about 4 minutes, or about 5 minutes. In embodiments, where there are two or more mixing steps, the time intervals for each mixing can be the same (e.g., 2x10 seconds) or different (e.g., 10 seconds for first mixing and 20 seconds for second mixing). In any of the above embodiments, a enalapril oral liquid formulation is allowed to stand for a period of time such as about 10 minutes, about 20 minutes, about 30 minutes, about 45 minutes, about 1 hour, about 1.5 hours or about 2 hours, to allow any air bubbles resultant from any of the mixing methods to dissipate.

*Stability of Enalapril Powder Formulation*

[0097]   The enalapril powder formulations described herein are stable in various storage conditions including refrigerated, ambient and accelerated conditions. Stable as used herein refer to enalapril powder

27

WSGR Docket No. 43060-707.308

formulations having about 95 % or greater of the initial enalapril amount and 5 % w/w or less total impurities or related substances at the end of a given storage period. The percentage of impurities is calculated from the amount of impurities relative to the amount of enalapril. Stability is assessed by HPLC or any other known testing method. In some embodiments, the stable enalapril powder formulations have about 5 % w/w, about 4 % w/w, about 3 % w/w, about 2.5 % w/w, about 2 % w/w, about 1.5 % w/w, about 1 % w/w, or about 0.5 % w/w total impurities or related substances. In other embodiments, the stable enalapril powder formulations have about 5 % w/w total impurities or related substances. In yet other embodiments, the stable enalapril powder formulations have about 4 % w/w total impurities or related substances. In yet other embodiments, the stable enalapril powder formulations have about 3 % w/w total impurities or related substances. In yet other embodiments, the stable enalapril powder formulations have about 2 % w/w total impurities or related substances. In yet other embodiments, the stable enalapril powder formulations have about 1 % w/w total impurities or related substances.

[0098]   At refrigerated and ambient conditions, in some embodiments, the enalapril powder formulations described herein are stable for at least 1 week, 2 weeks, 4 weeks, 6 weeks, 8 weeks, 10 weeks, 12 weeks, 16 weeks, 20 weeks, at least 24 weeks, at least 30 weeks, or at least 36 weeks. At accelerated conditions, in some embodiments, the enalapril powder formulations described herein are stable for at least 1 week, at least 2 weeks, at least 3 weeks, at least 4 weeks, at least 5 weeks, at least 6 weeks, at least 7 weeks, at least 8 weeks, at least 9 weeks, at least 10 weeks, at least 11 weeks or at least 12 weeks. Accelerated conditions for the enalapril powder formulations described herein include temperature and/or relative humidity (RH) that are above ambient levels (e.g. 25±4 °C; 55±10 % RH). In some instances, an accelerated condition is at about 30 °C, about 35 °C, about 40 °C, about 45 °C, about 50 °C, about 55 °C or about 60 °C. In other instances, an accelerated condition is above 65 % RH, about 70 % RH, about 75 % RH or about 80 % RH. In further instances, an accelerated condition is about 40 °C or 60 °C at ambient humidity. In yet further instances, an accelerated condition is about 40 °C at 75±5 % RH humidity.

## Kits and Articles of Manufacture

[0099]   For the enalapril powder and liquid formulations described herein, kits and articles of manufacture are also described. Such kits can comprise a carrier, package, or container that is compartmentalized to receive one or more containers such as vials, tubes, and the like, each of the container(s) comprising one of the separate elements to be used in a method described herein including an enalapril powder or liquid formulation. Suitable containers include, for example, bottles, vials, syringes, and test tubes. The containers can be formed from a variety of materials such as glass or plastic.

BION-ESOL-00038415

WSGR Docket No. 43060-707.308

[00100] A kit will typically may comprise one or more additional containers, each with one or more of various materials (such as reagents, optionally in concentrated form, and/or devices) desirable from a commercial and user standpoint for an enalapril powder or liquid formulation described herein. Non-limiting examples of such materials include, but not limited to, buffers, diluents, filters, needles, syringes; carrier, package, container, vial and/or tube labels listing contents and/or instructions for use, and package inserts with instructions for use associated with an enalapril powder or liquid formulation. A set of instructions will also typically be included.

[00101] A label can be on or associated with the container. A label can be on a container when letters, numbers or other characters forming the label are attached, molded or etched into the container itself; a label can be associated with a container when it is present within a receptacle or carrier that also holds the container, e.g., as a package insert. A label can be used to indicate that the contents are to be used for a specific therapeutic application. The label can also indicate directions for use of the contents, such as in the methods described herein.

## Methods

[00102] Provided herein, in one aspect, are methods of treatment comprising administration of the enalapril oral liquid formulations described herein to a subject. In some embodiments, the enalapril oral liquid formulations described herein treat hypertension in a subject. Hypertension as used herein includes both primary (essential) hypertension and secondary hypertension. In certain instances, hypertension is classified in cases when blood pressure values are greater than or equal to 140/90 (systolic/diastolic) mm Hg in a subject. In certain instances, the enalapril oral liquid formulations described herein treat a subject having a blood pressure values are greater than or equal to 140/90 mm Hg. In certain instances, the enalapril oral liquid formulations described herein treat primary (essential) hypertension in a subject. In other instances, the enalapril oral liquid formulations described herein treat secondary hypertension in a subject.

[00103] In other embodiments, the enalapril oral liquid formulations described herein treat prehypertension in a subject. Prehypertension as used herein refers to cases where a subject's blood pressure is elevated above normal but not to the level considered to be hypertension. In some instances, prehypertension is classified in cases when blood pressure values are 120-139/80-89 mm Hg. In certain instances, the enalapril oral liquid formulations described herein treat a subject having blood pressure values of 120-139/80-89 mm Hg.

[00104] In yet other embodiments, the enalapril oral liquid formulations described herein are prophylactically administered to subjects suspected of having, predisposed to, or at risk of developing hypertension. In some embodiments, the administration of enalapril oral liquid formulations described

BION-ESOL-00038416

WSGR Docket No. 43060-707.308

herein allow for early intervention prior to onset of hypertension. In certain embodiments, upon detection of a biomarker, environmental, genetic factor, or other marker, the enalapril oral liquid formulations described herein are prophylactically administered to subjects.

[00105] In further embodiments, the enalapril oral liquid formulations described herein treat heart failure (e.g., symptomatic congestive), asymptomatic left ventricular dysfunction, myocardial infarction, diabetic nephropathy and chronic renal failure. In certain instances, the enalapril oral liquid formulations described herein treat symptomatic congestive heart failure. In other instances, the enalapril oral liquid formulations described herein treat asymptomatic left ventricular dysfunction. In further instances, the enalapril oral liquid formulations described herein treat myocardial infarction. In yet further instances, the enalapril oral liquid formulations described herein treat diabetic nephropathy. In yet further instances, the enalapril oral liquid formulations described herein treat chronic renal failure.

**Dosing**

[00106] In one aspect, the enalapril oral liquid formulations are used for the treatment of diseases and conditions described herein. In addition, a method for treating any of the diseases or conditions described herein in a subject in need of such treatment, involves administration of enalapril oral liquid formulations in therapeutically effective amounts to said subject.

[00107] Dosages of enalapril oral liquid formulations described can be determined by any suitable method. Maximum tolerated doses (MTD) and maximum response doses (MRD) for enalapril and/or enalaprilat can be determined via established animal and human experimental protocols as well as in the examples described herein. For example, toxicity and therapeutic efficacy of enalapril and/or enalaprilat can be determined by standard pharmaceutical procedures in cell cultures or experimental animals, including, but not limited to, for determining the $LD_{50}$ (the dose lethal to 50% of the population) and the $ED_{50}$ (the dose therapeutically effective in 50% of the population). The dose ratio between the toxic and therapeutic effects is the therapeutic index and it can be expressed as the ratio between $LD_{50}$ and $ED_{50}$. Enalapril dosages exhibiting high therapeutic indices are of interest. The data obtained from cell culture assays and animal studies can be used in formulating a range of dosage for use in human. The dosage of such compounds lies preferably within a range of circulating concentrations that include the $ED_{50}$ with minimal toxicity. The dosage may vary within this range depending upon the dosage form employed and the route of administration utilized. Additional relative dosages, represented as a percent of maximal response or of maximum tolerated dose, are readily obtained via the protocols.

[00108] In some embodiments, the amount of a given enalapril oral liquid formulation that corresponds to such an amount varies depending upon factors such as the particular enalapril salt or form, disease condition and its severity, the identity (e.g., weight, sex) of the subject or host in need of treatment, but

BION-ESOL-00038417

WSGR Docket No. 43060-707.308

can nevertheless be determined according to the particular circumstances surrounding the case, including, *e.g.*, the specific agent being administered, the liquid composition type, the condition being treated, and the subject or host being treated.

[00109] In some embodiments, the enalapril oral liquid formulations described herein are provided in a dose per day from about 0.01 mg to 100 mg, from about 0.1 mg to about 80 mg, from about 1 to about 60, from about 2 mg to about 40 mg of enalapril. In certain embodiments, the enalapril oral liquid formulations described herein are provided in a daily dose of about 0.01 mg, about 0.05 mg, about 0.1 mg, about 0.2 mg, about 0.4 mg, about 0.6 mg, about 0.8 mg, about 1 mg, about 1.5 mg, about 2 mg, about 2.5 mg, about 3 mg, about 4 mg, about 5 mg, about 6 mg, about 7 mg, about 8 mg, about 9 mg, about 10 mg, about 11 mg, about 12 mg, about 15 mg, about 20 mg, about 25 mg, about 30 mg, about 35 mg, about 40 mg, about 45 mg, about 50 mg, about 55 mg, about 60 mg, about 65 mg, about 70 mg, about 76, mg, about 80 mg, about 85 mg, about 90 mg or about 100 mg, or any range derivable therein. In certain instances, the enalapril oral liquid formulations described herein are provided in a dose per day of about 1 mg. In certain instances, the enalapril oral liquid formulations described herein are provided in a dose per day of about 2 mg. In certain instances, the enalapril oral liquid formulations described herein are provided in a dose per day of about 3 mg. In certain instances, the enalapril oral liquid formulations described herein are provided in a dose per day of about 4 mg. In certain instances, the enalapril oral liquid formulations described herein are provided in a dose per day of about 5 mg. In certain instances, the enalapril oral liquid formulations described herein are provided in a dose per day of about 6 mg. In certain instances, the enalapril oral liquid formulations described herein are provided in a dose per day of about 7 mg. In certain instances, the enalapril oral liquid formulations described herein are provided in a dose per day of about 8 mg. In certain instances, the enalapril oral liquid formulations described herein are provided in a dose per day of about 9 mg. In certain instances, the enalapril oral liquid formulations described herein are provided in a dose per day of about 10 mg. In certain instances, the enalapril oral liquid formulations described herein are provided in a dose per day of about 11 mg. In certain instances, the enalapril oral liquid formulations described herein are provided in a dose per day of about 12 mg. The dose per day described herein can be given once per day or multiple times per day in the form of sub-doses given b.i.d., t.i.d., q.i.d., or the like where the number of sub-doses equal the dose per day.

[00110] In further embodiments, the daily dosages appropriate for the enalapril oral liquid formulations described herein are from about 0.01 to about 1.0 mg/kg per body weight. In one embodiment, the daily dosages appropriate for the enalapril oral liquid formulations are from about 0.02 to about 0.8 mg/kg enalapril per body weight. In another embodiment, the daily dosage appropriate for the enalapril oral liquid formulations are from about 0.05 to about 0.6 mg/kg per body weight. In another embodiment, the daily dosage appropriate for the enalapril oral liquid formulations is about 0.05 mg/kg, about 0.06 mg/kg,

BION-ESOL-00038418

WSGR Docket No. 43060-707.308

about 0.07 mg/kg, about 0.08 mg/kg, about 0.10 mg/kg, about 0.15 mg/kg, about 0.20 mg/kg, about 0.25 mg/kg, about 0.30 mg/kg, about 0.40 mg/kg, about 0.50 mg/kg, or about 0.60 mg/kg.

[00111] In other embodiments the enalapril oral liquid formulations are provided at the maximum tolerated dose (MTD) for enalapril and/or enalaprilat. In other embodiments, the amount of the enalapril oral liquid formulations administered is from about 10% to about 90% of the maximum tolerated dose (MTD), from about 25% to about 75% of the MTD, or about 50% of the MTD. In particular embodiments, the amount of the enalapril oral liquid formulations administered is from about 5%, 10%, 15%, 20%, 25%, 30%, 35%, 40%, 45%, 50%, 55%, 60%, 65%, 70%, 75%, 80%, 85%, 90%, 95%, 99%, or higher, or any range derivable therein, of the MTD for enalapril and/or enalaprilat.

[00112] In further embodiments, the enalapril oral liquid formulations are provided in a dosage that is similar, comparable or equivalent to a dosage of a known enalapril tablet formulation. In other embodiments, the enalapril oral liquid formulations are provided in a dosage that provides a similar, comparable or equivalent pharmacokinetic parameters (e.g., AUC, $C_{max}$, $T_{max}$, $C_{min}$, $T_{1/2}$) as a dosage of a known enalapril tablet formulation. Similar, comparable or equivalent pharmacokinetic parameters, in some instances, refer to within 80% to 125%, 80% to 120%, 85% to 125%, 90% to 110%, or increments therein, of the given values. It should be recognized that the ranges can, but need not be symmetrical, e.g., 85% to 105%.

## Administration

[00113] Administration of an enalapril oral liquid formulation is at a dosage described herein or at other dose levels and formulations determined and contemplated by a medical practitioner. In certain embodiments, the enalapril oral liquid formulations described herein are administered for prophylactic and/or therapeutic treatments. In certain therapeutic applications, the enalapril oral liquid formulations are administered to a patient already suffering from a disease, e.g., hypertension, in an amount sufficient to cure the disease or at least partially arrest or ameliorate the symptoms, e.g., lower blood pressure. Amounts effective for this use depend on the severity of the disease, previous therapy, the patient's health status, weight, and response to the enalapril formulations, and the judgment of the treating physician. Therapeutically effective amounts are optionally determined by methods including, but not limited to, a dose escalation clinical trial.

[00114] In prophylactic applications, the enalapril oral liquid formulations described herein are administered to a patient susceptible to or otherwise at risk of a particular disease, e.g., hypertension. Such an amount is defined to be a "prophylactically effective amount or dose." In this use, the precise amounts also depend on the patient's state of health, weight, and the like. When used in a patient, effective amounts for this use will depend on the risk or susceptibility of developing the particular

BION-ESOL-00038419

WSGR Docket No. 43060-707.308

disease, previous therapy, the patient's health status and response to the enalapril formulations, and the judgment of the treating physician.

[00115] In certain embodiments wherein the patient's condition does not improve, upon the doctor's discretion the administration of an enalapril oral liquid formulations described herein are administered chronically, that is, for an extended period of time, including throughout the duration of the patient's life in order to ameliorate or otherwise control or limit the symptoms of the patient's disease. In other embodiments, administration of an enalapril oral liquid formulation continues until complete or partial response of a disease.

[00116] In certain embodiments wherein a patient's status does improve, the dose of an enalapril oral liquid formulation being administered may be temporarily reduced or temporarily suspended for a certain length of time (i.e., a "drug holiday"). In specific embodiments, the length of the drug holiday is between 2 days and 1 year, including by way of example only, 2 days, 3 days, 4 days, 5 days, 6 days, 7 days, 10 days, 12 days, 15 days, 20 days, 28 days, 35 days, 50 days, 70 days, 100 days, 120 days, 150 days, 180 days, 200 days, 250 days, 280 days, 300 days, 320 days, 350 days, and 365 days. The dose reduction during a drug holiday is, by way of example only, by 10%-100%, including by way of example only 10%, 15%, 20%, 25%, 30%, 35%, 40%, 45%, 50%, 55%, 60%, 65%, 70%, 75%, 80%, 85%, 90%, 95%, and 100%.

[00117] In some embodiments, enalapril oral liquid formulations described herein are administered chronically. For example, in some embodiments, an enalapril oral liquid formulation is administered as a continuous dose, i.e., administered daily to a subject. In some other embodiments, enalapril oral liquid formulations described herein are administered intermittently (e.g. drug holiday that includes a period of time in which the formulation is not administered or is administered in a reduced amount).

[00118] In some embodiments an enalapril oral liquid formulation is administered to a subject who is in a fasted state. A fasted state refers to a subject who has gone without food or fasted for a certain period of time. General fasting periods include at least 4 hours, at least 6 hours, at least 8 hours, at least 10 hours, at least 12 hours, at least 14 hours and at least 16 hours without food. In some embodiments, an enalapril oral liquid formulation is administered orally to a subject who is in a fasted state for at least 8 hours. In other embodiments, an enalapril oral liquid formulation is administered to a subject who is in a fasted state for at least 10 hours. In yet other embodiments, an enalapril oral liquid formulation is administered to a subject who is in a fasted state for at least 12 hours. In other embodiments, an enalapril oral liquid formulation is administered to a subject who has fasted overnight.

[00119] In other embodiments an enalapril oral liquid formulation is administered to a subject who is in a fed state. A fed state refers to a subject who has taken food or has had a meal. In certain embodiments, an enalapril oral liquid formulation is administered to a subject in a fed state 5 minutes post-meal, 10

BION-ESOL-00038420

WSGR Docket No. 43060-707.308

minutes post-meal, 15 minutes post-meal, 20 minutes post-meal, 30 minutes post-meal, 40 minutes post-meal, 50 minutes post-meal, 1 hour post-meal, or 2 hours post-meal. In certain instances, an enalapril oral liquid formulation is administered to a subject in a fed state 30 minutes post-meal. In other instances, an enalapril oral liquid formulation is administered to a subject in a fed state 1 hour post-meal. In yet further embodiments, an enalapril oral liquid formulation is administered to a subject with food.

[00120] In further embodiments described herein, an enalapril oral liquid formulation is administered at a certain time of day for the entire administration period. For example, an enalapril oral liquid formulation can be administered at a certain time in the morning, in the evening, or prior to bed. In certain instances, an enalapril oral liquid formulation is administered in the morning. In other embodiments, an enalapril oral liquid formulation can be administered at different times of the day for the entire administration period. For example, an enalapril oral liquid formulation can be administered on 8:00 am in the morning for the first day, 12 pm noon for the next day or administration, 4 pm in the afternoon for the third day or administration, and so on.

## Further Combinations

[00121] The treatment of certain diseases or conditions (e.g., hypertension, heart failure, myocardial infarction and the like) in a subject with an enalapril oral liquid formulation described herein encompass additional therapies and treatment regimens with other agents in some embodiments. Such additional therapies and treatment regimens can include another therapy, e.g., additional anti-hypertensives, for treatment of the particular disease or condition in some embodiments. Alternatively, in other embodiments, additional therapies and treatment regimens include other agents used to treat adjunct conditions associated with the disease or condition or a side effect from the enalapril oral liquid formulation in the therapy.

[00122] Additional agents for use in combination with an enalapril oral liquid formulation described herein include, but are not limited to, diuretics (loop, thiazide, potassium-sparing, and the like), beta blockers (metoprolol, propanolol, pronethalol, and the like), alpha blockers (phentolamine, phenoxybenzamine, tamsulosin, prazosin, and the like), mixed alpha and beta blockers (bucindolol, carvedilol, labetalol), calcium channel blockers (dihydropyridines such as nifedipine, amlodipine, etc., dilitazem, verapamil and the like), angiotensin II receptor antagonists (saralasin, lsartan, eprosartin, irbesartan, valsartan, and the like), other ACE inhibitors (captopril, quinapril, ramipril, lisinopril, zofenopril, and the like), aldosterone antagonists (eplerenone, spironolactone and the like), vasodilators (hydralazine and the like) and alpha-2 agonists (clonidine, moxonidine, guanabenz and the like).

## Certain Definitions

BION-ESOL-00038421

WSGR Docket No. 43060-707.308

[00123] Unless defined otherwise, all technical and scientific terms used herein have the same meanings as commonly understood by one of ordinary skill in the art. Although any methods and materials similar or equivalent to those described herein can be used in the practice or testing of embodiments described herein, certain preferred methods, devices, and materials are now described.

[00124] As used herein and in the appended claims, the singular forms "a", "an", and "the" include plural reference unless the context clearly dictates otherwise. Thus, for example, reference to "an excipient" is a reference to one or more excipients and equivalents thereof known to those skilled in the art, and so forth.

[00125] The term "about" is used to indicate that a value includes the standard level of error for the device or method being employed to determine the value. The use of the term "or" in the claims is used to mean "and/or" unless explicitly indicated to refer to alternatives only or the alternatives are mutually exclusive, although the disclosure supports a definition that refers to only alternatives and to "and/or." The terms "comprise," "have" and "include" are open-ended linking verbs. Any forms or tenses of one or more of these verbs, such as "comprises," "comprising," "has," "having," "includes" and "including," are also open-ended. For example, any method that "comprises," "has" or "includes" one or more steps is not limited to possessing only those one or more steps and also covers other unlisted steps.

[00126] "Optional" or "optionally" may be taken to mean that the subsequently described structure, event or circumstance may or may not occur, and that the description includes instances where the events occurs and instances where it does not.

[00127] As used herein, the term "therapeutic" means an agent utilized to treat, combat, ameliorate, prevent or improve an unwanted condition or disease of a patient. In some embodiments, a therapeutic agent such as enalapril is directed to the treatment and/or the amelioration of, reversal of, or stabilization of the symptoms of hypertension described herein.

[00128] "Administering" when used in conjunction with a therapeutic means to administer a therapeutic systemically or locally, as directly into or onto a target tissue, or to administer a therapeutic to a patient whereby the therapeutic positively impacts the tissue to which it is targeted. Thus, as used herein, the term "administering", when used in conjunction with an enalapril formulation, can include, but is not limited to, providing an enalapril formulation into or onto the target tissue; providing an enalapril formulation systemically to a patient by, e.g., oral administration whereby the therapeutic reaches the target tissue or cells. "Administering" a formulation may be accomplished by injection, topical administration, and oral administration or by other methods alone or in combination with other known techniques.

[00129] The term "animal" as used herein includes, but is not limited to, humans and non-human vertebrates such as wild, domestic and farm animals. As used herein, the terms "patient," "subject" and "individual" are intended to include living organisms in which certain conditions as described herein can occur. Examples include humans, monkeys, cows, sheep, goats, dogs, cats, mice, rats, and transgenic

35

BION-ESOL-00038422

WSGR Docket No. 43060-707.308

species thereof. In a preferred embodiment, the patient is a primate. In certain embodiments, the primate or subject is a human. In certain instances, the human is an adult. In certain instances, the human is child. In further instances, the human is 12 years of age or younger. In certain instances, the human is elderly. In other instances, the human is 60 years of age or older. Other examples of subjects include experimental animals such as mice, rats, dogs, cats, goats, sheep, pigs, and cows. The experimental animal can be an animal model for a disorder, e.g., a transgenic mouse with hypertensive pathology. A patient can be a human suffering from hypertension, or its variants or etiological forms.

[00130] By "pharmaceutically acceptable", it is meant the carrier, diluent or excipient must be compatible with the other ingredients of the formulation and not deleterious to the recipient thereof.

[00131] The term "pharmaceutical composition" shall mean a composition comprising at least one active ingredient, whereby the composition is amenable to investigation for a specified, efficacious outcome in a mammal (for example, without limitation, a human). Those of ordinary skill in the art will understand and appreciate the techniques appropriate for determining whether an active ingredient has a desired efficacious outcome based upon the needs of the artisan.

[00132] A "therapeutically effective amount" or "effective amount" as used herein refers to the amount of active compound or pharmaceutical agent that elicits a biological or medicinal response in a tissue, system, animal, individual or human that is being sought by a researcher, veterinarian, medical doctor or other clinician, which includes one or more of the following: (1) preventing the disease; for example, preventing a disease, condition or disorder in an individual that may be predisposed to the disease, condition or disorder but does not yet experience or display the pathology or symptomatology of the disease, (2) inhibiting the disease; for example, inhibiting a disease, condition or disorder in an individual that is experiencing or displaying the pathology or symptomatology of the disease, condition or disorder (i.e., arresting further development of the pathology and/or symptomatology), and (3) ameliorating the disease; for example, ameliorating a disease, condition or disorder in an individual that is experiencing or displaying the pathology or symptomatology of the disease, condition or disorder (i.e., reversing the pathology and/or symptomatology). As such, a non-limiting example of a "therapeutically effective amount" or "effective amount" of a formulation of the present disclosure may be used to inhibit, block, or reverse the activation, migration, or proliferation of cells or to effectively treat hypertension or ameliorate the symptoms of hypertension.

[00133] The terms "treat," "treated," "treatment," or "treating" as used herein refers to both therapeutic treatment in some embodiments and prophylactic or preventative measures in other embodiments, wherein the object is to prevent or slow (lessen) an undesired physiological condition, disorder or disease, or to obtain beneficial or desired clinical results. For the purposes described herein, beneficial or desired clinical results include, but are not limited to, alleviation of symptoms; diminishment of the extent of the

BION-ESOL-00038423

WSGR Docket No. 43060-707.308

condition, disorder or disease; stabilization (i.e., not worsening) of the state of the condition, disorder or disease; delay in onset or slowing of the progression of the condition, disorder or disease; amelioration of the condition, disorder or disease state; and remission (whether partial or total), whether detectable or undetectable, or enhancement or improvement of the condition, disorder or disease. Treatment includes eliciting a clinically significant response without excessive levels of side effects. Treatment also includes prolonging survival as compared to expected survival if not receiving treatment. A prophylactic benefit of treatment includes prevention of a condition, retarding the progress of a condition, stabilization of a condition, or decreasing the likelihood of occurrence of a condition. As used herein, "treat," "treated," "treatment," or "treating" includes prophylaxis in some embodiments.

## EXAMPLES

**Example A: Effect of pH on the Formation of Degradants in Enalapril Formulations at 60 ºC.**

[00134] Formulations were prepared containing enalapril maleate according to Table A-1. The pH of each solution was recorded. Five milliliters of each formulation were transferred to each of four 3-dram glass screw-capped vials with Teflon inserts in the caps. The vials were placed into a 60 ºC heating chamber then one vial removed and analyzed by HPLC at times of zero, ~97 and ~180 hours.

### TABLE A-1

| Formulation (in mg/mL) of Enalapril Formulations at Varying pH and Citrate Buffer Concentration | | | | | | |
|---|---|---|---|---|---|---|
| | Formulation (mM citrate) | | | | | |
| Component | A1 (50) | A2 (50) | A3 (50) | A4 (50) | A5 (50) | A6 (25) |
| Enalapril maleate | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Mannitol | 50 | 50 | 50 | | 50 | 6.0 |
| Xylitol | | | | 50 | | |
| Citric acid, anhydrous | 7.35 | 5.05 | 2.55 | 5.05 | 5.05 | 2.76 |
| Sodium citrate, dihydrate | 3.45 | 7.0 | 10.8 | 7.0 | 7.0 | 3.15 |
| Sodium benzoate | 1 | 1 | 1 | 1 | 1 | |
| Methylparaben sodium | | | | | 1.75 | 0.335 |
| Propylparaben sodium | | | | | | 0.095 |
| Potassium sorbate | | | | | | 1 |
| Sucralose | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 |
| Silicon dioxide | | | | | | 0.075 |
| Mixed berry flavor (powdered) | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| Water | qs | qs | qs | qs | qs | qs |

BION-ESOL-00038424

WSGR Docket No. 43060-707.308

| | pH | 3.4 | 4.4 | 5.2 | 4.4 | 4.5 | 4.4 |
|---|---|---|---|---|---|---|---|

qs = sufficient quantity

[00135] The results of the HPLC analysis for the two main degradants in the samples, enalapril diketopiperazine and enalaprilat, are provided in Table A-2.

### TABLE A-2

| Primary Degradants Present in the Formulations (% w/w of enalapril maleate) | | | | | | |
|---|---|---|---|---|---|---|
| | Formulation | | | | | |
| Hours at 60 ºC | A1 | A2 | A3 | A4 | A5 | A6 |
| Enalapril Diketopiperazine | | | | | | |
| 0 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.03 |
| 97 | 3.10 | 0.88 | 0.33 | 0.86 | 0.70 | 0.53 |
| 180 | 6.21 | 1.77 | 0.75 | 1.73 | 1.43 | 1.07 |
| Enalaprilat | | | | | | |
| 0 | 0.09 | 0.15 | 0.29 | 0.14 | 0.16 | 0.12 |
| 97 | 5.20 | 16.9 | 47.4 | 16.1 | 20.3 | 15.6 |
| 180 | 9.94 | 34.8 | 113 | 33.5 | 42.2 | 31.7 |

### Example B: Effect of Buffer Concentration on the Formation of Degradants in Enalapril Formulations at 60 ºC.

[00136] Formulations were prepared containing enalapril maleate according to Table B-1. The pH of each solution was measured and adjusted as needed to pH 3.3 with ~1N HCl or ~0.5N NaOH. Five milliliters of each formulation were transferred to each of six 3-dram glass screw-capped vials with Teflon inserts in the caps. The vials were placed into a 60 ºC heating chamber then two vials were removed and analyzed by HPLC at times of zero, ~66 and ~139 hours.

### TABLE B-1

| Formulation (in mg/mL) of Enalapril Maleate Formulations at Varying Citrate Buffer Concentrations | | |
|---|---|---|
| | Formulation | |
| Component | B1 (5mM citrate) | B2 (10mM citrate) | B3 (20mM citrate) |
| Enalapril maleate | 1.0 | 1.0 | 1.0 |
| Citric acid, anhydrous | 0.82 | 1.65 | 3.29 |
| Sodium citrate, anhydrous | 0.19 | 0.38 | 0.75 |
| Sodium benzoate | 1.0 | 1.0 | 1.0 |

38

WSGR Docket No. 43060-707.308

| | | | |
|---|---|---|---|
| Sucralose | 0.7 | 0.7 | 0.7 |
| Mixed berry flavor (powdered) | 0.5 | 0.5 | 0.5 |
| Water | qs | qs | qs |
| pH | 3.3 | 3.3 | 3.3 |

qs = sufficient quantity

[00137] The results of the HPLC analysis for the two main degradants in the samples, enalapril diketopiperazine and enalaprilat, are provided in Table B-2.

**TABLE B-2**

| Primary Degradants Present in the Formulations (% w/w of enalapril maleate) | | | |
|---|---|---|---|
| | Formulation | | |
| Hours at 60°C | B1 (5mM citrate) | B2 (10mM citrate) | B3 (20mM citrate) |
| Enalapril Diketopiperazine | | | |
| 0 | 0.01 | 0.01 | 0.01 |
| 66 | 1.57 | 1.63 | 1.79 |
| 139 | 3.70 | 3.94 | 4.24 |
| Enalaprilat | | | |
| 0 | 0.00 | 0.00 | 0.00 |
| 66 | 2.98 | 2.88 | 3.19 |
| 139 | 5.28 | 5.23 | 5.69 |

**Example C: Stability of Enalapril Maleate Formulations Containing Paraben Preservatives.**

[00138] Powder formulations were prepared according to Table C-1. All components in each formulation except mannitol or xylitol were added to a 2.5 liter polypropylene screw capped bottle. The bottle was mixed by inversion in a Turbula® mixer for 5 minutes. The mannitol or xylitol was then added and the components mixed for 5 minutes, then the other half of the mannitol or xylitol was added and a final mix of 5 minutes was completed.

One liter of solution formulation was prepared for each formulation by adding an appropriate amount of each powdered formulation to a 1 liter volumetric flask and adding about 500mL water. The powder was dissolved with mixing then the contents of the flask were brought to 1 liter with additional water. The amount of powder to add was determined such that the final concentration of enalapril maleate was 1.0 mg/mL. Fifty milliliter aliquots of each formulation were placed into HDPE bottles. The bottles were screw-capped and placed into storage at 5 °C ± 3°C, at room temperature (19-23 °C) and at 40°C ± 2 °C. At various times, bottles were removed from the storage condition and analyzed.

39

BION-ESOL-00038426

WSGR Docket No. 43060-707.308

**TABLE C-1**

| Composition of Enalapril Maleate Formulations | | | | | |
|---|---|---|---|---|---|
| **Powder Formulation (grams)** | | | | | |
| Component | C1 | C2 | C3 | C4 | C5 |
| Enalapril maleate | 12.3 | 12.3 | 8.86 | 2.16 | 2.16 |
| Mannitol | 74.4 | 74.4 | 394.0 | | |
| Xylitol | | | | 96.6 | 93.7 |
| Citric acid, anhydrous | 28.6 | 35.6 | 28.4 | 5.40 | 5.40 |
| Sodium citrate, anhydrous | 24.5 | 14.7 | 7.73 | 4.10 | 4.10 |
| Sodium methylparaben | 4.17 | 4.17 | 8.86 | 2.16 | 2.16 |
| Sodium propylparaben | 1.10 | 1.10 | | | |
| Potassium sorbate | 12.3 | 12.3 | | | |
| Sodium benzoate | | | 8.86 | 2.16 | 2.16 |
| Xanthan Gum | | | | | 1.62 |
| Colloidal silicon dioxide | 0.859 | 0.859 | 4.43 | | 1.08 |
| Sucralose | 9.20 | 9.20 | 6.64 | 1.62 | 1.62 |
| Mixed berry flavor | 6.13 | 6.13 | 4.43 | 1.08 | 1.08 |
| Total solids | 173.5 | 170.7 | 472.3 | 115.2 | 115.2 |
| **Liquid Formulations (mg/mL)** | | | | | |
| Enalapril maleate | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| Mannitol | 6.07 | 6.07 | 44.5 | | |
| Xylitol | | | | 44.7 | 43.4 |
| Citric acid, anhydrous | 2.33 | 2.90 | 3.21 | 2.50 | 2.50 |
| Sodium citrate, anhydrous | 2.00 | 1.20 | 0.87 | 1.90 | 1.90 |
| Sodium methylparaben | 0.34 | 0.34 | 1.00 | 1.00 | 1.00 |
| Sodium propylparaben | 0.09 | 0.09 | 1.00 | | |
| Potassium sorbate | 1.00 | 1.00 | | | |
| Sodium benzoate | | | 1.00 | 1.00 | 1.00 |
| Xanthan Gum | | | | | 0.75 |
| Colloidal silicon dioxide | 0.07 | 0.07 | 0.50 | | 0.50 |
| Sucralose | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 |
| Mixed berry flavor | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 |
| pH (measured) | 4.4 | 3.8 | 3.7 | 4.4 | 4.6 |

40

BION-ESOL-00038427

WSGR Docket No. 43060-707.308

[00139] The results of the HPLC analysis for the diketopiperazine and enalaprilat degradants in the samples are provided in Table C-2.

<div align="center">TABLE C-2</div>

| Degradant Content After Storage (% w/w of enalapril maleate) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Storage | | | Formulation | | | | |
| | °C | Weeks | C1 | C2 | C3 | C4 | C5 |
| Liquid Formulations | | | | | | | |
| Diketopiperazine | 5 | 0 | 0.03 | 0.04 | 0.04 | 0.02 | 0.02 |
| | | 4 | 0.02 | 0.03 | 0.03 | 0.03 | 0.02 |
| | | 8 | 0.03 | 0.04 | 0.04 | | |
| | 19-23 | 0 | 0.03 | 0.04 | 0.04 | 0.02 | 0.02 |
| | | 4 | 0.05 | 0.09 | 0.11 | 0.05 | 0.04 |
| | | 8 | 0.08 | 0.17 | 0.19 | | |
| | 40 | 0 | 0.03 | 0.04 | 0.04 | 0.02 | 0.02 |
| | | 4 | 0.35 | 0.91 | 1.10 | 0.31 | 0.21 |
| | | 8 | 0.65 | 1.80 | 2.05 | | |
| Enalaprilat | 5 | 0 | 0.18 | 0.14 | 0.12 | 0.13 | 0.19 |
| | | 4 | 0.18 | 0.15 | 0.12 | 0.43 | 0.53 |
| | | 8 | 0.55 | 0.38 | 0.34 | | |
| | 19-23 | 0 | 0.18 | 0.14 | 0.12 | 0.13 | 0.19 |
| | | 4 | 1.35 | 0.83 | 0.80 | 1.75 | 2.29 |
| | | 8 | 3.34 | 2.06 | 1.98 | | |
| | 40 | 0 | 0.18 | 0.14 | 0.12 | 0.13 | 0.19 |
| | | 4 | 10.49 | 6.08 | 6.11 | 12.30 | 16.14 |
| | | 8 | 24.37 | 14.12 | 14.22 | | |

**Example D: Stability of Enalapril Maleate Formulations Containing Benzoate Preservative.**

[00140] Powder formulations were prepared according to Table D-1. All components in each formulation except enalapril maleate and mannitol or xylitol were blended with a mortar and pestle. The enalapril maleate was then triturated with the blend. The xylitol or mannitol was then triturated into the blend using a geometric dilution technique.

One liter of solution formulation was prepared for each formulation by adding an appropriate amount of each powdered formulation to a 1 liter volumetric flask and adding about 500mL water. The powder was dissolved with mixing then the contents of the flask were brought to 1 liter with additional water. The

<div align="center">41</div>

BION-ESOL-00038428

WSGR Docket No. 43060-707.308

amount of powder to add was determined such that the final concentration of enalapril maleate was 1.0 mg/mL. Fifty milliliter aliquots of each formulation were placed into HDPE bottles. The bottles were screw-capped and placed into storage at 5°C ± 3°C, at room temperature (19-23°C) and at 40°C ± 2°C. At various times, bottles were removed from the storage condition and analyzed.

**TABLE D-1**

| Composition of Enalapril Maleate Formulations | | | | | | |
|---|---|---|---|---|---|---|
| Powder Formulation (grams) | | | | | | |
| Component | D1 | D2 | D3 | D4 | D5 | D6 |
| Enalapril maleate | 3.63 | 3.63 | 3.63 | 3.63 | 8.86 | 2.16 |
| Xylitol | 537.2 | 176.1 | | 537.2 | | |
| Mannitol | | | 319.4 | | 401.2 | 98.9 |
| Citric acid, anhydrous | 11.9 | 11.9 | 11.9 | 10.4 | 26.6 | 6.48 |
| Sodium citrate, anhydrous | 2.72 | 2.72 | 2.72 | 4.86 | 11.3 | 2.76 |
| Sodium benzoate | 3.63 | 3.63 | 3.63 | 3.63 | 8.86 | 2.16 |
| Rebalance X60 (sucralose and maltodextrin) | | 10.9 | | | | |
| Sucralose | | | | | 6.64 | 1.62 |
| Saccharin sodium | | | 7.26 | | | |
| Colloidal silicon dioxide | | | | | 4.43 | |
| Mixed berry flavor | 1.82 | 1.82 | 1.82 | 1.82 | 4.43 | 1.08 |
| Total solids | 561 | 211 | 350. | 561 | 472.3 | 115.2 |
| Liquid Formulations (mg/mL) | | | | | | |
| Enalapril maleate | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| Xylitol | 148.0 | 48.5 | | 148.0 | | |
| Mannitol | | | 88.0 | | 45.3 | 45.8 |
| Citric acid, anhydrous | 3.29 | 3.29 | 3.29 | 2.85 | 3.00 | 3.00 |
| Sodium citrate, anhydrous | 0.75 | 0.75 | 0.75 | 1.34 | 1.28 | 1.28 |
| Sodium benzoate | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| Rebalance X60 (sucralose and maltodextrin) | | 3.00 | | | | |
| Sucralose | | | | | 0.75 | 0.75 |
| Saccharin sodium | | | 2.00 | | | |
| Colloidal silicon dioxide | | | | | 0.50 | |
| Mixed berry flavor | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 |
| pH (measured) | 3.2 | 3.2 | 3.4 | 3.7 | 3.6 | 3.6 |

BION-ESOL-00038429

WSGR Docket No. 43060-707.308

[00141] The results of the HPLC analysis for the diketopiperazine and enalaprilat degradants in the samples are provided in Table D-2.

**TABLE D-2**

| Degradant Content After Storage (% w/w of enalapril maleate) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Storage | | Formulation | | | | | | |
| °C | Weeks | D1 | D2 | D3 | D4 | D5 | D6 |
| Liquid Formulations | | | | | | | | |
| Diketopiperazine | 5 | 0 | 0.04 | 0.02 | 0.03 | 0.03 | 0.04 | 0.04 |
| | | 4 | 0.07 | 0.03 | 0.05 | 0.05 | 0.03 | |
| | | 8 | 0.11 | 0.06 | 0.08 | 0.08 | 0.05 | |
| | | 12 | 0.08 | 0.04 | 0.06 | 0.06 | | |
| | | 26 | 0.11 | 0.07 | 0.09 | 0.07 | | |
| | 19-23 | 0 | 0.04 | 0.02 | 0.03 | 0.03 | 0.04 | 0.04 |
| | | 4 | 0.27 | 0.21 | 0.24 | 0.16 | 0.12 | 0.12 |
| | | 8 | 0.50 | 0.41 | 0.47 | 0.30 | 0.21 | 0.22 |
| | | 12 | 0.62 | 0.52 | 0.58 | 0.35 | | |
| | | 26 | 1.39 | 1.20 | 1.33 | 0.76 | | |
| | 40 | 0 | 0.04 | 0.02 | 0.03 | 0.03 | 0.04 | 0.04 |
| | | 4 | 2.87 | 2.32 | 2.73 | 1.57 | 1.21 | 1.13 |
| | | 8 | 5.13 | 4.42 | 5.44 | 2.97 | 2.23 | 2.16 |
| | | 12 | 6.86 | 5.90 | 6.90 | 3.91 | | |
| | | 26 | 13.63 | 12.18 | 13.56 | 7.74 | | |
| Enalaprilat | 5 | 0 | 0.03 | 0.02 | 0.03 | 0.03 | 0.13 | 0.14 |
| | | 4 | 0.15 | 0.12 | 0.06 | 0.17 | 0.13 | |
| | | 8 | 0.22 | 0.19 | 0.22 | 0.27 | 0.34 | |
| | | 12 | 0.20 | 0.17 | 0.19 | 0.22 | | |
| | | 8 | 0.32 | 0.30 | 0.30 | 0.39 | | |
| | 19-23 | 0 | 0.03 | 0.02 | 0.03 | 0.03 | 0.13 | 0.14 |
| | | 4 | 0.69 | 0.66 | 0.69 | 0.86 | 0.74 | 0.76 |
| | | 8 | 1.38 | 1.33 | 1.41 | 1.68 | 1.83 | 1.82 |
| | | 12 | 1.71 | 1.68 | 1.73 | 2.15 | | |
| | | 26 | 3.63 | 3.61 | 3.59 | 4.55 | | |
| | 40 | 0 | 0.03 | 0.02 | 0.03 | 0.03 | 0.13 | 0.14 |

BION-ESOL-00038430

WSGR Docket No. 43060-707.308

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | 4.76 | 4.42 | 4.76 | 6.45 | 5.55 | 5.24 |
| 8 | 8.95 | 8.64 | 9.61 | 12.94 | 12.73 | 12.18 |
| 12 | 11.01 | 10.64 | 11.41 | 16.16 | | |
| 26 | 17.18 | 17.11 | 18.30 | 27.36 | | |

**Example E: Stability of Solution Formulations of Enalapril Maleate.**

[00142] Solution formulations were prepared according to Table E-1. Thirty milliliter aliquots of each formulation were placed into HDPE bottles. The bottles were screw-capped and placed into storage at 5 ºC ± 3 ºC, at room temperature (19-23 ºC) and at 40 ºC ± 2 ºC. At various times, bottles were removed from the storage condition and analyzed.

| Composition of Enalapril Maleate Formulations (mg/mL) | | | | | | |
|---|---|---|---|---|---|---|
| Component | E1 | E2 | E3 | E4 | E5 | E6 |
| Enalapril maleate | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| Xylitol | 150 | 200 | | 150 | | |
| Citric acid anhydrous | 3.29 | 3.29 | 3.29 | 3.29 | 1.65 | 0.82 |
| Sodium citrate anhydrous | 0.75 | 0.75 | 0.75 | 0.75 | 0.38 | 0.19 |
| Sodium benzoate | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| Sucralose | | | 0.70 | | 0.70 | 0.70 |
| Mixed berry flavor | 0.50 | | 0.50 | 0.50 | 0.50 | 0.50 |
| Water | qs | qs | qs | qs | qs | qs |
| pH (measured) | 3.3 | 3.3 | 3.3 | 3.4 | 3.3 | 3.3 |

qs = sufficient quantity

[00143] The results of the HPLC analysis for the diketopiperazine and enalaprilat degradants in the samples are provided in Table E-2.

**TABLE E-2**

| Degradant Content After Storage (% w/w of enalapril maleate) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Storage | | | Formulation | | | | | |
| | °C | Weeks | E1 | E2 | E3 | E4 | E5 | E6 |
| Diketopiperazine | 5 | 0 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 |
| | | 4 | 0.04 | 0.04 | 0.05 | 0.04 | 0.03 | 0.03 |
| | | 8 | 0.04 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 |
| | | 12 | 0.05 | 0.05 | 0.04 | 0.05 | 0.04 | 0.04 |

44

BION-ESOL-00038431

WSGR Docket No. 43060-707.308

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  | 26 | 0.07 | 0.06 | 0.05 | 0.06 | 0.05 | 0.05 |
|  |  | 52 |  |  |  |  | 0.15 | 0.14 |
|  |  | 62 | 0.18 | 0.18 | 0.16 | 0.14 |  |  |
|  | 19-23 | 0 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 |
|  |  | 4 | 0.22 | 0.23 | 0.21 | 0.20 | 0.16 | 0.15 |
|  |  | 8 | 0.35 | 0.35 | 0.32 | 0.31 | 0.29 | 0.28 |
|  |  | 12 | 0.58 | 0.59 | 0.53 | 0.51 | 0.48 | 0.45 |
|  |  | 26 | 1.10 | 1.10 | 1.00 | 0.95 | 0.97 | 0.92 |
|  |  | 52 |  |  |  |  | 2.30 | 2.15 |
|  |  | 62 | 3.02 | 3.04 | 2.75 | 2.64 |  |  |
|  | 40 | 0 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 |
|  |  | 4 | 2.65 | 2.71 | 2.60 | 2.42 | 1.76 | 1.68 |
|  |  | 8 | 4.02 | 3.99 | 3.99 | 3.62 | 3.37 | 3.13 |
|  |  | 12 | 6.72 | 6.42 | 6.47 | 6.00 | 5.53 | 5.29 |
| Enalaprilat | 5 | 0 | 0.00 | 0.00 | 0.01 | 0.02 | 0.00 | 0.00 |
|  |  | 4 | 0.07 | 0.09 | 0.10 | 0.11 | 0.07 | 0.08 |
|  |  | 8 | 0.12 | 0.14 | 0.10 | 0.13 | 0.09 | 0.08 |
|  |  | 12 | 0.16 | 0.15 | 0.15 | 0.17 | 0.14 | 0.11 |
|  |  | 26 | 0.31 | 0.30 | 0.29 | 0.31 | 0.27 | 0.24 |
|  |  | 52 |  |  |  |  | 0.54 | 0.46 |
|  |  | 62 | 0.75 | 0.75 | 0.74 | 0.71 |  |  |
|  | 19-23 | 0 | 0.00 | 0.00 | 0.01 | 0.02 | 0.00 | 0.00 |
|  |  | 4 | 0.65 | 0.65 | 0.68 | 0.70 | 0.50 | 0.46 |
|  |  | 8 | 1.17 | 1.19 | 1.20 | 1.23 | 1.03 | 0.95 |
|  |  | 12 | 1.67 | 1.69 | 1.72 | 1.80 | 1.30 | 1.21 |
|  |  | 26 | 3.36 | 3.38 | 3.42 | 3.57 | 3.07 | 2.90 |
|  |  | 52 |  |  |  |  | 6.32 | 5.88 |
|  |  | 62 | 7.99 | 8.02 | 8.04 | 8.57 |  |  |
|  | 40 | 0 | 0.00 | 0.00 | 0.01 | 0.02 | 0.00 | 0.00 |
|  |  | 4 | 4.85 | 4.93 | 5.19 | 5.42 | 3.33 | 3.25 |
|  |  | 8 | 8.08 | 8.06 | 8.56 | 9.01 | 6.65 | 6.35 |
|  |  | 12 | 10.70 | 10.48 | 11.01 | 11.97 | 8.14 | 7.96 |

BION-ESOL-00038432

**Example F: Effect of pH on the Formation of Degradants in Enalapril Formulations at 5 °C and 19-23 °C.**

[00144] The content of enalapril diketopiperazine and enalaprilat that were formed after 8 weeks of storage for formulations C1-C3 and D1-D5 are plotted in Figure 1 (5°C ± 3 °C) and Figure 2 (19-23 °C storage). These formulations all contained 20mM total citrate buffer content, but with varying pH. The general effects of formulation pH on the formation of the two main enalapril degradants are shown.

**Example G: Antimicrobial Effectiveness Testing of Enalapril Maleate Formulations at pH 3.3**

[00145] Enalapril formulations were prepared containing differing amounts of the antimicrobial preservative, sodium benzoate. The formulations were then tested for antimicrobial effectiveness (AET) according to the procedures in the 2014 United States Pharmacopeia 37, Chapter <51> for category 3 products. The formulation of the formulations and the AET results are included in Table G-1.

**TABLE G-1**

| Formulation and AET Testing Results | | | | | |
|---|---|---|---|---|---|
| | Formulation | | | | |
| | G1 | G2 | G3 | G4 | G5 |
| Formulation (mg/mL) | | | | | |
| Enalapril maleate | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| Xylitol | 150 | 150 | 150 | 150 | |
| Sucralose | | | | | 0.70 |
| Citric acid, anhydrous | 1.64 | 1.64 | 1.64 | 1.64 | 1.80 |
| Sodium citrate, anhydrous | 0.322 | 0.322 | 0.322 | 0.322 | |
| Sodium citrate, dihydrate | | | | | 0.165 |
| Sodium benzoate | 1.00 | 0.80 | 0.60 | 0.40 | 1.0 |
| Mixed berry flavor | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 |
| Water | q.s. | q.s. | q.s. | q.s. | q.s. |
| HCl/NaOH | as need to achieve pH | | | | |
| Measured pH | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 |
| AET Results | | | | | |
| USP <51> | Pass | Pass | Pass | Pass | Pass |

qs = sufficient quantity

BION-ESOL-00038433

WSGR Docket No. 43060-707.308

**Example H: Clinical Trial: Bioavailability Study of 10mg Enalapril Maleate Oral Solution vs. 10mg Epaned® Powder for Oral Solution (Reconstituted) Under Fasted Conditions**

[00146] The objective of this open-label, randomized, two-period, two-treatment, two-way crossover study was to compare the oral bioavailability of a test formulation of 10mL of enalapril maleate oral solution, 1 mg/mL (formulation E-5), to an equivalent oral dose of the commercially available comparator product, Epaned® (enalapril maleate) Powder for Oral Solution, 1 mg/mL, when administered under fasted conditions in healthy adults.

[00147] Study design: Thirty-two healthy adult subjects received a single 10mL dose of enalapril maleate oral solution, 1 mg/mL, formulation E-5 (Treatment A), in one period and a separate single dose of Epaned Powder for Oral Solution (reconstituted with the supplied Ora-Sweet SF), 1 mg/mL (Treatment B) in another period. Each treatment was administered after an overnight fast of at least 10 hours, followed by a 4-hour fast postdose. Each treatment was administered via a 10 mL oral dosing syringe and followed with 240 mL of room temperature tap water. Each drug administration was separated by a washout period of at least 7 days.

[00148] During each study period, meals were the same and scheduled at approximately the same times relative to dose. In addition, during each period, blood samples were obtained prior to and following each dose at selected times through 72 hours postdose. Pharmacokinetic samples were analyzed for enalapril and its metabolite enalaprilat using a validated analytical method; appropriate pharmacokinetic parameters were calculated for each formulation using non-compartmental methods. Blood was also drawn and urine collected for clinical laboratory testing at screening and at the end of the study.

[00149] Statistical Methods: The concentration-time data were analyzed using noncompartmental methods in Phoenix™ WinNonlin® (Version 6.3, Pharsight Corporation). Concentration-time data that were below the limit of quantitation (BLQ) were treated as zero in the data summarization and descriptive statistics. In the pharmacokinetic analysis, BLQ concentrations were treated as zero from time-zero up to the time at which the first quantifiable concentration was observed; embedded and/or terminal BLQ concentrations were treated as "missing". Actual sample times were used for all pharmacokinetic and statistical analyses. Analysis of variance (ANOVA) and the Schuirmann's two one-sided t-test procedures at the 5% significance level were applied to the log-transformed pharmacokinetic exposure parameters, $C_{max}$, $AUC_{last}$, and $AUC_{inf}$. The 90% confidence interval for the ratio of the geometric means (Test/Reference) was calculated. Bioequivalence was declared if the lower and upper confidence intervals (CIs) of the log-transformed parameters were within 80% to 125% for enalapril and enalaprilat.

[00150] Results: A total of 32 subjects participated in the study and 29 of these subjects completed both study periods. Based on the geometric mean ratios of enalapril and enalaprilat AUCs ($AUC_{last}$ and $AUC_{inf}$), the bioavailability of the enalapril maleate oral solution (formulation E-5) relative to the Epaned

BION-ESOL-00038434

WSGR Docket No. 43060-707.308

Powder for Oral Solution (reconstituted) was approximately 105% to 110%. The geometric mean ratios of enalapril and enalaprilat $C_{max}$ were approximately 115% and 109%, respectively. The 90% CI for comparing the maximum exposure to enalapril and enalaprilat, based on ln ($C_{max}$), was within the accepted 80% to 125% limits. The 90% CIs for comparing total systemic exposure to enalapril and enalaprilat, based on ln ($AUC_{last}$) and ln ($AUC_{inf}$), was within the accepted 80% to 125% limits. Therefore, the test formulation of enalapril maleate oral solution, 1 mg/mL, is bioequivalent to the reference product, Epaned Powder for Oral Solution (reconstituted), 1 mg/mL, under fasted conditions.

[00151] While preferred embodiments of the present invention have been shown and described herein, it will be obvious to those skilled in the art that such embodiments are provided by way of example only. Numerous variations, changes, and substitutions will now occur to those skilled in the art without departing from the invention. It should be understood that various alternatives to the embodiments of the invention described herein may be employed in practicing the invention. It is intended that the following claims define the scope of the invention and that methods and structures within the scope of these claims and their equivalents be covered thereby.

48

BION-ESOL-00038435



# United States Patent and Trademark Office

*Office of the Chief Financial Officer*

Document Code:WFEE

User :C46539

Sale Accounting Date:01/27/2021

| Sale Item Reference Number | Effective Date |
|---|---|
| 17150587 | 01/15/2021 |

| Document Number | Fee Code | Fee Code Description | Amount Paid | Payment Method |
|---|---|---|---|---|
| I20211Q846566571 | 1830 | PROCESSING FEE, EXCEPT PROV. APPLS. | $140.00 | Deposit Account |

BION-ESOL-00038436

## PATENT APPLICATION FEE DETERMINATION RECORD
### Substitute for Form PTO-875

| Application or Docket Number |
| --- |
| 17/150,587 |

### APPLICATION AS FILED - PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY RATE($) | FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | FEE($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | 320 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | 700 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | 800 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 20 | minus 20 = * | | | OR | x 100 = | 0.00 |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 1 | minus 3 = * | | | | x 480 = | 0.00 |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | 0.00 |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | | 0.00 |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | | TOTAL | 1820 |

### APPLICATION AS AMENDED - PART II

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE($) | ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | ADDITIONAL FEE($) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| AMENDMENT A | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |
| AMENDMENT B | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.

BION-ESOL-00038437



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 17/150,587 | 01/15/2021 | | 1820 | 43060-707.308 | 20 | 1 |

**CONFIRMATION NO. 8547**

21971
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

**FILING RECEIPT**

CC000000122980423

Date Mailed: 02/02/2021

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**
Gerold L. Mosher, Kansas City, MO;
David W. Miles, Kansas City, MO;

**Applicant(s)**
Silvergate Pharmaceuticals, Inc., Greenwood Village, CO;

**Power of Attorney:** The patent practitioners associated with Customer Number 21971

**Domestic Priority data as claimed by applicant**
This application is a CON of 16/991,575 08/12/2020 PAT 10918621
which is a CON of 16/883,553 05/26/2020 PAT 10799476
which is a CON of 16/242,898 01/08/2019 PAT 10772868
which is a CON of 16/177,159 10/31/2018 PAT 10786482
which is a CON of 16/003,994 06/08/2018 PAT 10154987
which is a CON of 15/802,341 11/02/2017 PAT 10039745
which is a CON of 15/613,622 06/05/2017 PAT 9808442
which is a CON of 15/081,603 03/25/2016 PAT 9669008
which claims benefit of 62/310,198 03/18/2016

**Foreign Applications** for which priority is claimed  (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.)  - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

page 1 of 4

BION-ESOL-00038438

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 01/27/2021
The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 17/150,587**
**Projected Publication Date:** 05/13/2021
**Non-Publication Request:** No
**Early Publication Request:** No
**Title**

       ENALAPRIL FORMULATIONS

**Preliminary Class**

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative,

BION-ESOL-00038439

this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop

page 3 of 4

BION-ESOL-00038440

technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

BION-ESOL-00038441

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/150,587 | 01/15/2021 | Gerold L. Mosher | 43060-707.308 | 8547 |

21971          7590          02/19/2021

WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
|  |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1629 |  |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 02/19/2021 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PTOL-90A (Rev. 04/07)

BION-ESOL-00038442

| *Decision Granting Request for Prioritized Examination (Track I)* | Application No.<br>17/150,587 | Applicant(s)<br>Mosher et al. | |
|---|---|---|---|
| | Examiner<br>CHERYL P GIBSON BAYLOR | Art Unit<br>OPET | AIA (FITF) Status<br>Yes |

1. THE REQUEST FILED <u>15 January 2021</u> IS **GRANTED** .

   The above-identified application has met the requirements for prioritized examination
   A.  ☑ for an original nonprovisional application (Track I).
   B.  ☐ for an application undergoing continued examination (RCE).

2. **The above-identified application will undergo prioritized examination**. The application will be accorded special status throughout its entire course of prosecution until one of the following occurs:

   A.  filing a **petition for extension of time** to extend the time period for filing a reply;

   B.  filing an **amendment to amend the application to contain more than four independent claims, more than thirty total claims** , or a multiple dependent claim;

   C.  filing a **request for continued examination** ;

   D.  filing a notice of appeal;

   E.  filing a request for suspension of action;

   F.  mailing of a notice of allowance;

   G.   mailing of a final Office action;

   H.  completion of examination as defined in 37 CFR 41.102; or

   I.  abandonment of the application.

   Telephone inquiries with regard to this decision should be directed to CHERYL GIBSON BAYLOR at (571)272-3213. In his/her absence, calls may be directed to Petition Help Desk at (571) 272-3282.

| /CHERYL GIBSON BAYLOR/<br>Paralegal Specialist, OPET | |
|---|---|

U.S. Patent and Trademark Office
PTO-2298 (Rev. 02-2012)

BION-ESOL-00038443

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/150,587 | 01/15/2021 | Gerold L. Mosher | 43060-707.308 | 8547 |

21971          7590          04/19/2021

WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| RAO, SAVITHA M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1629 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 04/19/2021 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

PTOL-90A (Rev. 04/07)

BION-ESOL-00038444

| *Office Action Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 17/150,587 | Mosher et al. |
| | Examiner | Art Unit | AIA (FITF) Status |
| | SAVITHA M RAO | 1629 | Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☑ Responsive to communication(s) filed on <u>01/15/2021</u>.
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a) ☐ This action is **FINAL.**    2b) ☑ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims\***

5) ☑ Claim(s) <u>1-20</u> is/are pending in the application.
    5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☑ Claim(s) <u>1-20</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement

\* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10) ☐ The specification is objected to by the Examiner.

11) ☐ The drawing(s) filed on _____ is/are:  a) ☐ accepted or  b) ☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    **Certified copies:**
    a) ☐ All   b) ☐ Some\*\*   c) ☐ None of the:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____.
      3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

\*\* See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☑ Notice of References Cited (PTO-892)
2) ☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)
    Paper No(s)/Mail Date _____.
3) ☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date _____.
4) ☐ Other: _____.

BION-ESOL-00038445

Application/Control Number: 17/150,587                                                              Page 2
Art Unit: 1629

### *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined

under the first inventor to file provisions of the AIA.

### DETAILED ACTION

Claims 1-20 are pending and  are  under consideration in the instant office

action.

### *Priority*

This application is a continuation of U.S. Patent Application No. 16/991,575,

filed August 12, 2020 (US patent 10,918,621) which is a continuation of 16/883,553, filed

May 26, 2020 (US Patent 10,799,476) which is a continuation of U.S. Patent Application

No. 16/242,898, filed January 8, 2019 (US patent 10,772,868) which is a continuation of

16/177,159, filed October 31, 2018 (US Patent 10,786,482), which is a continuation of

U.S. Patent Application No. 16/003,994, filed June 8, 2018 (now U.S. Patent No.

10,154,987, issued December 18, 2018), which is a continuation of U.S. Patent

Application No. 15/802,341, filed November 2, 2017 (now U.S. Patent No. 10,039,745,

issued August 7, 2018), which is a continuation of U.S. Patent Application No.

15/613,622, filed June 5, 2017 (now U.S. Patent No. 9,808,442, issued November 7,

2017), which is a continuation of U.S. Patent Application No. 15/081,603, filed March 25,

2016 (now U.S. Patent No. 9,669,008, issued June 06, 2017), which claims the benefit of

U.S. Provisional Patent Application No. 62/310,198, filed March 18, 2016,

This application was granted Track One status on 02/19/2021

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103 which forms the basis for all

obviousness rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed
> invention is not identically disclosed as set forth in section 102, if the differences between the
> claimed invention and the prior art are such that the claimed invention as a whole would have
> been obvious before the effective filing date of the claimed invention to a person having
> ordinary skill in the art to which the claimed invention pertains. Patentability shall not be
> negated by the manner in which the invention was made.

The factual inquiries set forth in *Graham v. John Deere Co.*, 383 U.S. 1, 148

USPQ 459 (1966), that are applied for establishing a background for determining

obviousness under 35 U.S.C. 103 are summarized as follows:

1. Determining the scope and contents of the prior art.

2. Ascertaining the differences between the prior art and the claims at issue.

3. Resolving the level of ordinary skill in the pertinent art.

4. Considering objective evidence present in the application indicating

obviousness or nonobviousness.

This application currently names joint inventors. In considering patentability of the

claims the examiner presumes that the subject matter of the various claims was

commonly owned as of the effective filing date of the claimed invention(s) absent any

evidence to the contrary.  Applicant is advised of the obligation under 37 CFR 1.56 to

point out the inventor and effective filing dates of each claim that was not commonly

owned as of the effective filing date of the later invention in order for the examiner to

consider the applicability of 35 U.S.C. 102(b)(2)(C) for any potential 35 U.S.C. 102(a)(2)

prior art against the later invention.

BION-ESOL-00038447

Application/Control Number: 17/150,587                                                      Page 4
Art Unit: 1629

Claims 1-20 are rejected under 35 U.S.C. 103(a) as being unpatentable over by

Nahata et al., Am. J. Health-Syst. Pharm., 1998, vol. 55, pages 1155-1157 in view of

Sosnowska et al.,  Acta Poloniae Pharmaceutica - Drug Research, 2009, vol. 66, no. 3,

pages 321-326 in view of Boukarim et al, J. Appl. Res., 2009, vol. 9, no. 1&2, pages 14-

17.

Instant claims are drawn to a  stable oral liquid formulation, consisting essentially

of

(i) about 0.6 to about 1.2 mg/ml enalapril or a pharmaceutically acceptable salt or

solvate thereof;

(ii) a sweetener;

(iii) a preservative, wherein the preservative comprises sodium benzoate, a

paraben or a mixture of parabens;

(iv) water; and

(v) optionally a flavoring agent;

wherein the formulation is stable at about 5 + 30 C for at least 12 months; and

wherein the stable oral liquid formulation has about 95% w/w or greater of the initial

enalapril amount and about 5% w/w or less total impurity or related substances at the

end of the given storage period.

Nahata teaches formulations comprising

(i)     1 mg/ml enalapril;

(ii)    a buffer comprising citric acid and sodium citrate;

(iii)    a preservative; and

(iv)    water.

BION-ESOL-00038448

In particular, Nahata teaches preparation of an aqueous solution comprising 1 mg/ml enalapril in a citrate buffer solution (page 1156, column 1, paragraph 2). The citrate buffer solution is prepared accordingly: "Prepare the isotonic citrate buffer solution (pH 5.0) by dissolving 0.353 g of Citric Acid Monohydrate Granular, USP, 1.01 g of Sodium Citrate Dihydrate Granular, USP, and 0.54 g of sodium chloride in 100 ml of distilled water" (page 1157, Appendix and footnote a). The ordinarily skilled artisan would recognize the sodium chloride in the citrate buffer solution taught by Nahata to meet the instant requirements of a preservative; see Parish, "How do salt and sugar prevent microbial spoilage?", Scientific American, 2006 (cited in PTO-892; cited to show a fact).

Nahata also teaches an aqueous solution comprising 1 mg/ml enalapril in a mixture of Ora-Sweet and Ora-Plus (page 1156, column 1, paragraph 2). Ora-Sweet and Ora-Plus are commercially available from Paddock Laboratories (page 1157, footnotes d and e). Ora-Sweet is an aqueous solution comprising sucrose, glycerin, sorbitol, flavoring, citric acid, sodium phosphate, methylparaben, and potassium sorbate; Ora-Plus is an aqueous solution comprising microcrystalline cellulose, carboxymethylcellulose sodium, xanthan gum, flavoring, citric acid, sodium phosphate, simethicone, methylparaben, and potassium sorbate; both Ora-Sweet and Ora-Plus have a pH of 4.2. Thus, the formulation taught by Nahata comprising 1 mg/ml enalapril in a mixture of Ora-Sweet and Ora-Plus comprises

(i)     1 mg/ml enalapril;

(ii)    citric acid;

(iii)   a preservative, such as methylparaben; and

BION-ESOL-00038449

(iv)   water.

The formulations comprising Ora-Sweet and Ora-Plus also comprise sweeteners and flavoring agents which reads on instant claims 6-10

Thus, Nahata teaches aqueous compositions comprising

(i)    1 mg/ml enalapril;

(ii)   citric acid and sodium citrate;

(iii)   a preservative, such as methylparaben; and

(iv)   water.

Similarly, Sosnowska teaches formulations comprising

(i)    1 mg/ml enalapril;

(ii)   citric acid and citrate buffer;

(iii)   0.2% methylhydroxybenzoate as a preservative, i.e., methylparaben; and

(iv)   water.

Sosnowska teaches liquid formulations of enalapril, prepared from crushed enalapril tablets. Sosnowska generally teaches compositions comprising enalapril maleate in deionized water, citrate buffer solution, carboxymethylcellulose as a suspending agent, and methyl hydroxybenzoate 0.2% as a preservative. Sosnowska teaches that the maximum stability of enalapril maleate is at a pH of about 3; "therefore the pH value of prepared formulations was adjusted to 3.0 using citric acid" (page 322, column 1, "Formulations preparation"). Regarding stability, Sosnowska notes:

"The tablet suspension in water would be expected to readily support microbial growth, especially at room temperature during in-use conditions, therefore 0.2% methyl hydroxybenzoate as compatible with the drugs preservative was added (17). No

BION-ESOL-00038450

colonies or other evidence of bacterial or fungal growth were detected for any of the

formulations tested. There was also no detectable change in color, odor, and taste in

any sample. However, in the absence of microbiological data, the shelf-life given to

extemporaneous products containing preservatives is usually 30 days - the time period

in which the formulations were tested." (page 325, column 2, paragraph 3).

Thus Nahata and Sosnowska teach liquid compositions comprising 1 mg/ml

enalapril, a citrate buffer, 0.2% w/w preservative which is a paraben, and water.

Although both Nahata and Sosnowska teach the use of a preservative, Nahata and

Sosnowska do not teach the use of sodium benzoate as a preservative.

Boukarim is directed towards preservatives in liquid pharmaceutical formulations.

Boukarim teaches that sodium benzoate, potassium sorbate, and methyl

hydroxybenzoate are commonly used as preservatives in liquid pharmaceutical

preparations. Boukarim states, "Among the most commonly used preservatives in the

conservation of liquid pharmaceutical preparations are sodium benzoate, potassium

sorbate, and methyl hydroxybenzoate (methyl-paraben). Their typical allowed

concentrations range respectively from 0.1-0.2%, 0.1-0.2%, and 0.1-0.25% (w/w) (page

14, column 2). Boukarim notes that sodium benzoate is ineffective when formulated at a

pH > 5 (page 16, column 2).

The ordinarily skilled artisan would have had a reasonable expectation of

success in arriving at the instantly claimed composition in view of the combined

teachings of Nahata, Sosnowska, and Boukarim. Nahata and Sosnowska are directed

towards liquid formulations of enalapril; both Nahata and Sosnowska teach

compositions comprising a) 1 mg/ml enalapril, b) citric acid and/or citrate buffer, c) a

preservative, and d) water. Although Nahata and Sosnowska teach methylparaben as a preferred preservative, the ordinarily skilled artisan would recognize methylparaben and sodium benzoate to be functional equivalents in view of the teachings of Boukarim. Boukarim teaches that methylparaben and sodium benzoate are two of the three most common preservatives used for liquid pharmaceutical formulations. As both methylparaben and sodium benzoate are commonly used preservatives known to be suitable for use in liquid formulations, it would be within the purview of the ordinarily skilled artisan to arrive at the instantly claimed formulation in view of Boukarim, Nahata, and Sosnowska. In other words, one would find it prima facie obvious to substitute the sodium benzoate preservative taught by Boukarim for the methylparaben preservative taught by Nahata and Sosnowska. The Examiner notes that Boukarim particularly teaches the use of sodium benzoate in an amount meeting the instant requirements, and Boukarim explicitly teaches that sodium benzoate is ineffective at a pH > 5. Accordingly, one would find sodium benzoate to be suitable for use in a liquid formulation comprising enalapril, which is ideally at a pH of 3.0. Absent evidence of criticality in the selection of a particular preservative, a particular buffer, or particular amounts of each of the components, optimizing the formulations taught by Nahata and Sosnowska would fall within routine optimization for the ordinarily skilled artisan.

Regarding the limitations directed towards the pH of the formulation, Nahata teaches a citrate buffer having a pH of 5, and an Ora-Sweet/Ora-Plus mixture having a pH of 4.2. Sosnowska also teaches the optimal pH of an enalapril formulation, namely, a pH of 3.0. Thus, Nahata and Sosnowska meet the instant limitations of a formulation having a pH of "about 3 and "about 4" as recited in claims 4-5. The use of the word

"about" in a claim is appropriate where the claim contains a range of components with no absolute boundaries, and is only limited to eh extend that prior art exists which would limit broad interpretation of the claim. See Amgen, Inc. v. Chugai Pharmaceutical Co., 927 F.2d 1200, 1217-1218, 18 USPQ2d 1016 (Fed. Cir. 1991).

Although Nahata and Sosnowska do not explicitly teach that the formulation is stable at about $5 \pm 3$ eC for at least 18 months or 24 months or 3 months or 12 months (as recited in instant claims 2-5) , or that the formulation has about 95% w/w or greater of the initial enalapril amount and about 5% w/w or less total impurity or related substances at the end of the given storage period, the combined teachings of Nahata, Sosnowska, and Boukarim meet the instantly claimed requirements, and absent evidence to the contrary, one would expect the composition to have the same properties as instantly claimed. Any properties exhibited by or benefits provided the composition are inherent and are not given patentable weight over the prior art. A chemical composition and its properties are inseparable. Therefore, if the prior art teaches the identical chemical structure, the properties Applicant discloses and/or claims are necessarily present. In re Spada, 911 F.2d 705, 709, 15 USPQ 1655, 1658 (Fed. Cir. 1990). See MPEP 2112.01.

As such a person of ordinary skill in the art would be imbued with a reasonable expectation of success in arriving at the instantly claimed composition, absence of evidence to the contrary, motivated by the combined teachings of the references above.

*Double Patenting*

Application/Control Number: 17/150,587                                           Page 10
Art Unit: 1629

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. A nonstatutory double patenting rejection is appropriate where the conflicting claims are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321 (c) or 1.321(d) may be used to overcome an actual or provisional rejection based on nonstatutory double patenting provided the reference application or patent either is shown to be commonly owned with the examined application, or claims an invention made as a result of activities undertaken within the scope of a joint research agreement. See MPEP § 717.02 for applications subject to examination under the first inventor to file provisions of the AIA as explained in MPEP § 2159. See MPEP §§ 706.02(l)(1) - 706.02(l)(3) for applications not subject to examination under the first inventor to file provisions of the AIA. A terminal disclaimer must be signed in compliance with 37 CFR 1.321 (b).

The USPTO Internet website contains terminal disclaimer forms which may be used. Please visit www.uspto.gov/patent/patents-forms. The filing date of the application in which the form is filed determines what form (e.g., PTO/SB/25, PTO/SB/26, PTO/AIA/25, or PTO/AIA/26) should be used. A web-based eTerminal Disclaimer may be filled out completely online using web-screens. An eTerminal Disclaimer that meets all requirements is auto-processed and approved immediately upon submission. For more information about eTerminal Disclaimers, refer to www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.

Claims 1-20 are rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1-20 of U.S. Patent No. 9,669,008, ('008), claims 1-20 or US patent No. 10,039,745 ('745),  Claims 1-30 of US 10,772868 ('868), Claims 1-28 of US Patent No. 10,786,482 ('482), Claims 1-14 of US Patent No. 10,799,476 ('476), Claims 1-30 or US patent No. 10,918,621 ('621).  Although the claims at issue are not identical, they are not patentably distinct from each other.

BION-ESOL-00038454

Application/Control Number: 17/150,587                                          Page 11
Art Unit: 1629

Claims of '008, '745, '868, '482, '476 and ,621 are generally drawn towards stable

oral liquid formulations comprising enalapril, a buffer comprising citric acid and sodium

citrate dehydrate; a preservative, sweetener and water; wherein the pH of the formulation

is less than about 3.5 or about 4.0; wherein the formulation is stable at about 5±3 °C for

at least 18 months-24 months. Claims of '008, '745, '868, '482, '476 and ,621, all specify

the inclusion of the buffer in their system, which is implied in the instant claims in claims

which recite the pH requirement of the composition. Thus, claims of '008, '745, '868, '482,

'476 and ,621 of drawn to a species of the instantly claimed formulation. The ordinarily

skilled artisan would find it *prima facie* obvious to arrive at the instantly claimed invention

in view of the compositions described in the claims of '008, '745, '868, '482, '476 and ,621

Accordingly, the instantly claimed invention is an obvious variant of the invention

claimed in '008, '745, '868, '482, '476 and ,621

### *Conclusion*

Claims 1-20 are rejected. No claims are allowed

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to SAVITHA RAO whose telephone number is (571)270-

5315.  The examiner can normally be reached on Mon-Fri 7 am to 4 pm..

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Jeffrey Lundgren can be reached on (571) 272-5514.    The fax phone

BION-ESOL-00038455

Application/Control Number: 17/150,587                                     Page 12
Art Unit: 1629

number for the organization where this application or proceeding is assigned is 571-

273-8300.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/SAVITHA M RAO/
Primary Examiner, Art Unit 1629

| *Notice of References Cited* | Application/Control No. 17/150,587 | | Applicant(s)/Patent Under Reexamination Mosher et al. | |
|---|---|---|---|---|
| | Examiner SAVITHA M RAO | | Art Unit 1629 | Page 1 of 1 |

## U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| | A | | | | | |
| | B | | | | | |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

## FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

## NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | Nahata et al., Am. J. Health-Syst. Pharm., 1998, vol. 55, pages 1155-1157 (Year: 1998) |
| | V | Sosnowska et al., Acta Poloniae Pharmaceutica - Drug Research, 2009, vol. 66, no. 3, pages 321-326 (Year: 2009) |
| | W | Boukarim et al, J. Appl. Res., 2009, vol. 9, no. 1&2, pages 14-17 (Year: 2009) |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

BION-ESOL-00038457

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/150,587 | Mosher et al. |
| | Examiner | Art Unit |
| | SAVITHA M RAO | 1629 |

| CPC – Searched* | | |
|---|---|---|
| Symbol | Date | Examiner |
| A61K31/401 OR A61K47/12 OR A61K47/26 OR A61K9/0053 OR A61K9/0095 | 04/14/2021 | SR |

| CPC Combination Sets – Searched* | | |
|---|---|---|
| Symbol | Date | Examiner |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| | | | |

\* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| Search Notes | | |
|---|---|---|
| Search Notes | Date | Examiner |
| EAST searach | 04/14/2021 | SR |
| Inventor search in EAST and PALM | 04/14/2021 | SR |
| Google scholar search for NPL | 04/14/2021 | SR |

| Interference Search | | | |
|---|---|---|---|
| US Class/CPC Symbol | US Subclass/CPC Group | Date | Examiner |
| | | | |

| /SAVITHA M RAO/<br>Primary Examiner, Art Unit 1629 | |
|---|---|
| | |

BION-ESOL-00038458

# EAST Search History

## EAST Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S1 | 1 | ("16".src. and "242898".ap.) or "16242898".RLAN. | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2020/07/09 09:41 |
| S2 | 272 | ((("MOSHER") near3 ("Gerold")) OR (("MILES") near3 ("David"))).INV. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2020/07/09 09:42 |
| S3 | 43 | ("10039745" \| "20040171669" \| "20040258757" \| "20060094760" \| "20060121066" \| "20070265344" \| "20080221156" \| "20080234291" \| "20090269287" \| "20100222334" \| "20110003798" \| "20140100260" \| "20150148335" \| "20150258027" \| "20170266159" \| "4374829" \| "4472380" \| "4510083" \| "4743450" \| "4793998" \| "4830853" \| "4931430" \| "5049553" \| "5698562" \| "6028222" \| "6300361" \| "6300362" \| "6413988" \| "6509350" \| "6790861" \| "6869963" \| "6977257" \| "7101888" \| "7605148" \| "8153824" \| "8568747" \| "8778366" \| "8927028" \| "9463183" \| "9669008" \| "9808442" \| "9855214" \| "9968553").PN. | US-PGPUB; USPAT | OR | ON | 2020/07/09 09:44 |
| S4 | 21,584 | enalapril | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/07/09 09:45 |
| S5 | 33 | S2 and S4 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/07/09 09:45 |
| S6 | 28 | S3 and S4 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | OR | ON | 2020/07/09 09:45 |

| | | | DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S7 | 7,952 | S4 and (citric or citrate) and benzoate and (water or aqueous) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/07/09 09:46 |
| S8 | 5,853 | S7 and preservative | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/07/09 09:46 |
| S9 | 24 | S4 with (citric or citrate) with benzoate with (water or aqueous) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/07/09 09:46 |
| S10 | 51,109 | ( (A61K31/401 OR A61K47/12 OR A61K47/26 OR A61K9/0053 OR A61K9/0095).CPC. ) | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2020/07/09 10:18 |
| S11 | 1,565 | S4 and S10 | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2020/07/09 10:19 |
| S12 | 21 | S10 and S9 | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2020/07/09 10:19 |
| S20 | 1 | ("16".src. and "242898".ap.) or "16242898".RLAN. | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2020/07/28 14:32 |
| S21 | 272 | ((("MOSHER") near3 ("Gerold")) OR (("MILES") near3 ("David"))).INV. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2020/07/28 14:33 |
| S22 | 43 | ("10039745" \| "20040171669" \| "20040258757" \| "20060094760" \| "20060121066" \| "20070265344" \| "20080221156" \| "20080234291" \| "20090269287" \| "20100222334" \| "20110003798" \| "20140100260" \| "20150148335" \| "20150258027" \| "20170266159" \| "4374829" \| | US-PGPUB; USPAT | OR | ON | 2020/07/28 14:33 |

BION-ESOL-00038460

| | | | | | | |
|---|---|---|---|---|---|---|
| | | "4472380" \| "4510083" \| "4743450" \| "4793998" \| "4830853" \| "4931430" \| "5049553" \| "5698562" \| "6028222" \| "6300361" \| "6300362" \| "6413988" \| "6509350" \| "6790861" \| "6869963" \| "6977257" \| "7101888" \| "7605148" \| "8153824" \| "8568747" \| "8778366" \| "8927028" \| "9463183" \| "9669008" \| "9808442" \| "9855214" \| "9968553").PN. | | | | |
| S23 | 21,622 | enalapril | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/07/28 14:33 |
| S24 | 28 | S22 and S23 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/07/28 14:33 |
| S25 | 25 | S23 with (citric or citrate) with benzoate with (water or aqueous) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/07/28 14:33 |
| S26 | 51,482 | ( (A61K31/401 OR A61K47/12 OR A61K47/26 OR A61K9/0053 OR A61K9/0095).CPC. ) | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2020/07/28 14:33 |
| S27 | 21 | S26 and S25 | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2020/07/28 14:33 |
| S35 | 0 | ("16".src. and "883553".ap.) or "16883553".RLAN. | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2020/08/10 07:53 |
| S36 | 43 | ("10039745" \| "20040171669" \| "20040258757" \| "20060094760" \| "20060121066" \| "20070265344" \| "20080221156" \| "20080234291" \| "20090269287" \| "20100222334" \| "20110003798" \| "20140100260" \| "20150148335" \| "20150258027" \| "20170266159" \| "4374829" \| "4472380" \| "4510083" \| "4743450" \| "4793998" \| "4830853" \| "4931430" \| | US-PGPUB; USPAT | OR | ON | 2020/08/10 07:54 |

| | | "5049553" \| "5698562" \| "6028222" \| "6300361" \| "6300362" \| "6413988" \| "6509350" \| "6790861" \| "6869963" \| "6977257" \| "7101888" \| "7605148" \| "8153824" \| "8568747" \| "8778366" \| "8927028" \| "9463183" \| "9669008" \| "9808442" \| "9855214" \| "9968553").PN. | | | | |
|---|---|---|---|---|---|---|
| S37 | 21,652 | enalapril | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/08/10 07:54 |
| S38 | 28 | S36 and S37 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/08/10 07:54 |
| S39 | 25 | S37 with (citric or citrate) with benzoate with (water or aqueous) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/08/10 07:54 |
| S40 | 51,782 | ( (A61K31/401 OR A61K47/12 OR A61K47/26 OR A61K9/0053 OR A61K9/0095).CPC. ) | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2020/08/10 07:54 |
| S41 | 21 | S40 and S39 | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2020/08/10 07:54 |
| S42 | 274 | ((("MOSHER") near3 ("Gerold")) OR (("MILES") near3 ("David"))).INV. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2020/08/10 07:54 |
| S50 | 1 | ("16".src. and "991575".ap.) or "16991575".RLAN. | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2020/12/28 11:07 |
| S51 | 287 | ((("MOSHER") near3 ("Gerold")) OR (("MILES") near3 ("David"))).INV. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2020/12/28 11:07 |

| S52 | 22,058 | enalapril | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/12/28 11:09 |
|---|---|---|---|---|---|---|
| S53 | 32 | S52 with (citric or citrate) with benzoate with (water or aqueous) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/12/28 11:09 |
| S54 | 54,891 | ( ( A61K31/401 OR A61K47/12 OR A61K47/26 OR A61K9/0053 OR A61K9/0095).CPC. ) | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2020/12/28 11:09 |
| S55 | 28 | S54 and S53 | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2020/12/28 11:09 |
| S63 | 0 | ("17".src. and "150587".ap.) or "17150587".RLAN. | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2021/04/14 10:21 |
| S64 | 294 | ((("MOSHER") near3 ("Gerold")) OR (("MILES") near3 ("David"))).INV. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2021/04/14 10:21 |
| S65 | 22,343 | enalapril | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2021/04/14 10:21 |
| S66 | 49 | S64 and S65 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2021/04/14 10:21 |
| S67 | 43 | ("10039745" | "20040171669" | "20040258757" | "20060094760" | "20060121066" | "20070265344" | "20080221156" | "20080234291" | "20090269287" | "20100222334" | "20110003798" | "20140100260" | "20150148335" | "20150258027" | "20170266159" | "4374829" | | US-PGPUB; USPAT | OR | ON | 2021/04/14 10:21 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | "4472380" \| "4510083" \| "4743450" \| "4793998" \| "4830853" \| "4931430" \| "5049553" \| "5698562" \| "6028222" \| "6300361" \| "6300362" \| "6413988" \| "6509350" \| "6790861" \| "6869963" \| "6977257" \| "7101888" \| "7605148" \| "8153824" \| "8568747" \| "8778366" \| "8927028" \| "9463183" \| "9669008" \| "9808442" \| "9855214" \| "9968553").PN. | | | | |
| S68 | 28 | S67 and S65 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2021/04/14 10:21 |
| S69 | 22,343 | enalapril | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2021/04/14 10:21 |
| S70 | 33 | S69 with (citric or citrate) with benzoate with (water or aqueous) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2021/04/14 10:21 |
| S71 | 56,775 | ( (A61K31/401 OR A61K47/12 OR A61K47/26 OR A61K9/0053 OR A61K9/0095).CPC. ) | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2021/04/14 10:21 |
| S72 | 29 | S71 and S70 | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2021/04/14 10:21 |

**EAST Search History (Interference)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S13 | 31,643 | ( (A61K31/401 OR A61K47/12 OR A61K47/26 OR A61K9/0053 OR A61K9/0095).CPC. ) | US-PGPUB; USPAT | OR | ON | 2020/07/09 10:19 |
| S14 | 19,404 | enalapril | US-PGPUB; USPAT | OR | ON | 2020/07/09 10:21 |

| S15 | 1,391 | S13 and S14 | US-PGPUB; USPAT | OR | ON | 2020/07/09 10:21 |
| S16 | 785 | S15 and citric | US-PGPUB; USPAT | OR | ON | 2020/07/09 10:21 |
| S17 | 565 | S16 and buffer | US-PGPUB; USPAT | OR | ON | 2020/07/09 10:21 |
| S18 | 562 | S17 and liquid | US-PGPUB; USPAT | OR | ON | 2020/07/09 10:21 |
| S19 | 413 | S18 and stable | US-PGPUB; USPAT | OR | ON | 2020/07/09 10:22 |
| S28 | 31,842 | ( ( A61K31/401 OR A61K47/12 OR A61K47/26 OR A61K9/0053 OR A61K9/0095).CPC. ) | US-PGPUB; USPAT | OR | ON | 2020/07/28 14:33 |
| S29 | 19,442 | enalapril | US-PGPUB; USPAT | OR | ON | 2020/07/28 14:33 |
| S30 | 1,394 | S28 and S29 | US-PGPUB; USPAT | OR | ON | 2020/07/28 14:33 |
| S31 | 786 | S30 and citric | US-PGPUB; USPAT | OR | ON | 2020/07/28 14:33 |
| S32 | 566 | S31 and buffer | US-PGPUB; USPAT | OR | ON | 2020/07/28 14:33 |
| S33 | 563 | S32 and liquid | US-PGPUB; USPAT | OR | ON | 2020/07/28 14:33 |
| S34 | 413 | S33 and stable | US-PGPUB; USPAT | OR | ON | 2020/07/28 14:33 |
| S43 | 31,996 | ( ( A61K31/401 OR A61K47/12 OR A61K47/26 OR A61K9/0053 OR A61K9/0095).CPC. ) | US-PGPUB; USPAT | OR | ON | 2020/08/10 07:53 |
| S44 | 19,469 | enalapril | US-PGPUB; USPAT | OR | ON | 2020/08/10 07:53 |
| S45 | 1,398 | S43 and S44 | US-PGPUB; USPAT | OR | ON | 2020/08/10 07:53 |

BION-ESOL-00038465

| S46 | 790 | S45 and citric | US-PGPUB; USPAT | OR | ON | 2020/08/10 07:53 |
| S47 | 569 | S46 and buffer | US-PGPUB; USPAT | OR | ON | 2020/08/10 07:53 |
| S48 | 566 | S47 and liquid | US-PGPUB; USPAT | OR | ON | 2020/08/10 07:53 |
| S49 | 415 | S48 and stable | US-PGPUB; USPAT | OR | ON | 2020/08/10 07:53 |
| S56 | 34,109 | ( (A61K31/401 OR A61K47/12 OR A61K47/26 OR A61K9/0053 OR A61K9/0095).CPC. ) | US-PGPUB; USPAT | OR | ON | 2020/12/28 11:09 |
| S57 | 19,843 | enalapril | US-PGPUB; USPAT | OR | ON | 2020/12/28 11:09 |
| S58 | 1,454 | S56 and S57 | US-PGPUB; USPAT | OR | ON | 2020/12/28 11:09 |
| S59 | 831 | S58 and citric | US-PGPUB; USPAT | OR | ON | 2020/12/28 11:09 |
| S60 | 598 | S59 and buffer | US-PGPUB; USPAT | OR | ON | 2020/12/28 11:09 |
| S61 | 595 | S60 and liquid | US-PGPUB; USPAT | OR | ON | 2020/12/28 11:09 |
| S62 | 435 | S61 and stable | US-PGPUB; USPAT | OR | ON | 2020/12/28 11:09 |

4/14/2021 4:47:27 PM
H:\EAST - WKSP\Workspaces\17 applications\17150587.wsp

BION-ESOL-00038466

# Bibliographic Data

Application No:   17/150,587

Foreign Priority claimed:   ◯ Yes   ◉ No

35 USC 119 (a-d) conditions met:   ☐ Yes   ☐ No      ☐ Met After Allowance

Verified and Acknowledged:   /SAVITHA M RAO/

Examiner's Signature                    Initials

Title:   ENALAPRIL FORMULATIONS

| FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 01/15/2021 **RULE** | 514 | 1629 | 43060-707.308 |

**APPLICANTS**

Silvergate Pharmaceuticals, Inc., Greenwood Village, CO,

**INVENTORS**

Gerold L. Mosher, Kansas City, MO, UNITED STATES

David W. Miles, Kansas City, MO, UNITED STATES

**CONTINUING DATA**

This application is a CON of 16991575 08/12/2020 PAT 10918621

16991575 is a CON of 16883553 05/26/2020 PAT 10799476

16883553 is a CON of 16242898 01/08/2019 PAT 10772868

16242898 is a CON of 16177159 10/31/2018 PAT 10786482

16177159 is a CON of 16003994 06/08/2018 PAT 10154987

16003994 is a CON of 15802341 11/02/2017 PAT 10039745

15802341 is a CON of 15613622 06/05/2017 PAT 9808442

15613622 is a CON of 15081603 03/25/2016 PAT 9669008

15081603 has PRO of 62310198 03/18/2016

**FOREIGN APPLICATIONS**

**IF REQUIRED, FOREIGN LICENSE GRANTED\*\***

01/27/2021

**STATE OR COUNTRY**

UNITED STATES

**ADDRESS**

WILSON SONSINI GOODRICH & ROSATI

650 PAGE MILL ROAD

PALO ALTO, CA 94304-1050

BION-ESOL-00038467

UNITED STATES

**FILING FEE RECEIVED**

$6,020

BION-ESOL-00038468

Electronically Filed: April 23, 2021                    Attorney Docket No.:  43060-707.308

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application of: | ) | Group Art Unit: 1629 |
| | ) | |
| Inventors: Gerold L. Mosher, et al. | ) | Examiner: Savitha M. Rao |
| | ) | |
| Application No.: 17/150,587 | ) | Confirmation No.: 8547 |
| | ) | |
| Filed: January 15, 2021 | ) | Customer No.:  021971 |
| | ) | |
| For:  ENALAPRIL FORMULATIONS | ) | |
| | ) | |

### RESPONSE TO NON-FINAL OFFICE ACTION DATED APRIL 19, 2021

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Commissioner:

Applicant hereby submits a response to the Non-Final Office Action dated April 19, 2021 (the "Office Action"), in the above-identified application.  Applicant respectfully requests reconsideration and allowance of the pending claims.

The Commissioner is hereby authorized to charge any fees associated with filing of this response, to Deposit Account No. 23-2415, referencing Docket No. 43060-707.308.

**Amendments to the Claims** begin on page **2**.

**Remarks** begin on page **5**.

**Conclusion** begins on page **11.**

1

BION-ESOL-00038469

Application No.: 17/150,587
Atty. Docket No. 43060-707.308

## AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, amendments, and listings, of claims in this application.  Applicant reserves the right to pursue the subject matter of the withdrawn claims in this or any other appropriate patent application.

**Listing of the Claims:**

1.  (Original) A stable oral liquid formulation, consisting essentially of:

(i) about 0.6 to about 1.2 mg/ml enalapril or a pharmaceutically acceptable salt or solvate thereof;

(ii) a sweetener;

(iii) a preservative, wherein the preservative comprises sodium benzoate, a paraben or a mixture of parabens;

(iv) water; and

(v) optionally a flavoring agent;

wherein the formulation is stable at about $5 \pm 3°$ C for at least 12 months; and

wherein the stable oral liquid formulation has about 95% w/w or greater of the initial enalapril amount and about 5% w/w or less total impurity or related substances at the end of the given storage period.

2.  (Original) The stable oral liquid formulation of claim 1, wherein the formulation is stable at about $5 \pm 3°$ C for at least 18 months.

3.  (Original) The stable oral liquid formulation of claim 1, wherein the formulation is stable at about $5 \pm 3°$ C for at least 24 months.

4.  (Original) The stable oral liquid formulation of claim 1, wherein the formulation maintains a pH between about 3 and about 4 for at least 3 months at about $5 \pm 3°$ C.

5.  (Original) The stable oral liquid formulation of claim 1, wherein the formulation maintains a pH between about 3 and about 4 for at least 12 months at about $5 \pm 3°$ C.

6.  (Original) The stable oral liquid formulation of claim 1, wherein the sweetener is sucralose.

BION-ESOL-00038470

Application No.:  17/150,587
Atty. Docket No. 43060-707.308

7.  (Original) The stable oral liquid formulation of claim 6, wherein the sucralose is present in about 0.5 mg/ml to about 0.9 mg/ml in the oral liquid formulation.

8.  (Original) The stable oral liquid formulation of claim 1, wherein the sweetener is saccharin or a salt thereof.

9.  (Original) The stable oral liquid formulation of claim 8, wherein the saccharin or a salt thereof is present at about 2 mg/ml in the oral liquid formulation.

10. (Original) The stable oral liquid formulation of claim 1, comprising a flavoring agent.

11. (Original) The stable oral liquid formulation of claim 1, wherein the enalapril or a pharmaceutically acceptable salt or solvate thereof functions as a buffer.

12. (Original) The stable oral liquid formulation of claim 1, wherein the enalapril or a pharmaceutically acceptable salt or solvate thereof is present at about 1.0 mg/ml in the oral liquid formulation.

13. (Original) The stable oral liquid formulation of claim 1, wherein the preservative is a mixture of parabens.

14. (Original) The stable oral liquid formulation of claim 1, wherein the paraben or the mixture of parabens is methylparaben, ethylparaben, propylparaben, butylparaben, salts thereof, or a combination thereof.

15. (Original) The stable oral liquid formulation of claim 1, wherein the mixture of parabens comprises methylparaben and propylparaben.

16. (Original) The stable oral liquid formulation of claim 1, wherein the paraben or the mixture of parabens is present at about 0.1 mg/ml to about 2 mg/ml in the oral liquid formulation.

17. (Original) The stable oral liquid formulation of claim 1, wherein the preservative comprises sodium benzoate.

18. (Original) The stable oral liquid formulation of claim 17, wherein the sodium benzoate is present at about 0.2 mg/ml to about 1.2 mg/ml in the oral liquid formulation.

19. (Original) The stable oral liquid formulation of claim 1, consisting essentially of:

   (i) about 1.0 mg/ml enalapril or a pharmaceutically acceptable salt or solvate thereof;

3

BION-ESOL-00038471

Application No.:  17/150,587
Atty. Docket No. 43060-707.308

(ii) a sweetener that is sucralose or sodium saccharin;

(iii) a preservative, wherein the preservative comprises a mixture of parabens that is present at about 0.1 mg/ml to about 2 mg/ml in the oral liquid formulation;

(iv) water; and

(v) optionally a flavoring agent.

20. (Original) The stable oral liquid formulation of claim 1, consisting essentially of:

(i) about 1.0 mg/ml enalapril or a pharmaceutically acceptable salt or solvate thereof;

(ii) a sweetener that is sucralose or sodium saccharin;

(iii) a preservative, wherein the preservative comprises sodium benzoate that is present at about 0.2 mg/ml to about 1.2 mg/ml in the oral liquid formulation;

(iv) water; and

(v) optionally a flavoring agent.

*        *        *

4

BION-ESOL-00038472

Application No.: 17/150,587
Atty. Docket No. 43060-707.308

# REMARKS

## Status of Claims

Original claims 1-20 are pending and under examination.

## The §103 Rejection

Claims 1-20 were rejected under 35 U.S.C. 103 as obvious over Nahata et al., Am. J. Health-Syst. Pharm., 1998, vol. 55, pages 1155-1157 ("Nahata") in view of Sosnowska et al., Acta Poloniae Pharmaceutica - Drug Research, 2009, vol. 66, no. 3, pages 321-326 ("Sosnowska") in view of Boukarim et al., J. Appl. Res., 2009, vol. 9, no. 1&2, pages 14-17 ("Boukarim").

The Office acknowledges that "Nahata and Sosnowska do not explicitly teach that the formulation is stable at about $5 \pm 3°$ C for at least 18 months or 24 months or 3 months or 12 months . . . ." Page 9 of the Office Action. However, the Office nevertheless alleges "the combined teachings of Nahata, Sosnowska, and Boukarim meet the instantly claimed requirements, and absent evidence to the contrary, one would expect the composition to have the same properties as instantly claimed." Id.

Applicant respectfully disagrees. Applicant submits that none of the three cited references—Nahata, Sosnowska, and Boukarim—teaches or suggests all the elements of the claimed formulations, e.g., the stability element, that is "the formulation is stable at about $5 \pm 3°$ C for at least 12 months" is not disclosed or suggested. The superior stability is unexpected in view of cited art.

Applicant further submits an Inventor Declaration by Dr. Gerold Mosher dated April 23, 2021 (the "Mosher Declaration"), with evidence to overcome the §103 rejections asserted by the Office, as discussed in greater detail below.

### a. The Cited References Do Not Teach or Suggest Enalapril Oral Liquid Formulations That Are Stable at $5 \pm 3$ °C For At Least 12 Months

5

BION-ESOL-00038473

Application No.: 17/150,587
Atty. Docket No. 43060-707.308

To establish a prima facie case of obviousness, the cited art itself or "the inferences and creative steps that a person of ordinary skill in the art would [have] employ[ed]" at the time of the invention are to have taught or suggested the claim elements. KSR Int'l Co. v. Teleflex Inc., 127 S. Ct. 1727, 1742 (2007). The Examiner must make "a searching comparison of the claimed invention – including all its limitations – with the teaching of the prior art." In re Ochiai, 71 F.3d 1565, 1572 (Fed. Cir. 1995).

None of Nahata, Sosnowska, and Boukarim teaches or suggests enalapril oral liquid formulations that are stable at $5 \pm 3$ °C for at least 12 months, which is one of the elements in the present claims. The stability of the present formulations is described in the instant specification and drawings, e.g., Tables E1 and E2.

Moreover, the Mosher Declaration provides additional evidence for the stability of the presently claimed formulations. Specifically, in the Mosher Declaration, Dr. Mosher provided 12-week stability data for exemplary formulations of Table 1 including formulations V-3.0, V-3.3, V-3.5, X-1 and X-2, which are made with various preservatives, pH values and sweeteners.

As explained by Dr. Mosher, "Table 2 shows that the total impurity content for these formulations remained less than 1% when stored at 5 °C for 12 weeks and less than 2.5% when stored at 25 °C for 12 weeks. The enalapril maleate assay results in Table 3 show that all the formulations have greater than 97% of the initial enalapril maleate content after 12 weeks at 5 °C or 25 °C." Mosher Declaration, ¶18.

To illustrate the dramatic differences in stability between the enalapril oral liquid formulations of the present application with the stability of the enalapril liquid preparations in Nahata, Dr. Mosher plotted graphically with linear regression of the data for extrapolation of the available refrigerated (5 °C) stability data published by Nahata as well as formulations V-3.0, V-3.3, V-3.5, X-1 and X-2, which are exemplary formulations of the present application. The stability comparisons at 5 °C are presented in Table 4 and Figure 1, and Figure1 is provided below. *See*, Mosher Declaration, ¶23-25.

6

Application No.: 17/150,587
Atty. Docket No. 43060-707.308



Dr. Mosher explains: "Table 4 and Figure 1 show that formulations of the instant application exhibit excellent stability for at least 12 months (52 weeks) at 5 °C with little loss of enalapril content, in contrast to the extemporaneous preparations of Nahata (stability is defined as no more than 5% formation of degradants and 5% loss of enalapril). While Nahata does not disclose stability at about 5 °C for more than 90 days, the extrapolated lines show that at about 100 days, the extemporaneous preparations are unstable with respect to the enalapril content in the preparation. The enalapril content and total impurity data submitted in Tables 2-4 and Figure 1 show that the formulations of the present application are significantly more stable than the extemporaneously prepared formulations." Mosher Declaration, ¶25.

Evidently, a stability for at least 12 months at 5 ± 3 °C is not an inherent property of the Nahata formulations.

Sosnowska similarly discloses extemporaneously prepared formulations. Sosnowska teaches liquid formulations of enalapril prepared from crushed enalapril tablets. *See*, page 322 of Sosnowska. "[I]n the absence of microbiological data, the shelf-life given to extemporaneous

BION-ESOL-00038475

Application No.: 17/150,587
Atty. Docket No. 43060-707.308

products containing preservatives is usually 30 days - the time period in which the formulations were tested." *See,* Table 1 and page 325 of Sosnowska. Accordingly, Sosnowska does not disclose or suggest stability beyond 30 days for the extemporaneous preparations.

Further, Applicant respectfully points out that formulations of the present disclosure have overcome limitations of the extemporaneously prepared formulations. As Dr. Mosher explains, "[t]raditionally, approved methods of delivering enalapril to pediatric patients requires (1) administering a solid enalapril tablet or portion thereof to the patient, (2) extemporaneously preparing an oral liquid suspension from enalapril tablets and a diluent, such as the method described in 'Nahata' and subsequently administering the suspension to the patient, or (3) reconstituting a powder in a liquid carrier . . . For the second method, extemporaneously prepared oral liquids present additional challenges and issues with respect to dosing accuracy and stability, as well as can introduce compounding errors and cross-contamination." Mosher Declaration, ¶10-11. The stable enalapril oral liquid formulations in the present application represent an elegant solution over the previous methods of obtaining liquid enalapril formulation.

Thus, the data presented in the Mosher Declaration clearly demonstrates extemporaneous preparations, such as the preparations disclosed in Nahata and Sosnowska, do not meet the stability requirement of the present claims. As for Boukarim, it does not disclose any enalapril oral liquid formulation or any stability thereof.

As such, none of the cited references—Nahata, Sosnowska, and Boukarim—discloses or suggests any liquid formulations of enalapril that is stable **at about 5 ± 3 ºC for at least 12 months**, either explicitly or by inherency. Accordingly, Applicant respectfully requests the §103 rejections be withdrawn.

### b. *Unexpected Results*

The presence of an unexpected property is evidence of nonobviousness. *See*, MPEP § 716.02. Evidence of unexpected results must be weighed against evidence supporting prima facie obviousness in making a final determination of the obviousness of the claimed invention. *See*, In re May, 574 F.2d 1082, 197 USPQ 601 (CCPA 1978); MPEP § 716.02.

BION-ESOL-00038476

Application No.: 17/150,587
Atty. Docket No. 43060-707.308

Applicant submits that the superior stability yielded by the claimed formulations are unexpected in view of the cited art.

As explained in the Mosher Declaration, the claimed stable enalapril liquid formulations are dramatically more stable than extemporaneously prepared enalapril formulations. In the Mosher Declaration, Dr. Mosher plotted graphically, with linear regression of the data for extrapolation of the stability data published in Nahata, as well as corresponding enalapril formulations V-3.0, V-3.3, V-3.5, X-1 and X-2, which are exemplary formulations of the instant application. *See*, Mosher Declaration, Figure 1.

Formulations V-3.0, V-3.3, V-3.5, X-1 and X-2 were prepared with various preservatives, sweeteners, and pH values. As evidenced by Figure 1, formulations V-3.0, V-3.3, V-3.5, X-1 and X-2 demonstrate little loss of enalapril for at least 12 months at 5 °C. These results drastically contrast with the stability or lack thereof in the extemporaneous enalapril preparations, where the enalapril degrades substantially after initial preparation. At about 90-100 days, the extemporaneous preparations are at about 95% of the starting enalapril concentration when stored at 4 °C.

These unexpected stability results of the presently claimed formulations are not taught by, and could not have been predicted or contemplated by Nahata, Sosnowska, or Boukarim.

Indeed, as Dr. Mosher explains, "the extrapolated lines [in Nahata] show that at about 100 days, the extemporaneous preparations are unstable with respect to the enalapril content in the preparation." Mosher Declaration, ¶25. Thus, one of ordinary skill in the art would not reasonably expect, based on the teachings in Nahata, to make a formulation that is stable at about 5 ± 3 °C for a period that is more than three times longer than the Nahata formulation.

Similarly, Sosnowska does not show any stability data beyond 30 days. When stored at 4 °C, Sosnowska formulations with an initial enalapril concentration at about 1.0 mg/mL contained only about 98% initial enalapril concentration at the end of the 30-day period. One of ordinary skill in the art would not reasonably expect, based on the teachings in Sosnowska, to make a formulation that is stable at about 5 ± 3 °C for at least 365 days.

BION-ESOL-00038477

Application No.: 17/150,587
Atty. Docket No. 43060-707.308

Further, none of the references provide any teachings or suggestions to arrive at the instantly claimed stable oral liquid formulation that yields the unexpected, superior stability. For example, the extemporaneously prepared formulation in Nahata contains about 19 components in addition to enalapril and water. However, Nahata does not provide any expectation that any particular combination would be successful for making a stable enalapril oral liquid formulation, which can extend the stability from less than 100 days to at least 12 months at 5 °C. Similarly, Sosnowska fails to provide any expectation or suggestion that any modification of the components can lead to a stable oral liquid formulation that is stable at about 5 ± 3 °C for at least 12 months (that is 12 times longer than the stability period shown in Sosnowska).

Thus, the instantly claimed formulations have unexpected, superior stability results. Applicant respectfully requests the §103 rejections be withdrawn for at least the reasons stated above.

**The Double Patenting Rejections**

Claims 1-20 were rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1-20 of U.S. Patent No. 9,669,008, claims 1-20 of US patent No. 10,039,745, Claims 1-30 of US 10,772,868, Claims 1-28 of US Patent No. 10,786,482, Claims 1-14 of US Patent No. 10,799,476, Claims 1-30 of US patent No, 10,918,621.

Without acquiescing to the merit of the rejection and solely to expedite prosecution, Applicant hereby submits terminal disclaimers with respect to U.S. Patent No. 9,669,008, US patent No. 10,039,745, US 10,772,868, US Patent No. 10,786,482, US Patent No. 10,799,476, US patent No, 10,918,621.

10

BION-ESOL-00038478

Application No.:  17/150,587
Atty. Docket No. 43060-707.308

## CONCLUSION

Applicant believes that the Application is in condition for allowance and respectfully solicits the Examiner to expedite prosecution of this application to issuance.  Should the Examiner have any questions, the Examiner is encouraged to telephone the undersigned at (617) 598-7823.

The Commissioner is authorized to charge any additional fees which may be required, including petition fees and extension of time fees, to Deposit Account No. 23-2415 (Docket No. 43060-707.308).

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI

Date: <u>April 23, 2021</u>                    By:   <u>/Clark Lin/</u>
                                          Clark Lin, Ph.D., J.D.
                                          Reg. No. 67,024

650 Page Mill Road
Palo Alto, California  94304
Telephone No.: (650) 493-9300
Facsimile No.: (650) 493-6811
**Customer No. 021971**

BION-ESOL-00038479

Attorney Docket No. 43060-707.308

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | |
|---|---|
| In re the Application of: | Group Art Unit: 1629 |
| Inventors: Gerold L. Mosher, *et al.* | Confirmation No.: 8547 |
| Serial No.: 17/150,587 | Examiner: Savitha M. Rao |
| Filed: January 15, 2021 | Customer No.: 21971 |
| Title: ENALAPRIL FORMULATIONS | |

Certificate of Electronic Filing
I hereby certify that the attached Response and all accompanying papers is being deposited by Electronic Filing on April 23, 2021, by using the EFS – Web patent filing system and addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

By:/Lisa Fralick/

**Mail Stop Amendment**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## <u>DECLARATION OF GEROLD MOSHER</u>

I, **Gerold Mosher**, state and declare as follows:

1.     I am currently employed at Azurity Pharmaceuticals, Inc., a company formed in May 2019 by the acquisition of Silvergate Pharmaceuticals, Inc. by CutisPharma, Inc.

2.     I received my Bachelor's degree in Pharmacy from the University of Kansas in 1979. I also received a Master and a Doctor of Philosophy in Pharmaceutical Chemistry in 1984 and 1986, respectively, from the University of Kansas.

3.     I have been employed at Silvergate Pharmaceuticals and now Azurity Pharmaceuticals since 2013, and my current position is Vice President of Product Development. As part of my job duties, I develop oral formulations for pediatric use. I have a small laboratory where I

BION-ESOL-00038480

develop, characterize and move formulations through the steps required for FDA approval and eventual sale.

4.      Early in my career, I practiced pharmacy for two years from 1979 to 1981. Subsequently, I worked in large pharmaceutical companies (Eli Lilly and Merck) for about ten years where I focused primarily on pre-formulation and early phase formulations of new drug products. After leaving these companies and prior to Silvergate Pharmaceuticals, I have also been employed by small startup companies to develop new solubilizing technology for oral, injectable, and inhalation formulations.

5.      In total, I have been in the field of pharmaceutical chemistry for about 42 years, and have extensive experience in developing pharmaceutical formulations. My *Curriculum Vitae* is attached as Exhibit A.

6.      I am familiar with the subject matter claimed in U.S. Pat. App. Ser. No. 17/150,587 ("the '587 application"), and I am a named inventor on this application.

7.      I am aware of the Office Action mailed in this matter on April 19, 2021. I am also aware that the pending claims stand rejected as allegedly being obvious under 35 U.S.C. 103 over Nahata et al., Am. J. Health-Syst. Pharm., 1998, vol. 55, pages 1155-1157 ("Nahata") in view of Sosnowska et al., Acta Poloniae Pharmaceutica - Drug Research, 2009, vol. 66, no. 3, pages 321-326 ("Sosnowska") in view of Boukarim et al., J. Appl. Res., 2009, vol. 9, no. 1&2, pages 14-17 ("Boukarim"). I have reviewed these three cited references.

8.      I am submitting this declaration to address the comments made in the Office Action.

9.      The '587 application relates to enalapril oral liquid formulations that are stable at about 5±3 °C for at least 12 months. The development of this described enalapril formulation was oriented on preparing a safe, stable, uniform oral liquid with minimal degradation and having an acceptable taste for pediatric patients.

10.     Traditionally, approved methods of delivering enalapril to pediatric patients requires (1) administering a solid enalapril tablet or portion thereof to the patient, (2) extemporaneously preparing an oral liquid suspension from enalapril tablets and a diluent, such as the method described in "Nahata" and subsequently administering the suspension to the patient, or (3) reconstituting a

BION-ESOL-00038481

powder in a liquid carrier. All of these methods are undesirable and have limitations. For tablets, it is well known that children have difficulty swallowing solid oral dosage forms. For the second method, extemporaneously prepared oral liquids present additional challenges and issues with respect to dosing accuracy and stability, as well as can introduce compounding errors and cross-contamination.

11.     As compared to these currently available methods, the enalapril oral liquid formulation claimed in the '587 application provides several advantages:

- Improved ease of administration.  It is easier for many patients to swallow a liquid than to swallow a tablet,

- Patient Compliance.  Patients are more likely to take a dose that is not difficult to swallow, or difficult to prepare,

- Accuracy of dosing. The prescribing information for enalapril tablets provides dosing guidelines based on the weight of the child. When one only has fixed 2.5, 5 or 10 mg tablets available, it is difficult if not impossible to break the tablets in such a way to get an exact dose if the dose is something other than the tablet strength. In addition, if tablets are compounded into a suspension, the tablets are crushed in a mortar and then mixed with a liquid. There is no guarantee that the drug dissolves in, or is dispersed evenly in the liquid (thus leading to potential dosing errors. Moreover, there is always the chance of contamination of the resulting liquid by residual drugs or substances in the mortar. Similarly, in reconstitutable powders, there is also no guarantee that the powder dissolves or disperses evenly in the diluent.

12.     The oral enalapril liquid formulations of the '587 application have superior stability—they are stable at 5±3 ºC for 12 months or longer with minimal degradation.  The stability is an important aspect of the present formulations.  It contributes to the consistency and uniformity of the formulations as well as allows for accuracy of dosing to patients.

13.     Evidence of the superior stability of the formulations disclosed in the '587 application can be found in exemplary formulations V-3.0, V-3.3, V-3.5, X-1 and X-2 shown in Table 1. Formulations V-3.0, V-3.3, and V-3.5 were prepared by adding individually the sodium benzoate, sucralose and mixed berry flavor to about 95% of the final formulation volume of purified water and dissolving each with mixing before adding the next. Enalapril maleate was then

BION-ESOL-00038482

added and dissolved with mixing and the pH was adjusted with HCl or NaOH to the target pH. Purified water was added to bring each formulation to final volume. Formulation X-1 was prepared by adding the methyl paraben and propyl paraben to about 95% of the final formulation volume of purified water. The water was heated with mixing to 50°C and mixed until the parabens were dissolved. The solution was cooled to room temperature and the sucralose and mixed berry flavor were added one at a time with mixing until each was dissolved before the next was added. Enalapril maleate was then added and dissolved with mixing and the pH was adjusted with HCl or NaOH to the target pH. Purified water was added to bring the formulation to final volume. Formulation X-2 was prepared by adding the methyl paraben and propyl paraben to about 95% of the final formulation volume of purified water. The pH of the solution was raised to 7.8 with the addition of 5 N NaOH, and the solution mixed until the parabens were dissolved. The pH was then lowered to 4.5 with the addition of 5N HCl. The sodium saccharin and mixed berry flavor were added one at a time with mixing until each was dissolved before the next was added. Enalapril maleate was then added and dissolved with mixing and the pH was adjusted with HCl or NaOH to the target pH. Purified water was added to bring the formulation to final volume.

**TABLE 1**

| Composition of Enalapril Maleate Formulations | | | | | |
|---|---|---|---|---|---|
| Liquid Formulations (mg/mL) | | | | | |
| Component | V-3.0 | V-3.3 | V-3.5 | X-1 | X-2 |
| Enalapril maleate | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| Methylparaben | | | | 1.80 | 1.80 |
| Propylparaben | | | | 0.20 | 0.20 |
| Sodium benzoate | 1.00 | 1.00 | 1.00 | | |
| Sodium saccharin | | | | | 2.0 |
| Sucralose | 0.70 | 0.70 | 0.70 | 0.70 | |
| Mixed berry flavor | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 |
| 5N HCL/NaOH for pH adjustment | As needed | As needed | As needed | As needed | As needed |
| Purified water | qs | qs | qs | qs | qs |
| pH (measured) | 3.03 | 3.33 | 3.50 | 3.31 | 3.31 |

-4-

BION-ESOL-00038483

14.     As shown in Table 1 above, formulations V-3.0, V-3.3, V-3.5, X-1 and X-2 were prepared with various preservatives, sweeteners, and pH values. Formulations of Table 1 do not require additional buffering agents other than enalapril maleate, which is a salt of an amino acid. As an amino acid, an enalapril molecule contains carboxylic acid and amine groups that can dissociate and thus balance the pH variations.

15.     The formulations of Table 1 were mixed well, then twenty milliliter aliquots of each formulation were placed into 30-cc HDPE bottles. The bottles were screw-capped, induction sealed, and placed into storage at 5°C ± 3°C and at 25°C ± 2°C/60% ± 5% Relative Humidity. At various times, duplicate bottles were removed from the storage condition and analyzed by High Pressure Liquid Chromatography (HPLC) with UV detection. Average values of the duplicate results are presented in the Tables 2 and 3 below.

16.     The results of the HPLC analysis for the diketopiperazine and enalaprilat degradants and total degradants in the samples are provided in Table 2.

**TABLE 2**

| Degradant Content After Storage (% w/w of enalapril maleate) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Storage | | Formulation | | | | |
| | °C | Weeks | V-3.0 | V-3.3 | V-3.5 | X-1 | X-2 |
| Diketopiperazine | 5 | 0 | 0.08 | 0.08 | 0.07 | 0.07 | 0.07 |
| | | 4 | 0.10 | 0.07 | 0.09 | 0.08 | 0.07 |
| | | 8 | 0.12 | 0.10 | 0.09 | 0.09 | 0.09 |
| | | 12 | 0.17 | 0.12 | 0.11 | 0.11 | 0.11 |
| | 25 | 0 | 0.08 | 0.08 | 0.07 | 0.07 | 0.07 |
| | | 4 | 0.36 | 0.25 | 0.20 | 0.25 | 0.26 |
| | | 8 | 0.61 | 0.40 | 0.32 | 0.42 | 0.44 |
| | | 12 | 0.83 | 0.55 | 0.42 | 0.57 | 0.61 |
| Enalaprilat | 5 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 4 | 0.12 | 0.11 | 0.16 | 0.10 | 0.11 |
| | | 8 | 0.19 | 0.23 | 0.24 | 0.16 | 0.16 |

BION-ESOL-00038484

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | 12 | 0.28 | 0.32 | 0.36 | 0.23 | 0.23 |
|  | 25 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  | 4 | 0.47 | 0.52 | 0.56 | 0.45 | 0.45 |
|  |  | 8 | 0.83 | 0.95 | 1.04 | 0.84 | 0.84 |
|  |  | 12 | 1.16 | 1.32 | 1.44 | 1.18 | 1.18 |
| Total Impurities | 5 | 0 | 0.08 | 0.08 | 0.07 | 0.07 | 0.07 |
|  |  | 4 | 0.22 | 0.18 | 0.25 | 0.18 | 0.19 |
|  |  | 8 | 0.31 | 0.33 | 0.33 | 0.25 | 0.25 |
|  |  | 12 | 0.47 | 0.46 | 0.48 | 0.35 | 0.35 |
|  | 25 | 0 | 0.08 | 0.08 | 0.07 | 0.07 | 0.07 |
|  |  | 4 | 0.83 | 0.77 | 0.76 | 0.69 | 0.72 |
|  |  | 8 | 1.44 | 1.35 | 1.36 | 1.27 | 1.28 |
|  |  | 12 | 2.10 | 1.97 | 1.97 | 1.86 | 1.88 |

17.    The results of the HPLC analysis for enalapril maleate in the samples are provided in Table 3.

**TABLE 3**

| Enalapril Maleate Content After Storage (% of initial) | | | | | | | |
|---|---|---|---|---|---|---|---|
|  | Storage | | Formulation | | | | |
|  | °C | Weeks | V-3.0 | V-3.3 | V-3.5 | X-1 | X-2 |
| Enalapril Maleate | 5 | 0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
|  |  | 4 | 99.7 | 99.8 | 99.8 | 99.6 | 99.7 |
|  |  | 8 | 101.4 | 101.4 | 101.4 | 101.3 | 101.3 |
|  |  | 12 | 99.4 | 99.4 | 99.4 | 99.2 | 99.3 |
|  | 25 | 0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
|  |  | 4 | 99.2 | 99.2 | 99.6 | 99.1 | 99.2 |
|  |  | 8 | 100.2 | 100.3 | 100.3 | 100.1 | 100.2 |
|  |  | 12 | 97.8 | 97.9 | 97.9 | 97.8 | 97.8 |

18.    Table 2 shows that the total impurity content for these formulations remained less than 1% when stored at 5 °C for 12 weeks and less than 2.5% when stored at 25 °C for 12 weeks.

-6-

BION-ESOL-00038485

The enalapril maleate assay results in Table 3 show that all the formulations have greater than 97% of the initial enalapril maleate content after 12 weeks at 5 °C or 25 °C.

19.     In my review of the references cited in the Office Action, none of the references describe this stability of at least 12 months at 5±3 °C or any means of achieving this stability for enalapril formulations.

20.     I have reviewed Nahata, which describes extemporaneous preparations of oral liquid enalapril formulations prepared by crushing enalapril tablets with a mortar and pestle and suspending the resulting ground tablets in water, citrate buffer, or Ora-Plus/Ora-Sweet. On stability, Nahata states that the "compounded oral liquids [were] stable for 91 days at 4 and 25 °C" and it defines stable as "concentration after storage [] ≥90% of the initial concentration." Table 1 of Nahata shows that the enalapril extemporaneous formulations exhibited about 5% loss of enalapril after about 56 days at 4 °C and about 5% loss of enalapril after about 91 days at 25 °C.

21.     I have reviewed Sosnowska, which similarly describes extemporaneous enalapril suspensions.  The suspensions disclosed in Sosnowska were obtained by grinding tablets and suspending the resultant powder in a hydroxyethylcellulose solution or in a mixture that contains raspberry syrup and hydroxyethylcellulose solution. Based on the 30-day stability data shown in Table 1 of Sosnowska, these extemporaneous formulations have comparable stabilities to the formulations of Nahata, which is retaining about 98% of initial enalapril concentration after stored at refrigerated condition for 30 days. As noted in Sosnowska, "in the absence of microbiological data, the shelf-life given to extemporaneous products containing preservatives is usually 30 days." Page 325 of Sosnowska.

22.     I have also reviewed Boukarim, which does not provide the stabilities of liquid enalapril formulations.

23.     To compare the stability of the enalapril oral liquid formulations of the instant application (e.g., formulations V-3.0, V-3.3, V-3.5, X-1 and X-2 in Table 1) with the extemporaneous preparations, such as those described in Nahata, the enalapril content of the Nahata formulations and that of formulations V-3.0, V-3.3, V-3.5, X-1 and X-2 are provided in Table 4.

BION-ESOL-00038486

**Table 4: Enalapril content in formulations after storage**

| Days | Nahata storage at 4 °C | | | Formulations of Instant Application storage at 5 °C | | | | |
|------|-------|---------------------------|--------------------------|-------|-------|-------|------|------|
| | water | Citrate Buffer pH 5.0 | 1:1 Ora-Plus/Ora-Sweet | V-3.0 | V-3.3 | V-3.5 | X-1 | X-2 |
| 0 | 100 | 100 | 100 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| 7 | 98.6 | 98.7 | 99.4 | | | | | |
| 14 | 98.1 | 99.1 | 98.6 | | | | | |
| 28 | 97.6 | 98.7 | 98.4 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| 42 | 97.1 | 98.5 | 97.9 | | | | | |
| 56 | 96.5 | 97.3 | 96.9 | 101.4 | 101.4 | 101.4 | 101.3 | 101.3 |
| 70 | 95.2 | 96.3 | 96.1 | | | | | |
| 84 | | | | 99.4 | 99.4 | 99.4 | 99.2 | 99.3 |
| 91 | 94.8 | 95.9 | 95.8 | | | | | |

24.     To further describe the contrast in stability, the enalapril concentrations published by Nahata, and the concentrations from formulations V-3.0, V-3.3, V-3.5, X-1 and X-2 are plotted graphically in Figure 1 with linear regression of the data for extrapolation.



-8-

25.     Table 4 and Figure 1 show that formulations of the instant application exhibit excellent stability for at least 12 months (52 weeks) at 5 °C with little loss of enalapril content, in contrast to the extemporaneous preparations of Nahata (stability is defined as no more than 5% formation of degradants and 5% loss of enalapril). While Nahata does not disclose stability at about 5 °C for more than 90 days, the extrapolated lines show that at about 100 days, the extemporaneous preparations are unstable with respect to the enalapril content in the preparation. The enalapril content and total impurity data submitted in Tables 2-4 and Figure 1 show that the formulations of the present application are significantly more stable than the extemporaneously prepared formulations.

26.     I declare that all statements made herein are true to the best of my knowledge, or if made upon information and belief, are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.


Respectfully submitted on April 23, 2021,

*Gerold L. Mosher*

Gerold L. Mosher, Ph.D.

BION-ESOL-00038488

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 42538492 |
| **Application Number:** | 17150587 |
| **International Application Number:** | |
| **Confirmation Number:** | 8547 |
| **Title of Invention:** | ENALAPRIL FORMULATIONS |
| **First Named Inventor/Applicant Name:** | Gerold L. Mosher |
| **Customer Number:** | 21971 |
| **Filer:** | Clark Y. Lin/Lisa Fralick |
| **Filer Authorized By:** | Clark Y. Lin |
| **Attorney Docket Number:** | 43060-707.308 |
| **Receipt Date:** | 23-APR-2021 |
| **Filing Date:** | 15-JAN-2021 |
| **Time Stamp:** | 15:43:14 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 43060_707_308_ResponseToNonFinalOA.pdf | 253596<br><br>c4c2d5a363c5420869b83a7df3d488d97a09ff0c | yes | 11 |

BION-ESOL-00038489

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Amendment/Req. Reconsideration-After Non-Final Reject | 1 | 1 |
| Claims | 2 | 4 |
| Applicant Arguments/Remarks Made in an Amendment | 5 | 11 |

**Warnings:**

**Information:**

| 2 | Oath or Declaration filed | 43060_707_308_DeclarationMosher.pdf | 170081<br><br>7eed2811d16793c84748cce8dc431baa9a7cfee1 | no | 9 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | | Total Files Size (in bytes): | 423677 | |
|---|---|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

BION-ESOL-00038490

PTO/SB/26

**Doc Code: DIST.E.FILE**
**Document Description: Electronic Terminal Disclaimer - Filed**

U.S. Patent and Trademark Office
Department of Commerce

| Electronic Petition Request | **TERMINAL DISCLAIMER TO OBVIATE A DOUBLE PATENTING REJECTION OVER A "PRIOR" PATENT** |
|---|---|
| Application Number | 17150587 |
| Filing Date | 15-Jan-2021 |
| First Named Inventor | Gerold Mosher |
| Attorney Docket Number | 43060-707.308 |
| Title of Invention | ENALAPRIL FORMULATIONS |

☒ Filing of terminal disclaimer does not obviate requirement for response under 37 CFR 1.111 to outstanding Office Action

☒ This electronic Terminal Disclaimer is not being used for a Joint Research Agreement.

| Owner | Percent Interest |
|---|---|
| Silvergate Pharmaceuticals, Inc. | 100% |

The owner(s) with percent interest listed above in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term of prior patent number(s)

10786482

10772868

10039745

9669008

10918621

10799476

BION-ESOL-00038491

as the term of said prior patent is presently shortened by any terminal disclaimer. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the prior patent are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of the term of any patent granted on the instant application that would extend to the expiration date of the full statutory term of the prior patent, "as the term of said prior patent is presently shortened by any terminal disclaimer," in the event that said prior patent later:
- expires for failure to pay a maintenance fee;
- is held unenforceable;
- is found invalid by a court of competent jurisdiction;
- is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321;
- has all claims canceled by a reexamination certificate;
- is reissued; or
- is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

( ● ) Terminal disclaimer fee under 37 CFR 1.20(d) is included with Electronic Terminal Disclaimer request.

( ○ ) I certify, in accordance with 37 CFR 1.4(d)(4), that the terminal disclaimer fee under 37 CFR 1.20(d) required for this terminal disclaimer has already been paid in the above-identified application.

Applicant claims the following fee status:

( ○ ) Small Entity

( ○ ) Micro Entity

( ● ) Regular Undiscounted

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

THIS PORTION MUST BE COMPLETED BY THE SIGNATORY OR SIGNATORIES

I certify, in accordance with 37 CFR 1.4(d)(4) that I am:

( ● ) An attorney or agent registered to practice before the Patent and Trademark Office who is of record in this application

    Registration Number   67024

( ○ ) A sole inventor

( ○ ) A joint inventor; I certify that I am authorized to sign this submission on behalf of all of the inventors as evidenced by the power of attorney in the application

( ○ ) A joint inventor; all of whom are signing this request

| Signature | /Clark Lin/ |
|---|---|
| Name | Clark Lin |

BION-ESOL-00038492

*Statement under 37 CFR 3.73(b) is required if terminal disclaimer is signed by the assignee (owner).
Form PTO/SB/96 may be used for making this certification. See MPEP § 324.

BION-ESOL-00038493

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 17150587 |
| **Filing Date:** | 15-Jan-2021 |
| **Title of Invention:** | ENALAPRIL FORMULATIONS |
| **First Named Inventor/Applicant Name:** | Gerold L. Mosher |
| **Filer:** | Clark Y. Lin/Lisa Fralick |
| **Attorney Docket Number:** | 43060-707.308 |

Filed as Large Entity

**Filing Fees for** Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| STATUTORY OR TERMINAL DISCLAIMER | 1814 | 1 | 170 | 170 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |

BION-ESOL-00038494

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **170** |

BION-ESOL-00038495

Doc Code: DISQ.E.FILE
Document Description: Electronic Terminal Disclaimer – Approved

Application No.:   17150587

Filing Date:        15-Jan-2021

Applicant/Patent under Reexamination:      Mosher

Electronic Terminal Disclaimer filed on      April 23, 2021

☒   APPROVED

　　　　**This patent is subject to a terminal disclaimer**

☐   DISAPPROVED

Approved/Disapproved by:  Electronic Terminal Disclaimer automatically approved by EFS-Web

U.S. Patent and Trademark Office

BION-ESOL-00038496

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 42538723 |
| **Application Number:** | 17150587 |
| **International Application Number:** | |
| **Confirmation Number:** | 8547 |
| **Title of Invention:** | ENALAPRIL FORMULATIONS |
| **First Named Inventor/Applicant Name:** | Gerold L. Mosher |
| **Customer Number:** | 21971 |
| **Filer:** | Clark Y. Lin/Lisa Fralick |
| **Filer Authorized By:** | Clark Y. Lin |
| **Attorney Docket Number:** | 43060-707.308 |
| **Receipt Date:** | 23-APR-2021 |
| **Filing Date:** | 15-JAN-2021 |
| **Time Stamp:** | 15:47:38 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $170 |
| RAM confirmation Number | E20214MF47340838 |
| Deposit Account | 232415 |
| Authorized User | Lisa Fralick |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: ||
| 37 CFR 1.16 (National application filing, search, and examination fees) ||
| 37 CFR 1.17 (Patent application and reexamination processing fees) ||

BION-ESOL-00038497

37 CFR 1.19 (Document supply fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Terminal Disclaimer-Filed (Electronic) | eTerminal-Disclaimer.pdf | 35465<br>e8e6fa59c56efc2f47713faf26eed4d8be8f716f | no | 3 |

**Warnings:**

**Information:**

| 2 | Fee Worksheet (SB06) | fee-info.pdf | 30058<br>90bc9cda020debfa1028a85fbxcfa3301e5043ac7 | no | 2 |

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 65523 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

BION-ESOL-00038498

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| | | | | Complete if Known |
|---|---|---|---|---|
| Substitute for form 1449/PTO | | | Application Number | 17/150,587 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | Filing Date | 01-15-2021 |
| | | | First Named Inventor | Gerold L. MOSHER |
| | | | Art Unit | 1629 |
| | | | Examiner Name | RAO, Savitha |
| Sheet | 1 | of | 19 | Attorney Docket Number | 43060-707.308 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2 (if known)] | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 001 | US-4374829 | 02-22-1983 | HARRIS; Elbert E. et al. | |
| | 002 | US-4472380 | 09-18-1984 | HARRIS; Elbert E. et al. | |
| | 003 | US-4510083 | 04-09-1985 | BLACKLOCK; Thomas J. et al. | |
| | 004 | US-4743450 | 05-10-1988 | HARRIS; Michael et al. | |
| | 005 | US-4793998 | 12-27-1988 | MURTHY; Kuchi S. et al. | |
| | 006 | US-4830853 | 05-16-1989 | MURTHY; Kuchi S. et al. | |
| | 007 | US-4931430 | 06-05-1990 | SUDILOVSKY; Abraham et al. | |
| | 008 | US-5049553 | 09-17-1991 | SUDILOVSKY; Abraham | |
| | 009 | US-5698562 | 12-16-1997 | MENDES; Robert W. et al. | |
| | 010 | US-6028222 | 02-22-2000 | DIETLIN; Francois et al. | |
| | 011 | US-6300361 | 10-09-2001 | VIVILECCHIA; Richard V. et al. | |
| | 012 | US-6300362 | 10-09-2001 | VIVILECCHIA; Richard V. et al. | |
| | 013 | US-6413988 | 07-02-2002 | DE; Proost Eddy André Josée | |
| | 014 | US-6509350 | 01-21-2003 | VIVILECCHIA; Richard V. et al. | |
| | 015 | US-6790861 | 09-14-2004 | VIVILECCHIA; Richard V. et al. | |
| | 016 | US-6869963 | 03-22-2005 | PATEL; Ashish Anilbhai et al. | |
| | 017 | US-6977257 | 12-20-2005 | PARAB; Prakash V. et al. | |
| | 018 | US-7101888 | 09-05-2006 | REO; Joseph P. et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

BION-ESOL-00038499

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 17/150,587 |
| | Filing Date | 01-15-2021 |
| | First Named Inventor | Gerold L. MOSHER |
| | Art Unit | 1629 |
| | Examiner Name | RAO, Savitha |
| Sheet    2    of    19 | Attorney Docket Number | 43060-707.308 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2 (if known)] | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 019 | US-7605148 | 10-20-2009 | BATTA; Ramesh Babu et al. | |
| | 020 | US-8153824 | 04-10-2012 | SESHA; Ramesh | |
| | 021 | US-8568747 | 10-29-2013 | RAJEWSKI; Lian G. et al. | |
| | 022 | US-8778366 | 07-15-2014 | RAJEWSKI; Lian G. et al. | |
| | 023 | US-8927028 | 01-06-2015 | GRENIER; Pascal et al. | |
| | 024 | US-9463183 | 10-11-2016 | MOSHER; Gerold L. et al. | |
| | 025 | US-9616096 | 04-11-2017 | MOSHER; Gerold L. et al. | |
| | 026 | US-9669008 | 06-06-2017 | MOSHER; Gerold L. et al. | |
| | 027 | US-9808442 | 11-07-2017 | MOSHER; Gerold L. | |
| | 028 | US-9855214 | 01-02-2018 | RAJEWSKI; Lian G. | |
| | 029 | US-9968553 | 05-15-2018 | RAJEWSKI; Lian G. | |
| | 030 | US-10039745 | 08-07-2018 | MOSHER; Gerold L. | |
| | 031 | US-10154987 | 12-18-2018 | MOSHER; Gerold L. et al. | |
| | 032 | US-20040171669 | 09-02-2004 | CHENEVIER; Philippe | |
| | 033 | US-20040258757 | 12-23-2004 | BOSCH; H. William et al. | |
| | 034 | US-20060094760 | 05-04-2006 | FAWZY; Abdel A. et al. | |
| | 035 | US-20060121066 | 06-08-2006 | JAEGER; David et al. | |
| | 036 | US-20070265344 | 11-15-2007 | STROBEL; Michael et al. | |
| | 037 | US-20080221156 | 09-11-2008 | SPIREAS; Spiridon | |
| | 038 | US-20080234291 | 09-25-2008 | FRANCOIS; Marc Karel Jozef et al. | |
| | 039 | US-20090269287 | 10-29-2009 | BERTA; James Albert | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

BION-ESOL-00038500

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(Use as many sheets as necessary)

| Sheet | | 3 | of | | 19 |
|---|---|---|---|---|---|

| Complete  if Known | |
|---|---|
| Application Number | 17/150,587 |
| Filing Date | 01-15-2021 |
| First Named Inventor | Gerold L. MOSHER |
| Art Unit | 1629 |
| Examiner Name | RAO, Savitha |
| Attorney Docket Number | 43060-707.308 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number<br><br>Number-Kind Code[2 (if known)] | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 040 | US-20100222334 | 09-02-2010 | TALAMONTI; Wayne et al. | |
| | 041 | US-20110003798 | 01-06-2011 | OKRAM; Barun et al. | |
| | 042 | US-20140100260 | 04-10-2014 | RAJEWSKI; Lian G. et al. | |
| | 043 | US-20150148335 | 05-28-2015 | BOVA; Nicholas et al. | |
| | 044 | US-20150258027 | 09-17-2015 | RAJEWSKI; Lian G. et al. | |
| | 045 | US-20150258027 | 09-17-2015 | RAJEWSKI; Lian G. | |
| | 046 | US-20170119840 | 05-04-2017 | MOSHER; Gerold L. et al. | |
| | 047 | US-20170209523 | 07-27-2017 | MOSHER; Gerold L. et al. | |
| | 048 | US-20170266159 | 09-21-2017 | MOSHER; Gerold L. et al. | |
| | 049 | US-20180055821 | 03-01-2018 | MOSHER; Gerold L. et al. | |
| | 050 | US-20190070147 | 03-07-2019 | MOSHER; Gerold L. [Us] et al. | |
| | 051 | US-10918621 | 02-16-2021 | MOSHER; Gerold L. [Us] et al. | |
| | 052 | US-10799476 | 10-13-2020 | MOSHER; Gerold L. [Us] et al. | |
| | 053 | US-10772868 | 09-15-2020 | MOSHER; Gerold L. [Us] et al. | |
| | 054 | US-10786482 | 09-29-2020 | MOSHER; Gerold L. [Us] et al. | |
| | 055 | US-10154987 | 12-18-2018 | MOSHER; Gerold L. [Us] et al. | |
| | 056 | US-10039745 | 06-08-2018 | MOSHER; Gerold L. [Us] et al. | |
| | 057 | US-9808442 | 11-07-2017 | MOSHER; Gerold L. [Us] et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEPP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

BION-ESOL-00038501

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(Use as many sheets as necessary)

| Sheet | 4 | of | 19 |

| Complete if Known | |
|---|---|
| Application Number | 17/150,587 |
| Filing Date | 01-15-2021 |
| First Named Inventor | Gerold L. MOSHER |
| Art Unit | 1629 |
| Examiner Name | RAO, Savitha |
| Attorney Docket Number | 43060-707.308 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 058 | US-9669008 | 06-06-2017 | MOSHER; Gerold L. [Us] et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | 001 | CA-1275350-C | 10-16-1990 | MERCK & CO INC [US], et al. | | ☐ |
| | 002 | EP-2903690-A1 | 08-12-2015 | SILVERGATE PHARMACEUTICALS INC [US], et al. | WO2014055667 | ☐ |
| | 003 | WO-0145667-A2 | 06-28-2001 | LEK TOVARNA FARMACEVTSKIH [SI], et al. | | ☐ |
| | 004 | WO-02089775-A1 | 11-14-2002 | ETHYPHARM SA [FR], et al. | English counterpart:US2004 171669 | ☒ |
| | 005 | WO-1999030690 | 06-24-1999 | AXIA THERAPEUTICS, INC. [US/US] | | ☐ |
| | 006 | WO-2007070843-A2 | 06-21-2007 | ACUSPHERE INC [US], et al. | | ☐ |
| | 007 | WO-2009116078-A2 | 09-24-2009 | M J BIOPHARM PVT LTD [IN] | | ☐ |

| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEPP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

BION-ESOL-00038502

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 17/150,587 |
| | Filing Date | 01-15-2021 |
| | First Named Inventor | Gerold L. MOSHER |
| | Art Unit | 1629 |
| | Examiner Name | RAO, Savitha |
| Sheet \| 5 \| of \| 19 | Attorney Docket Number | 43060-707.308 |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | 008 | WO-2011031462-A2 | 03-17-2011 | LATITUDE PHARMACEUTICALS INC [US], et al. | | ☐ |
| | 009 | WO-2011128783-A2 | 10-20-2011 | CTS CHEMICAL IND LTD [IL], et al. | | ☐ |
| | 010 | WO-2012085249-A2 | 06-28-2012 | KRKA D D NOVO MESTO [SI], et al. | | ☐ |
| | 011 | WO-2014055667-A1 | 04-10-2014 | SILVERGATE PHARMACEUTICALS INC [US], et al. | | ☐ |
| | 012 | WO-2014178065-A1 | 11-06-2014 | THEMIS MEDICARE LTD [IN] | | ☐ |
| | 013 | WO-2017075368-A1 | 05-04-2017 | SILVERGATE PHARMACEUTICALS INC [US] | | ☐ |
| | 014 | WO-2017161339-A1 | 09-21-2017 | SILVERGATE PHARMACEUTICALS INC [US] | | ☐ |
| | 015 | WO-9814196-A1 | 04-09-1998 | MERCK & CO INC [US], et al. | | ☐ |
| | 016 | WO-9930690-A1 | 06-24-1999 | AXIA THERAPEUTICS INC [US], et al. | | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

BION-ESOL-00038503

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 17/150,587 |
| | Filing Date | 01-15-2021 |
| | First Named Inventor | Gerold L. MOSHER |
| | Art Unit | 1629 |
| | Examiner Name | RAO, Savitha |
| Sheet | 6 | of | 19 | Attorney Docket Number | 43060-707.308 |

**NON-PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 001 | AAPS American Association of Pharmaceutical Scientists, Preliminary Program, 2011 AAPS Annual Meeting and Exposition, Washington, D.C., October 23-27, 2011, 112 pages. | ☐ |
| | 002 | AHLIN et al. Investigation of polymeric nanoparticles as carriers of enalaprilat for oral administration. Int'l. J Pharmaceutics 239:113-120 (2002). | ☐ |
| | 003 | ALLEN et al. Stability of alprazolam, chloroquine phosphate, cisapride, enalapril maleate, and hydralazine hydrochloride in extemporaneously compounded oral liquids. Am J. Health-Syst Pharm 55:1915-1920 (1998). | ☐ |
| | 004 | ALLEN. Lisinopril 1 mg/mL oral liquid US Pharm. 38(2):36-37 (2013). | ☐ |
| | 005 | AL-OMARI et al. Effect of the drug-matrix on the stability of enalapril maleate in tablet formulations. Journal of Pharmaceutical and Biomedical Analysis 25:893-902 (2001). | ☐ |
| | 006 | AL-OMARI, M.M. et al., Effect of the drug-matrix on the stability of enalapril maleate in tablet formulations, J. of Pharmaceutical and Biomedical Analysis 25 (2001) 893-902. . | ☐ |
| | 007 | BHARDWAJ et al. Study of forced degradation behavior of enalapril maleate by LC and LC-MS and development of a validated stability-indicating assay method. Journal of Pharmaceutical and Biomedical Analysis 46:113-120 (2008). | ☐ |
| | 008 | BLOWEY. Update on the pharmacologic treatment of hypertension in pediatrics. Journal of Clinical Hypertension 14(6), 383-387 (2012). | ☐ |
| | 009 | BOUKARIM et al. Preservatives in liquid pharmaceutical preparations. The Journal of Applied Research 9(1 & 2):14-17 (2009). | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

BION-ESOL-00038504

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 17/150,587 |
| | Filing Date | 01-15-2021 |
| | First Named Inventor | Gerold L. MOSHER |
| | Art Unit | 1629 |
| | Examiner Name | RAO, Savitha |
| Sheet | 7 | of | 19 | Attorney Docket Number | 43060-707.308 |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 010 | BOURGAULT et al., Reference-based pricing of prescription drugs: exploring the equivalence of angiotensin-converting-enzyme inhibitors. CMAJ 161:255-60 (1999). | ☐ |
| | 011 | BRILLA et al., Lisinopril-Mediated regression of myocardial fibrosis in patients with hypertensive heart disease. Circulation 102:1388-1393 (2000). | ☐ |
| | 012 | CABOT CORPORATION, "Influence of CAB-O-SIL® M-5P on the Angle of Repose and Flow Rates of Pharmaceutical Powders," 10 pages (2004). | ☐ |
| | 013 | CALABRO et al. Hemodynamic effects of a single oral dose of enalapril among children with asymptomatic chronic mitral regurgitation. American Heart Journal 138(5, Pt. 1):955-961 (1999). | ☐ |
| | 014 | CASAS, M., et al., " Physicochemical Stability of Captopril and Enalapril Extemporaneous Formulations for Pediatric Patients, " Pharmaceutical Development and Technology, 20(3):271-278 (May 2015). | ☐ |
| | 015 | Definition of Hypertension (1 page) retrieved from: http://medical-dictionary.thefreedictionary.com/hypertension (2008). | ☐ |
| | 016 | DELUCCHI et al., "Enalapril and prednisone in children with nephrotic-range proteinuria," Pediatric nephrology (Berlin, Germany) (2000), 14(12), 1088-91, Database: MEDLINE. | ☐ |
| | 017 | Drug Information on Enalapril (3 pages), 2001. retrieved from: http://www.accessdata.fda.gov/drugsatfda_docs/nda/2001/18-998s058_Vasotec.cfm. | ☐ |
| | 018 | DRUGS.COM. Enalapril Tablets Soluble. Website [online]. [available online 09 May 2010] [retrieved on 16 January 2014], 11 pages. Retrieved from the Internet< URL: https://web.archive.org/web/20100509220009/http://www.drugs.com/pro/enalapril-tablets-soluble.html>. Enalapril Tablets Soluble- Clinical Pharmacology; Indications and Usage for Enalapril Tablets Soluble; Enalapril Tablets Soluble Dosage and Administration. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

BION-ESOL-00038505

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | Application Number | 17/150,587 |
| | | | Filing Date | 01-15-2021 |
| | | | First Named Inventor | Gerold L. MOSHER |
| | | | Art Unit | 1629 |
| | | | Examiner Name | RAO, Savitha |
| Sheet | 8 | of | 19 | Attorney Docket Number | 43060-707.308 |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 019 | European Patent Application No. 13844343.7 Communication dated March 15, 2018. | ☐ |
| | 020 | European Patent Application No. 13844343.7 Extended European Search Report dated February 19, 2016. | ☐ |
| | 021 | European Search Report for EP17767676.4 dated October 8, 2019 (43060-701.611 EP). | ☐ |
| | 022 | Extended European Search Report dated February 19, 2016, for EP Application No. 13844343.7 (43060-701.611). | ☐ |
| | 023 | Extended European Search Report issued February 19, 2016, for EP Application No. 13844343.7 (430i60-701.611EP). | ☐ |
| | 024 | Final Office Action dated 11/19/2019 for US Serial No. 16/242,898 (43060-707.305). | ☐ |
| | 025 | GARRETT. Prediction of stability of drugs and pharmaceutical preparations. Journal of Pharmaceutical Sciences 51(9):811-833 (1962). | ☐ |
| | 026 | GLASS et al. Stability considerations in liquid dosage forms extemporaneously prepared from commercially available products. J Pharm Sci 9(3):398-426 (2006). | ☐ |
| | 027 | Gulf Cooperation Council. The GCC Guidelines for Stability Testing of Drug Substances and Pharmaceutical Products. Publication [online]. Edition Two, 1428 H-2007 G [available online July 2011] [retrieved on 3 February 2014]. Retrieved from the Internet:< URL: https://web.archive.org/web/20110726040053/http://www.ich.org/fileadmin/Public_ Web_Site/ ABOUT_ICH/Organisation/GCC/T opics under_Harmonisation/Stability.pdf>. page 22, 2.9 .3; page 25, 2.9.7. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

BION-ESOL-00038506

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | | Application Number | 17/150,587 |
| | | | | Filing Date | 01-15-2021 |
| | | | | First Named Inventor | Gerold L. MOSHER |
| | | | | Art Unit | 1629 |
| | | | | Examiner Name | RAO, Savitha |
| Sheet | 9 | of | 19 | Attorney Docket Number | 43060-707.308 |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 028 | Handbook of Pharmaceutical Excipients, Fifth edition, edited by Raymond C. Rowe et al., London: Pharmaceutical Press, 2006, (monographs for citric acid monohydrate, sodium benzoate, sodium citrate, sodium hydroxide, and xylitol), 23 pages. | ☐ |
| | 029 | HARRIS, Daniel C. Exploring Chemical Analysis, 4th edition. New York:W.H. Freeman and Company, 2009 (Chapters 8,9,21 and 22), 105 pages. | ☐ |
| | 030 | HENSEL et al. Transesterification reactions off parabens (Alkyl 4-Hydroxybenzoates) with polyols in aqueous solution. J Pharm Sci 84(1):115-119 (1995). | ☐ |
| | 031 | HSU et al. Enalapril in Infants With Single Ventricle: Results of a Multicenter Randomized Trial. Circulation 122(4):333-340 (2010). | ☐ |
| | 032 | HSU et al. Rationale and design of a trial of angiotensin-converting enzyme inhibition in infants with single ventricle. American Heart Journal 157(1):37-45 (2009). | ☐ |
| | 033 | International Search Report and Written Opinion dated June 16, 2017 for PCT/US17/023074 (WO2017161339). | ☐ |
| | 034 | KALAITZIDIS et al. Prehypertension: is it relevant for nephrologists? Kidney International 77:194-200 (2010). | ☐ |
| | 035 | LI et al. Lessons learned from a pediatric clinical trial: The Pediatric Heart Network Angiotensin-Converting Enzyme Inhibition in Mitral Regurgitation Study. American Heart Journal 161(2):233-240 (2011). | ☐ |
| | 036 | LIERN et al., "The additive antiproteinuric effect of Enalapril and Losartan to normotensive patients with pathology proteinuria," Nefrologia : publicacion oficial de la Sociedad Espanola Nefrologia (2004), 24(6), 553-8, Database: MEDLINE (with English abstract). | ☒ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

BION-ESOL-00038507

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | | Application Number | 17/150,587 |
| | | | | Filing Date | 01-15-2021 |
| | | | | First Named Inventor | Gerold L. MOSHER |
| | | | | Art Unit | 1629 |
| | | | | Examiner Name | RAO, Savitha |
| Sheet | 10 | of | 19 | Attorney Docket Number | 43060-707.308 |

## NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 037 | LIMA et al., "Stability and in vitro release profile of enalapril maleate from different commercially available tablets: Possible therapeutic implications," Journ. Pharmac. and Biomed. Analysis, 47, pp 934-937 (2008). | ☐ |
| | 038 | LIPSHULTZ, "Exposure to anthracyclines during childhood causes cardiac injury," Seminars in Oncology (2006), 33(3, Suppl. 8), S8-S14., Database: CAPLUS, DOI:10.1053/j.seminoncol.2006.04.019. | ☐ |
| | 039 | MA et al., HPLC and LC-MS studies of the transesterification reaction of Methylparaben with twelve 3- to 6-carbon sugar alcohols and propylene glycol and the isomerization of the reaction products by acyl migration. Journal of Chromatograaphic Science, 40(3):170-177, 2002. | ☐ |
| | 040 | MC NAHATA et al., Stability of enalapril maleate in three extemporaneously prepared oral liquids, American Journal of Health System Pharmacy, American Socieyt of Healthy Systems Pharmacy, US, Vol. 55, No. 11, 1 June 1998, Pages 1155-1157. . | ☐ |
| | 041 | MEYERS et al. Pharmacotherapy Review of Chronic Pediatric Hypertension. Clinical Therapeutics (2011), 33(10), 1331-1356. Database: CAPLUS, DOI:10.1016/j.clinthera.2011.09.003. | ☐ |
| | 042 | MILLER et al., "Enalapril: a well-tolerated and efficacious agent for the paediatric hypertensive patient," Journal of hypertension. Supplement : official journal of the International Society of Hypertension (1986), 4(5), S413-6, Database: MEDLINE. | ☐ |
| | 043 | MILLER et al., "Enalapril: a well-tolerated and efficacious agent for the pediatric hypertensive patient," Journal of cardiovascular pharmacology (1987), 10 Suppl 7S154-6, Database: MEDLINE. | ☐ |
| | 044 | MIR et al., "Effect of carvedilol on QT duration in pediatric patients with congestive heart failure," Clinical Drug Investigation (2004), 24(1), 9-15. Database: CAPLUS, DOI:10.2165/00044011-200424010-00002. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

BION-ESOL-00038508

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | Complete if Known | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | Application Number | 17/150,587 |
| | | Filing Date | 01-15-2021 |
| | | First Named Inventor | Gerold L. MOSHER |
| | | Art Unit | 1629 |
| | | Examiner Name | RAO, Savitha |
| Sheet | 11 | of | 19 | Attorney Docket Number | 43060-707.308 |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 045 | MOMMA, "ACE inhibitors in pediatric patients with heart failure," Paediatric drugs (2006), 8(1), 55-69, Database: MEDLINE. | ☐ |
| | 046 | NAHATA et al.Stability of enalapril maleate in three extemporaneously prepared oral liquids. Am. J. Health-Syst Pharm 55:1155-1157 (1998). | ☐ |
| | 047 | NAKAMURA et al., "The kinetic profiles of enalapril and enalaprilat and their possible developmental changes in pediatric patients with congestive heart failure," Clinical pharmacology and therapeutics (1994), 56(2), 160-8, Database: MEDLINE. | ☐ |
| | 048 | National institutes of Health. 'MedlinePius: Hypertension'. Website [online]. [available online 20 May 2012] [retrieved on 16 January 2014], 5 pages. Retrieved from the Internet:< URL:https://web.archive.org/web/20120520035026/http://www.nlm.nih.gov/medlineplus/ency/art icle/000468.htm>. | ☐ |
| | 049 | Nationwide Children's Hospital. 'Enalapril Oral Suspension' Publication [online]. 29 March 2010 [retrieved on 14 Jnauary 2014], 1 page. Retrieved from the Internet:< URL:http://www.nationwidechildrens.org/Document/Get/78785>. | ☐ |
| | 050 | Nationwide Children's Hospital Pharmacy, Columbus, Ohio, Enalapril Oral Suspension Dosage Form, 29 March, 2010, XP055291016. | ☐ |
| | 051 | NIAZI, Sarfaraz K. Handbook of Pharmaceutical Manufacturing Formulations: Liquid Products, Volume 3, Second edition. New York: Informa Healthcare USA, Inc., 2009, 400 pages. | ☐ |
| | 052 | Nicolosi et al., The prognostic value of predischarge quantitative two-dimensional echocardiographic measurements and the effects of early lisinopril treatment on left ventricular structure and function after acute myocardial infarction in the GISSI-3 trial. European Heart Journal, 17:1646-1656, 1996. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.** If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

BION-ESOL-00038509

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 17/150,587 |
| | Filing Date | 01-15-2021 |
| | First Named Inventor | Gerold L. MOSHER |
| | Art Unit | 1629 |
| | Examiner Name | RAO, Savitha |
| Sheet | 12 | of | 19 | Attorney Docket Number | 43060-707.308 |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 053 | Non-Final Office Action mailed January 7, 2020, for US Serial No.: 16/177,159 (43060-707.304). | ☐ |
| | 054 | Novartis AG (Appellants) v. Torrent Pharmaceuticals Limited, Apotex Inc., Mylan Pharmaceuticals Inc., (Appellees), No. 2016-1352, Slip Opinion decided April 12, 2017, 27 pages. | ☐ |
| | 055 | NUNN et al. Formulation of medicines for children. British Journal of Clinical Pharmacology, 59:6, pp 674-676 (2005). | ☐ |
| | 056 | Packer et al., Comparative effects of low and high doses of the angiotensin-converting enzyme inhibitor, lisinopril, on morbidity and mortality in chronic heart failure. Circulation, 100:2312-1218, 1999. | ☐ |
| | 057 | PARISH: How do salt and sugar prevent microbial spoilage?; Scientific American (2006). | ☐ |
| | 058 | PATEL et al., "Extemporaneous Dosage Form for Oral Liquids," Pharmacophore, Vol. 2, No. 2, pp. 86-103 (2011). | ☐ |
| | 059 | PCT Patent Application No. PCT/US2013/063096 Written Opinion dated February 20, 2014. | ☐ |
| | 060 | PCT Patent Application No. PCT/US2016/059348 International Search Report and Written Opinion dated January 3, 2017. | ☐ |
| | 061 | PCT Patent Application No. PCT/US2017/023074 International Search Report and Written Opinion dated June 16, 2017. | ☐ |
| | 062 | PCT/US2013/63096 International Search Report and Written Opinion dated February 20, 2014. | ☐ |
| | 063 | Product Information of Bicitra, "Sodium Citrate and Citric Acid Oral Solution USP." 2 pages. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 17/150,587 |
| | Filing Date | 01-15-2021 |
| | First Named Inventor | Gerold L. MOSHER |
| | Art Unit | 1629 |
| | Examiner Name | RAO, Savitha |
| Sheet    13    of    19 | Attorney Docket Number | 43060-707.308 |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 064 | Product Information of Ora-Sweet(1 page, 2013) retrieved from, http://www.stobec.com/documents/data/8196.pdf. | ☐ |
| | 065 | PROESMANS et al., "Enalapril in children with Alport syndrome," Pediatric nephrology (Berlin, Germany) (2004), 19(3), 271-5, Database: MEDLINE. | ☐ |
| | 066 | PROESMANS et al., 'Long-term therapy with enalapril in patients with nephrotic-range proteinuriam," Pediatric nephrology (Berlin, Germany) (1996), 10(5), 587-9, Database: MEDLINE. | ☐ |
| | 067 | PROSMANS et al., "Enalapril in pediatric patients with Alport syndrome: 2 years' experience," European Journal of Pediatrics (2000), 159(6), 430-433. Database: CAPLUS, DOI:10.1007/s004310051301. | ☐ |
| | 068 | Raia, et al., Angiotensin-converting enzyme inhibitors: A Comparative review. DPIC, The Annuals of Pharmacotherapy, 24:506-525, 1990. | ☐ |
| | 069 | RAMUSOVIC ET AL., "Determination of enalapril and enalaprilat in small human serum quantities for pediatric trials by HPLC-tandem mass spectrometry," Biomedical Chromatography (2012), 26(6), 697-702. Database: CAPLUS, DOI:10.1002/bmc.1716. | ☐ |
| | 070 | REZENDE et al., "Stability and Compatibility Study on Enalapril Maleate Using Thermoanalytical Techniques," Journ Thermal Analysis and Calorimetry, 93:3, pp 881-886 (2008). | ☐ |
| | 071 | RIPPLEY et al., "Pharmacokinetic Assessment of an Oral Enalapril Suspension for Use in Children," Biopharmaceutics and Drug Disposition 21:339-344 (2000). | ☐ |
| | 072 | ROSE et al., Stability of Lisinopril syrup (2 mg/mL) extemporaneously compounded from tablets. Int J Pharm Compd. 4(5):398-399 (2000). | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

BION-ESOL-00038511

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 17/150,587 |
| | Filing Date | 01-15-2021 |
| | First Named Inventor | Gerold L. MOSHER |
| | Art Unit | 1629 |
| | Examiner Name | RAO, Savitha |
| Sheet   14   of   19 | Attorney Docket Number | 43060-707.308 |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 073 | RUSSELL, Craig Allen, Paediatric Drug Development: - Reformulation, In Vitro, Genomic and In Vivo Evaluation. Thesis, April 2014, 330 pages. | ☐ |
| | 074 | Schlatter et al., Stability of Enalapril solutions prepared from tablets in sterile water. Australian J. Hospital Pharmacy, 27:395, 1997. | ☐ |
| | 075 | SEIKALY. Hypertension in children: an update on treatment strategies. Current Opinion in Pediatrics, 19:170-177, 2007. | ☐ |
| | 076 | SILBER et al., "Design and baseline characteristics for the ACE inhibitor after anthracycline (AAA) study of cardiac dysfunction in long-term pediatric cancer survivors," American Heart Journal (2001), 142(4), 577-585. Database: CAPLUS, DOI:10.1067/mhj.2001.118115. | ☐ |
| | 077 | SILBER et al., "Enalapril to prevent cardiac function decline in long-term survivors of pediatric cancer exposed to anthracyclines," Journal of Clinical Oncology (2004), 22(5), 820-828. Database: CAPLUS, DOI:10.1200/JCO.2004.06.022. | ☐ |
| | 078 | **SIMONČIČ et al., "Use of microcalorimetry in determination of stability of enalapril maleate and enalapril maleate table formulations," Int'l. Journ. Pharmaceutics, 342, pp. 145-151 (2007).** | ☐ |
| | 079 | SIPAHI et al. Effect of Antihypertensive Therapy on Incident Stroke in Cohorts with Prehypertensive Blood Pressure Levels: A Meta-Analysis of Randomized Controlled Trials, Stroke: Journal of the America! Heart Association (online], 8 December 2011 (retrieved 16 January 2014]. 10 pages. Retrieved from the Internet:< URL:http://www.medpagetoday.com/upload/2011/12/9/Stroke-2011-Sipahi-STROKEAHA.111.636829.pdf>. | ☐ |
| | 080 | SIPAHI et al., "Effects of normal, pre-hypertensive, and hypertensive blood pressure levels on progression of coronary atherosclerosis, J. Am. Coll. Cardiol. 48, 833-838, 2006. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.** *If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

BION-ESOL-00038512

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(Use as many sheets as necessary)

| Sheet | 15 | of | 19 |
|---|---|---|---|

| Complete if Known | |
|---|---|
| Application Number | 17/150,587 |
| Filing Date | 01-15-2021 |
| First Named Inventor | Gerold L. MOSHER |
| Art Unit | 1629 |
| Examiner Name | RAO, Savitha |
| Attorney Docket Number | 43060-707.308 |

## NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 081 | Sosnowska et al., "Stability of Extemporaneous Enalapril Maleate Suspensions for Pediatric Use Prepared from Commercially Available Tablets," Acta Poloniae Pharmaceutica, vol. 66, No. 3, pp. 321-326 (2009). | ☐ |
| | 082 | SOSNOWSKA et al., "Stability of Extemporaneous Enalapril Maleate Suspensions for Pediatric Use Prepared from Commercially Available Tablets," Acta Poloniae Pharmaceutica, Vol. 66, No. 3, pp. 321-326 (2009). | ☐ |
| | 083 | STANDING et al. Paediatric formulations-Getting to the heart of the problem. International Journal of Pharmaceutics (2005), 300(1-2), 56-66. Database: CAPLUS,. | ☐ |
| | 084 | STANISZ, "Evaluation of stability of enalapril maleate in solid phase," Journ. Pharma. and Biomed. Analysis, 31, pp 375-380 (2003). | ☐ |
| | 085 | TEVA UK, Limited. Enalapril Maleate 2.5 mg, 5 mg, 10 mg and 20 mg Tablets. Product Brochure [online]. March 2011 [retrieved on 14 January 2014], 8 pages. Retrieved from the Internet:< URL:http://www.drugs.com/uk/pdf/leaflet/213793.pdf>. column 2, lines 70-76. | ☐ |
| | 086 | THOMPSON et al., Characterization of an entemporaneous liquid formulation of lisinopril. Am J Health Syst Pharm. 60(1):69-74 (2003). | ☐ |
| | 087 | Tian et al., Effect of organic anion-transporting polypeptide 1B1 (OATP1B1) polymorphism on the single- and multiple-dose pharmacokinetics of enalapril in healthy Chinese adult men Clinical Therapeutics, 33(5): 655 (2011). | ☐ |
| | 088 | U.S. Patent Application No. 13/670,355 Office Action dated February 8, 2013. | ☐ |
| | 089 | U.S. Patent Application No. 13/670,355 Office Action dated July 30, 2013. | ☐ |
| | 090 | U.S. Patent Application No. 13/914,452 Office Action dated August 28, 2013. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(Use as many sheets as necessary)

| Sheet | 16 | of | 19 |

| Complete if Known | |
|---|---|
| Application Number | 17/150,587 |
| Filing Date | 01-15-2021 |
| First Named Inventor | Gerold L. MOSHER |
| Art Unit | 1629 |
| Examiner Name | RAO, Savitha |
| Attorney Docket Number | 43060-707.308 |

## NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 091 | U.S. Patent Application No. 14/433,502 Office Action dated December 29, 2016. | ☐ |
| | 092 | U.S. Patent Application No. 14/433,502 Restriction Requirement dated April 12, 2016. | ☐ |
| | 093 | U.S. Patent Application No. 14/934,752 First Action Interview dated January 25, 2016. | ☐ |
| | 094 | U.S. Patent Application No. 14/934,752 Office Action dated April 26, 2016. | ☐ |
| | 095 | U.S. Patent Application No. 15/081,603 First Action Interview dated September 2, 2016. | ☐ |
| | 096 | U.S. Patent Application No. 15/081,603 First Action Interview Office Action Summary dated January 17, 2017. | ☐ |
| | 097 | U.S. Patent Application No. 15/268,095 Office Action dated October 13, 2016. | ☐ |
| | 098 | U.S. Patent Application No. 15/433,743 Office Action dated June 5, 2017. | ☐ |
| | 099 | U.S. Patent Application No. 15/483,691 Office Action dated June 8, 2017. | ☐ |
| | 100 | U.S. Patent Application No. 15/613,622 Office Action dated August 11, 2017. | ☐ |
| | 101 | U.S. Patent Application No. 15/850,732 Office Action dated March 1, 2018. | ☐ |
| | 102 | U.S. Patent Application No. 16/003,994 Office Action dated September 20, 2018. | ☐ |
| | 103 | U.S. Patent Application No. 16/177,159 Advisory Action dated September 16, 2019. | ☐ |
| | 104 | U.S. Patent Application No. 16/177,159 Final Office Action dated June 24, 2019. | ☐ |

| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | | Application Number | 17/150,587 |
| | | | | Filing Date | 01-15-2021 |
| | | | | First Named Inventor | Gerold L. MOSHER |
| | | | | Art Unit | 1629 |
| | | | | Examiner Name | RAO, Savitha |
| Sheet | 17 | of | 19 | Attorney Docket Number | 43060-707.308 |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 105 | U.S. Patent Application No. 16/242,898 Office Action dated May 2, 2019. | ☐ |
| | 106 | U.S. Patent Application No. 15/802,341 Office Action dated April 19, 2018. | ☐ |
| | 107 | VAN HECKEN et al. Absence of a pharmacokinetic interaction between enalapril and frusemide" British Journal of Clinical Pharmacology, 1987, Vol. 23:84-87. | ☐ |
| | 108 | VASOTEC (Enalapril Maleate) Product Insert (2010) 5 pages (Best copy available). | ☐ |
| | 109 | WANG et al., "Eudragit E Accelerated the Diketopiperazine Formation of Enalapril Maleate Determined by Thermal FTIR Microspectroscopic Technique," Pharmaceutical Research, Vol. 21, No. 11, November 2004. | ☐ |
| | 110 | WEBSTER et al., The Stability of Lisinopril as an extemporaneous syrup. Int J Pharm Compd. 1(5):352-353 (1997). | ☐ |
| | 111 | WELLS et al., "A double-blind, placebo-controlled, dose-response study of the effectiveness and safety of enalapril for children with hypertension," Journal of Clinical Pharmacology (2002), 42(8), 870-880. Database: CAPLUS, DOI:10.1177/009127002401102786. | ☐ |
| | 112 | WELLS et al., "The Pharmacokinetics of Enalapril in Children and Infants with Hypertension," J. Clin Pharmacol 41:1064-1074 (2001). | ☐ |
| | 113 | WILLIAMS et al, "Factors affecting growth in infants with single ventricle physiology: a report from the Pediatric Heart Network Infant Single Ventricle Trial," The Journal of Pediatrics (2011), 159(6), 1017-22.e2, Database: MEDLINE. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

BION-ESOL-00038515

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 17150587 |
| **Filing Date:** | 15-Jan-2021 |
| **Title of Invention:** | ENALAPRIL FORMULATIONS |
| **First Named Inventor/Applicant Name:** | Gerold L. Mosher |
| **Filer:** | Ying NMN Chen/Pamela Pari |
| **Attorney Docket Number:** | 43060-707.308 |

Filed as Large Entity

**Filing Fees for   Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

BION-ESOL-00038516

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| SUBMISSION- INFORMATION DISCLOSURE STMT | 1806 | 1 | 260 | 260 |
| **Total in USD ($)** | | | | **260** |

BION-ESOL-00038517

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 42541327 |
| **Application Number:** | 17150587 |
| **International Application Number:** | |
| **Confirmation Number:** | 8547 |
| **Title of Invention:** | ENALAPRIL FORMULATIONS |
| **First Named Inventor/Applicant Name:** | Gerold L. Mosher |
| **Customer Number:** | 21971 |
| **Filer:** | Ying NMN Chen/Pamela Pari |
| **Filer Authorized By:** | Ying NMN Chen |
| **Attorney Docket Number:** | 43060-707.308 |
| **Receipt Date:** | 23-APR-2021 |
| **Filing Date:** | 15-JAN-2021 |
| **Time Stamp:** | 17:27:22 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $260 |
| RAM confirmation Number | E20214MH27332905 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

BION-ESOL-00038518

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 43060_707_308_IDS.pdf | 537600<br><br>3c002dde19ea933066643781a6848df85ff7cc00 | yes | 21 |

| | Multipart Description/PDF files in .zip description | | | |
|---|---|---|---|---|
| | **Document Description** | **Start** | **End** | |
| | Transmittal Letter | 1 | 4 | |
| | Information Disclosure Statement (IDS) Form (SB08) | 5 | 21 | |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Fee Worksheet (SB06) | fee-info.pdf | 30301<br><br>defed7484b7170cc6f150020eabeae5e453bce8f | no | 2 |

**Warnings:**

**Information:**

| | Total Files Size (in bytes): | 567901 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

BION-ESOL-00038519

Attorney Docket No. 43060-707.308
PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | | |
|---|---|---|---|---|
| Inventor: | Gerold L. MOSHER | | Group Art Unit: | 1629 |
| Serial Number: | 17/150,587 | | Examiner: | RAO, Savitha |
| Filing or 371 (c) Date: | 2021-01-15 | | **CONFIRMATION NO:** | **8547** |
| Title: | ENALAPRIL FORMULATIONS | | | |

**FILED ELECTRONICALLY ON: April 23, 2021**

Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

## INFORMATION DISCLOSURE STATEMENT
## UNDER 37 CFR § 1.97

Commissioner for Patents:

An Information Disclosure Statement along with attached PTO/SB/08 is hereby submitted. A copy of each listed publication is submitted, if required, pursuant to 37 CFR §§1.97-1.98, as indicated below.

The Examiner is requested to review the information provided and to make the information of record in the above-identified application. The Examiner is further requested to initial and return the attached PTO/SB/08 in accordance with MPEP § 609.

The right to establish the patentability of the claimed invention over any of the information provided herewith, and/or to prove that this information may not be prior art, and/or to prove that this information may not be enabling for the teachings purportedly offered, is hereby reserved.

This statement is not intended to represent that a search has been made or that the information cited in the statement is, or is considered to be, prior art or material to patentability as defined in § 1.56.

Attorney Docket No. 43060-707.308

BION-ESOL-00038520

A. ☐ *37 CFR § 1.97 (b).* This Information Disclosure Statement should be considered by the Office because:

    ☐  (1)  It is being filed within 3 months of the filing date of a national application and is other than a continued prosecution application under § 1.53 (d);

            -- OR --

    ☐  (2)  It is being filed within 3 months of entry of the national stage as set forth in § 1.491 in an international application;

            -- OR --

    ☐  (3)  It is being filed before the mailing of a first Office action on the merits;

            -- OR --

    ☐  (4)  It is being filed before the mailing of a first Office action after the filing of a request for continued examination under § 1.114.

B. ☒ *37 CFR § 1.97(c).* Although this Information Disclosure Statement is being filed after the period specified in *37 CFR § 1.97(b),* above, it is filed before the mailing date of the earlier of (1) a final office action under § 1.113, (2) a notice of allowance under § 1.311, or (3) an action that otherwise closes prosecution in the application, this Information Disclosure Statement should be considered because it is accompanied by one of:

    ☐  a statement as specified in §1.97 (e) provided concurrently herewith;

            -- OR --

    ☒  a fee of $260.00 as set forth in § 1.17 (p) authorized below, enclosed, or included with the payment of other papers filed together with this statement.

C. ☐ *37 CFR § 1.97 (d).* Although this Information Disclosure Statement is being filed after the mailing date of the earlier of (1) a final office action under § 1.113, (2) a notice of allowance under § 1.311, or (3) an action that otherwise closes prosecution in the application, it is being filed before payment of the issue fee and should be considered because it is accompanied by:

    i.  a statement as specified in § 1.97 (e);

            -- AND --

    ii.  a fee of $260.00 as set forth in §1.17(p) is authorized below, enclosed, or included with the payment of other papers filed together with this Statement.

D. ☐ *37 CFR §1.97 (e).* Statement.

    ☐  A statement is provided herewith to satisfy the requirement under 37 CFR §§ 1.97 (c);

            -- AND/OR --

    ☐  A statement is provided herewith to satisfy the requirement under 37 CFR §§ 1.97 (d);

            -- AND/OR --

    ☐  A copy of a dated communication from a foreign patent office clearly showing that the information disclosure statement is being submitted within 3 months of the filing date on the communication is provided in lieu of a statement under 37 C.F.R. § 1.97(e) (1) as provided for under MPEP 609.04(b) V.

2

Attorney Docket No. 43060-707.308

BION-ESOL-00038521

E.   ☐ *Statement Under 37 C.F.R. §1.704(d)*. Each item of information contained in the information disclosure statement was first cited in any communication from a patent office in a counterpart foreign or international application or from the Office or is a communication that was issued by a patent office in a counterpart foreign or international application or by the Office that was received by an individual designated in § 1.56(c) not more than <u>thirty (30) days</u> prior to the filing of this information disclosure statement. This statement is made pursuant to the requirements of 37 C.F.R. §1.704(d) to avoid reduction of the period of adjustment of the patent term for Applicant(s) delay.

F.   ☐ *37 CFR §1.98 (a) (2)*. The content of the Information Disclosure Statement is as follows:

   ☐   Copies of each of the references listed on the attached Form PTO/SB/08 are enclosed herewith.

   -- OR --

   ☐   Copies of U.S. Patent Documents (issued patents and patent publications) listed on the attached Form PTO/SB/08 are not enclosed.

   -- AND/OR --

   ☐   Copies of Foreign Patent Documents and/or Non Patent Literature Documents listed on the attached Form PTO/SB/08 are enclosed in accordance with 37 CFR §1.98 (a)(2).

   -- AND/OR --

   ☐   Copies of pending unpublished U.S. patent applications are enclosed in accordance with 37 CFR §1.98 (a) (2) (iii).

G.   ☐ *37 CFR §1.98(a)(3)*. The Information Disclosure Statement includes non-English patents and/or references.

   ☐   Pursuant to 37 CFR §1.98(a)(3)(i), a concise explanation of the relevance of each patent, publication or other information provided that is not in English is provided herewith.

      ☐   Pursuant to MPEP 609(B), an English language copy of a foreign search report is submitted herewith to satisfy the requirement for a concise explanation where non-English language information is cited in the search report.

      -- OR --

      ☐   A concise explanation of the relevance of each patent, publication or other information provided that is not in English is as follows: _____

   ☐   Pursuant to 37 CFR §1.98(a) (3) (ii), a copy of a translation, or a portion thereof, of the non-English language reference(s) is provided herewith.

H.   ☒ *37 CFR §1.98(d)*. Copies of patents, publications and pending U.S. patent applications, or other information specified in 37 C.F.R. § 1.98(a) are not provided herewith because:

   ☒   Pursuant to 37 CFR §1.98(d)(1) the information was previously submitted in an Information Disclosure Statement, or cited by examiner for another application under which this application claims priority for an earlier effective filing date under 35 U.S.C. 120.

   Application in which the information was submitted:   <u>16/991,575</u>

   Information Disclosure Statement(s) filed on:   <u>November 30, 2020</u>

                    AND

   ☒   The information disclosure statement submitted in the earlier application complied with paragraphs (a) through (c) of 37 CFR §1.98.

3

Attorney Docket No. 43060-707.308

I.  ☒ *Fee Authorization.*  The Commissioner is hereby authorized to charge the above-referenced fees of $0.00 and charge any additional fees or credit any overpayment associated with this communication to Deposit Account No. 23-2415 (Docket No. 43060-707.308).

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI

Dated: April 23, 2021

By: /Chen, Ying/

Ying Chen, Reg. No., 72,136

650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300
Customer No. 21971

4

Attorney Docket No. 43060-707.308

BION-ESOL-00038523

Attorney Docket No. 43060-707.308
PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | | |
|---|---|---|---|---|
| Inventor: | Gerold L. MOSHER | | Group Art Unit: | 1629 |
| Serial Number: | 17/150,587 | | Examiner: | RAO, Savitha |
| Filing or 371 (c) Date: | 2021-01-15 | | **CONFIRMATION NO:** | **8547** |
| Title: | ENALAPRIL FORMULATIONS | | | |

**FILED ELECTRONICALLY ON: April 23, 2021**

Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

## INFORMATION DISCLOSURE STATEMENT
## UNDER 37 CFR § 1.97

Commissioner for Patents:

An Information Disclosure Statement along with attached PTO/SB/08 is hereby submitted.  A copy of each listed publication is submitted, if required, pursuant to 37 CFR §§1.97-1.98, as indicated below.

The Examiner is requested to review the information provided and to make the information of record in the above-identified application.  The Examiner is further requested to initial and return the attached PTO/SB/08 in accordance with MPEP § 609.

The right to establish the patentability of the claimed invention over any of the information provided herewith, and/or to prove that this information may not be prior art, and/or to prove that this information may not be enabling for the teachings purportedly offered, is hereby reserved.

This statement is not intended to represent that a search has been made or that the information cited in the statement is, or is considered to be, prior art or material to patentability as defined in § 1.56.

1

BION-ESOL-00038524

A. ☐ *37 CFR § 1.97 (b)*. This Information Disclosure Statement should be considered by the Office because:

    ☐  (1)  It is being filed within 3 months of the filing date of a national application and is other than a continued prosecution application under § 1.53 (d);

            -- OR --

    ☐  (2)  It is being filed within 3 months of entry of the national stage as set forth in § 1.491 in an international application;

            -- OR --

    ☐  (3)  It is being filed before the mailing of a first Office action on the merits;

            -- OR --

    ☐  (4)  It is being filed before the mailing of a first Office action after the filing of a request for continued examination under § 1.114.

B. ☒ *37 CFR § 1.97(c)*.  Although this Information Disclosure Statement is being filed after the period specified in *37 CFR § 1.97(b)*, above, it is filed before the mailing date of the earlier of (1) a final office action under § 1.113, (2) a notice of allowance under § 1.311, or (3) an action that otherwise closes prosecution in the application, this Information Disclosure Statement should be considered because it is accompanied by one of:

    ☐  a statement as specified in §1.97 (e) provided concurrently herewith;

            -- OR --

    ☒  a fee of $260.00 as set forth in § 1.17 (p) authorized below, enclosed, or included with the payment of other papers filed together with this statement.

C. ☐ *37 CFR § 1.97 (d)*.  Although this Information Disclosure Statement is being filed after the mailing date of the earlier of (1) a final office action under § 1.113, (2) a notice of allowance under § 1.311, or (3) an action that otherwise closes prosecution in the application, it is being filed before payment of the issue fee and should be considered because it is accompanied by:

    i.  a statement as specified in § 1.97 (e);

            -- AND --

    ii.  a fee of $260.00 as set forth in §1.17(p) is authorized below, enclosed, or included with the payment of other papers filed together with this Statement.

D. ☐ *37 CFR §1.97 (e)*. Statement.

    ☐  A statement is provided herewith to satisfy the requirement under 37 CFR §§ 1.97 (c);

            -- AND/OR --

    ☐  A statement is provided herewith to satisfy the requirement under 37 CFR §§ 1.97 (d);

            -- AND/OR --

    ☐  A copy of a dated communication from a foreign patent office clearly showing that the information disclosure statement is being submitted within 3 months of the filing date on the communication is provided in lieu of a statement under 37 C.F.R. § 1.97(e) (1) as provided for under MPEP 609.04(b) V.

2

Attorney Docket No. 43060-707.308

BION-ESOL-00038525

E.  ☐ *Statement Under 37 C.F.R. §1.704(d)*. Each item of information contained in the information disclosure statement was first cited in any communication from a patent office in a counterpart foreign or international application or from the Office or is a communication that was issued by a patent office in a counterpart foreign or international application or by the Office that was received by an individual designated in § 1.56(c) not more than <u>thirty (30) days</u> prior to the filing of this information disclosure statement. This statement is made pursuant to the requirements of 37 C.F.R. §1.704(d) to avoid reduction of the period of adjustment of the patent term for Applicant(s) delay.

F.  ☐ *37 CFR §1.98 (a) (2)*. The content of the Information Disclosure Statement is as follows:

    ☐ Copies of each of the references listed on the attached Form PTO/SB/08 are enclosed herewith.

    -- OR --

    ☐ Copies of U.S. Patent Documents (issued patents and patent publications) listed on the attached Form PTO/SB/08 are not enclosed.

    -- AND/OR --

    ☐ Copies of Foreign Patent Documents and/or Non Patent Literature Documents listed on the attached Form PTO/SB/08 are enclosed in accordance with 37 CFR §1.98 (a)(2).

    -- AND/OR --

    ☐ Copies of pending unpublished U.S. patent applications are enclosed in accordance with 37 CFR §1.98 (a) (2) (iii).

G.  ☐ *37 CFR §1.98(a)(3)*. The Information Disclosure Statement includes non-English patents and/or references.

    ☐ Pursuant to 37 CFR §1.98(a)(3)(i), a concise explanation of the relevance of each patent, publication or other information provided that is not in English is provided herewith.

        ☐ Pursuant to MPEP 609(B), an English language copy of a foreign search report is submitted herewith to satisfy the requirement for a concise explanation where non-English language information is cited in the search report.

        -- OR --

        ☐ A concise explanation of the relevance of each patent, publication or other information provided that is not in English is as follows: _____

    ☐ Pursuant to 37 CFR §1.98(a) (3) (ii), a copy of a translation, or a portion thereof, of the non-English language reference(s) is provided herewith.

H.  ☒ *37 CFR §1.98(d)*. Copies of patents, publications and pending U.S. patent applications, or other information specified in 37 C.F.R. § 1.98(a) are not provided herewith because:

    ☒ Pursuant to 37 CFR §1.98(d)(1) the information was previously submitted in an Information Disclosure Statement, or cited by examiner for another application under which this application claims priority for an earlier effective filing date under 35 U.S.C. 120.

    Application in which the information was submitted:   <u>16/991,575</u>

    Information Disclosure Statement(s) filed on:   <u>November 30, 2020</u>

        AND

    ☒ The information disclosure statement submitted in the earlier application complied with paragraphs (a) through (c) of 37 CFR §1.98.

3

Attorney Docket No. 43060-707.308

I.  ☒ *Fee Authorization.*  The Commissioner is hereby authorized to charge the above-referenced fees of <u>$0.00</u> and charge any additional fees or credit any overpayment associated with this communication to Deposit Account No. <u>23-2415 (Docket No. 43060-707.308)</u>.

<div align="center">

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI

</div>

Dated: <u>April 23, 2021</u>

By: <u> /Chen, Ying/</u>

       Ying Chen, Reg. No., 72,136

650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300
Customer No. 21971

<div align="center">4</div>

Attorney Docket No. 43060-707.308

BION-ESOL-00038527

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **PATENT APPLICATION FEE DETERMINATION RECORD** Substitute for Form PTO-875 | Application or Docket Number 17/150,587 | Filing Date 01/15/2021 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☑ LARGE  ☐ SMALL  ☐ MICRO

## APPLICATION AS FILED - PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | RATE ($) | FEE ($) |
|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = * | | x $100 = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = * | | x $480 = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED - PART II

| AMENDMENT | 04/23/2021 | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * 20 | Minus | ** 20 | = 0 | x $100 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 1 | Minus | *** 3 | = 0 | x $480 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | 0 |

| AMENDMENT | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x $0 = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x $0 = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | |

| | |
|---|---|
| * If the entry in column 1 is less than the entry in column 2, write "0" in column 3. | LIE |
| ** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20". | /CAROLYN E THOMAS/ |
| *** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3". | |
| The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1. | |

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

BION-ESOL-00038528

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>17/150,587 | Filing Date<br>01/15/2021 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☑ LARGE  ☐ SMALL  ☐ MICRO

### APPLICATION AS FILED - PART I

| FOR | (Column 1)<br>NUMBER FILED | (Column 2)<br>NUMBER EXTRA | RATE ($) | FEE ($) |
|---|---|---|---|---|
| ☐ BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | minus 20 = | * | x $100 = | |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | minus 3 = | * | x $480 = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

### APPLICATION AS AMENDED - PART II

| | | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| **AMENDMENT** | 04/23/2021 | | | | | | |
| | Total<br>(37 CFR 1.16(i)) | * 20 | Minus | ** 20 | = 0 | x $100 = | 0 |
| | Independent<br>(37 CFR 1.16(h)) | * 1 | Minus | *** 3 | = 0 | x $480 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | 0 |

| | | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| **AMENDMENT** | Total<br>(37 CFR 1.16(i)) | * | Minus | ** | = | x $0 = | |
| | Independent<br>(37 CFR 1.16(h)) | * | Minus | *** | = | x $0 = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | |

| * If the entry in column 1 is less than the entry in column 2, write "0" in column 3. | LIE |
|---|---|
| ** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20". | /CAROLYN E THOMAS/ |
| *** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3". | |
| The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1. | |

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

BION-ESOL-00038529



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 17/150,587 | 01/15/2021 | Gerold L. Mosher | 43060-707.308 |

**CONFIRMATION NO. 8547**

21971
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

**PUBLICATION NOTICE**

*OC000000125564279*

**Title:** ENALAPRIL FORMULATIONS

**Publication No.** US-2021-0137882-A1
**Publication Date:** 05/13/2021

# NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Public Records Division. The Public Records Division can be reached by telephone at (571) 272-3150 or (800) 972-6382, by facsimile at (571) 273-3250, by mail addressed to the United States Patent and Trademark Office, Public Records Division, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently https://portal.uspto.gov/pair/PublicPair. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

Office of Data Managment, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

BION-ESOL-00038530



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

21971        7590        05/18/2021
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
| --- |
| RAO, SAVITHA M |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 1629 | |

DATE MAILED: 05/18/2021

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 17/150,587 | 01/15/2021 | Gerold L. Mosher | 43060-707.308 | 8547 |

TITLE OF INVENTION: ENALAPRIL FORMULATIONS

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| nonprovisional | UNDISCOUNTED | $1200 | $0.00 | $0.00 | $1200 | 08/18/2021 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. <u>PROSECUTION ON THE MERITS IS CLOSED.</u> THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u> SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

PTOL-85 (Rev. 02/11)

BION-ESOL-00038531

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

| By mail, send to: | Mail Stop ISSUE FEE | By fax, send to: | (571)-273-2885 |
| | Commissioner for Patents | | |
| | P.O. Box 1450 | | |
| | Alexandria, Virginia 22313-1450 | | |

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

21971        7590        05/18/2021
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

| | |
| --- | --- |
| | (Typed or printed name) |
| | (Signature) |
| | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 17/150,587 | 01/15/2021 | Gerold L. Mosher | 43060-707.308 | 8547 |

TITLE OF INVENTION: ENALAPRIL FORMULATIONS

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| nonprovisional | UNDISCOUNTED | $1200 | $0.00 | $0.00 | $1200 | 08/18/2021 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
| --- | --- | --- |
| RAO, SAVITHA M | 1629 | 514-423000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-09 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☐ Corporation or other private group entity ☐ Government

4a. Fees submitted: ☐ Issue Fee    ☐ Publication Fee (if required)    ☐ Advance Order - # of Copies _____

4b. Method of Payment: *(Please first reapply any previously paid issue fee shown above)*

☐ Electronic Payment via EFS-Web    ☐ Enclosed check    ☐ Non-electronic payment by credit card (Attach form PTO-2038)

☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. _____

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

PTOL-85 Part B (08-18) Approved for use through 01/31/2020    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

BION-ESOL-00038532



Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Pᴀᴛᴇɴᴛ ᴀɴᴅ Tʀᴀᴅᴇᴍᴀʀᴋ Oꜰꜰɪᴄᴇ

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/150,587 | 01/15/2021 | Gerold L. Mosher | 43060-707.308 | 8547 |

21971          7590          05/18/2021

WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| RAO, SAVITHA M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1629 | |

DATE MAILED: 05/18/2021

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

BION-ESOL-00038533

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| *Notice of Allowability* | Application No. 17/150,587 | Applicant(s) Mosher et al. | |
|---|---|---|---|
| | Examiner SAVITHA M RAO | Art Unit 1629 | AIA (FITF) Status Yes |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to <u>04/23/2021</u>.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are <u>1-20</u>. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov**.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☐All   b) ☐ Some   *c) ☐ None of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____.
   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   * Certified copies not received: _____.

   Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.
   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☑ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date <u>04/23/2021</u>.
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____.
4. ☑ Interview Summary (PTO-413), Paper No./Mail Date. _____.
5. ☐ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____.

| /SAVITHA M RAO/ Primary Examiner, Art Unit 1629 | |
|---|---|

BION-ESOL-00038535

Application/Control Number: 17/150,587                                              Page 2
Art Unit: 1629

### *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### DETAILED ACTION

Claims 1-20  are pending in the instant application.

In the interest of compact prosecution, Examiner contacted the applicants requesting that they file an electronic terminal disclaimer to overcome the pending obviousness double patenting rejection over parent applications and also to refile the declaration by Gerold Mosher under 37 C.F.R 1.132 which details the stability data. Applicants agreed for both, see the attached interview summary with Mr. Clark Lin.

### *Information Disclosure Statement*

The information disclosure statement (IDS) dated 04/23/2021  complies with the provisions of 37 CFR 1.97, 1.98 and MPEP § 609.  Accordingly, it has been placed in the application file and the information therein has been considered as to the merits.

### *Priority*

his application is a continuation of U.S. Patent Application No. 16/991,575, filed August 12, 2020  (Granted as US patent 10,918,621) which is a continuation of US .Patent Application No 16/883553 filed 05/26/2020 (granted as US patent 10,799,476) which is a continuation of U.S. Patent Application No. 16/242,898, filed January 8, 2019 (granted as US patent 10,786,482) , which is a continuation of 16/177,159, filed October

BION-ESOL-00038536

Application/Control Number: 17/150,587                                    Page 3
Art Unit: 1629

31, 2018 (granted as US patent 10,772,868, which is a continuation of U.S. Patent

Application No. 16/003,994, filed June 8, 2018 (now U.S. Patent No. 10,154,987, issued

December 18, 2018), which is a continuation of U.S. Patent Application No. 15/802,341,

filed November 2, 2017 (now U.S. Patent No. 10,039,745, issued August 7, 2018),

which is a continuation of U.S. Patent Application No. 15/613,622, filed June 5, 2017

(now U.S. Patent No. 9,808,442, issued November 7, 2017), which is a continuation of

U.S. Patent Application No. 15/081,603, filed March 25, 2016 (now U.S. Patent No.

9,669,008, issued June 06, 2017), which claims the benefit of U.S. Provisional Patent

Application No. 62/310,198, filed March 18, 2016

### *Terminal disclaimer*

The terminal disclaimer filed on 04/23/2021 disclaiming the terminal portion of

any patent granted on this application which would extend beyond the expiration date of

**US patents 9669008. 9808442, 10039745,  10154987, 10772868, 10786482 ,**

**10799476 and 10918621 have**  been reviewed and is accepted.  The terminal

disclaimer has been recorded.

### *Rule 37 CFR 1.132 Declaration*

Applicant's submission of three sets of  declarations of Gerold Mosher under 37

CFR 1.132 filed 04/23/2021 is acknowledged. The declarations is found to be

persuasive in overcoming any art of record, as it clarifies the novelty of the instantly

claimed composition.

### REASONS FOR ALLOWANCE

BION-ESOL-00038537

In view of the declarations, terminal disclaimers and the following statement of reasons for allowance, claims 1-20 are found to be allowable.

Following a diligent search it was determined that the prior art neither teaches nor suggests a A stable oral liquid formulation, consisting essentially of: (i) about 0.6 to about 1.2 mg/ml enalapril or a pharmaceutically acceptable salt or solvate thereof, (ii) a sweetener; (iii) a preservative, wherein the preservative comprises sodium benzoate, a paraben or a mixture of parabens; (iv) water; and (v) optionally a flavoring agent; wherein the formulation is stable at about 5 + 3 C for at least 12 months; and wherein the stable oral liquid formulation has about 95% w/w or greater of the initial enalapril amount and about 5% w/w or less total impurity or related substances at the end of the given storage period. It is also noted that claimed formulation has been found to be novel and unobvious and has been allowed and issued in the Parent patents

## Conclusion

Claims 1-20 are allowed.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Any inquiry concerning this communication or earlier communications from the examiner should be directed to SAVITHA RAO whose telephone number is (571)270-5315. The examiner can normally be reached on Mon-Fri 7.00 am to 4.00 pm.

Application/Control Number: 17/150,587                                        Page 5
Art Unit: 1629

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Jeffrey Lundgren can be reached on (571) 272-5541.  The fax phone

number for the organization where this application or proceeding is assigned is 571-

273-8300.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/SAVITHA M RAO/
Primary Examiner, Art Unit 1629

| *Applicant-Initiated Interview Summary* | Application No. 17/150,587 | | Applicant(s) Mosher et al. | |
|---|---|---|---|---|
| | Examiner SAVITHA M RAO | | Art Unit 1629 | AIA (FITF) Status Yes |

All participants (applicant, applicants representative, PTO personnel):

(1) <u>SAVITHA M. RAO</u>.　　　　　　　(3) _____ .

(2) <u>Clark Lin</u>.　　　　　　　　　　(4) _____ .

　　Date of Interview: <u>27 April 2021</u>.

　　Type:　☑ Telephonic　☐ Video Conference
　　　　　☐ Personal [copy given to:　☐ applicant　☐ applicant's representative]

Exhibit shown or demonstration conducted:　☐ Yes　☑ No.
　　If Yes, brief description: _____ .

Issues Discussed　☐101　☐112　☐102　☐103　☑Others
(For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: <u>1</u>.

Identification of prior art discussed: <u>none</u>.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

<u>In the interest of compact prosecution, Examiner contacted the applicants requesting that they file an electronic terminal disclaimer to overcome the pending obviousness double patenting rejection over parent applications and also to refile the declaration by Gerald Mosher under 37 C.F.R 1.132 which details the stability data. Applicants agreed for both,.</u>

**Applicant recordation instructions:** The formal written reply to the last Office action must include the substance of the interview. (See MPEP section 713.04). If a reply to the last Office action has already been filed, applicant is given a non-extendable period of the longer of one month or thirty days from this interview date, or the mailing date of this interview summary form, whichever is later, to file a statement of the substance of the interview.

**Examiner recordation instructions:** Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☐ Attachment

| /SAVITHA M RAO/ Primary Examiner, Art Unit 1629 | |
|---|---|

U.S. Patent and Trademark Office
PTOL-413 (Rev. 8/11/2010)　　　　　　　Interview Summary　　　　　　　Paper No. 20210511

BION-ESOL-00038540

## Summary of Record of Interview Requirements

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

### Title 37 Code of Federal Regulations (CFR) 1.133 Interviews
Paragraph (b)

In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant. An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

### 37 CFR §1.2 Business to be transacted in writing.
All business with the Patent or Trademark Office should be transacted in writing. The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary. The action of the Patent and Trademark Office will be based exclusively on the written record in the Office. No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

————

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so. It is the examiners responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks. Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below. Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper. In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview. In the case of a telephone or video-conference interview, the copy is mailed to the applicants correspondence address either with or prior to the next official communication. If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
- Application Number (Series Code and Serial Number)
- Name of applicant
- Name of examiner
- Date of interview
- Type of interview (telephonic, video-conference, or personal)
- Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
- An indication whether or not an exhibit was shown or a demonstration conducted
- An identification of the specific prior art discussed
- An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable). Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
- The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of the interview of each case. It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,-
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
   (The identification of arguments need not be lengthy or elaborate. A verbatim or highly detailed description of the arguments is not required. The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file. Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.
Examiners are expected to carefully review the applicants record of the substance of an interview. If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

### Examiner to Check for Accuracy

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiners version of the statement attributed to him or her. If the record is complete and accurate, the examiner should place the indication, Interview Record OK on the paper recording the substance of the interview along with the date and the examiners initials.

BION-ESOL-00038541

| **Issue Classification** | **Application/Control No.**<br>17/150,587 | **Applicant(s)/Patent Under Reexamination**<br>Mosher et al. |
|---|---|---|
| | **Examiner**<br>SAVITHA M RAO | **Art Unit**<br>1629 |

**CPC**

| Symbol | | | | Type | Version |
|---|---|---|---|---|---|
| A61K | / | 31 | / | 401 | F | 2013-01-01 |
| A61K | / | 9 | / | 0053 | I | 2013-01-01 |
| A61K | / | 9 | / | 0095 | I | 2013-01-01 |
| A61K | / | 47 | / | 12 | I | 2013-01-01 |
| A61K | / | 47 | / | 26 | I | 2013-01-01 |

**CPC Combination Sets**

| Symbol | | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|---|
| | / | | / | | | | | |

| NONE | | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | **20** | |
| /SAVITHA M RAO/<br>Primary Examiner, Art Unit 1629 | 11 May 2021 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 1 |

U.S. Patent and Trademark Office

Part of Paper No.: 20210511

BION-ESOL-00038542

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/150,587 | Mosher et al. |
| | Examiner | Art Unit |
| | SAVITHA M RAO | 1629 |

| INTERNATIONAL CLASSIFICATION | | | | | |
|---|---|---|---|---|---|
| **CLAIMED** | | | | | |
| A61K31/401 | / | 31 | / | 401 | |
| A61K9/00 | / | 9 | / | 00 | |
| A61K47/26 | / | 47 | / | 26 | |
| A61K47/12 | / | 47 | / | 12 | |

| NON-CLAIMED | | | | |
|---|---|---|---|---|
| | / | | / | |

| US ORIGINAL CLASSIFICATION | |
|---|---|
| CLASS | SUBCLASS |
| | |

| CROSS REFERENCES(S) | | | | | |
|---|---|---|---|---|---|
| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | |
| | | | | | |

| NONE | | Total Claims Allowed: | |
|---|---|---|---|
| (Assistant Examiner)                           (Date) | | 20 | |
| /SAVITHA M RAO/                          11 May 2021 | | O.G. Print Claim(s) | O.G. Print Figure |
| Primary Examiner, Art Unit 1629 | | | |
| (Primary Examiner)                             (Date) | | 1 | 1 |

U.S. Patent and Trademark Office

Part of Paper No.: 20210511

BION-ESOL-00038543

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/150,587 | Mosher et al. |
| | Examiner | Art Unit |
| | SAVITHA M RAO | 1629 |

☑ Claims renumbered in the same order as presented by applicant     ☐ CPA     ☑ T.D.     ☐ R.1.47

**CLAIMS**

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| NONE | | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 20 | |
| /SAVITHA M RAO/ Primary Examiner, Art Unit 1629 | 11 May 2021 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 1 |

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/150,587 | Mosher et al. |
| | Examiner | Art Unit |
| | SAVITHA M RAO | 1629 |

| CPC – Searched* | | |
|---|---|---|
| Symbol | Date | Examiner |
| A61K31/401 OR A61K47/12 OR A61K47/26 OR A61K9/0053 OR A61K9/0095 | 05/11/2021 | SR |

| CPC Combination Sets – Searched* | | |
|---|---|---|
| Symbol | Date | Examiner |
| | | |

| US Classification – Searched* | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| | | | |

\* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| Search Notes | | |
|---|---|---|
| Search Notes | Date | Examiner |
| EAST searach | 05/11/2021 | SR |
| Inventor search in EAST and PALM | 05/11/2021 | SR |
| Google scholar search for NPL | 05/11/2021 | SR |

| Interference Search | | | |
|---|---|---|---|
| US Class/CPC Symbol | US Subclass/CPC Group | Date | Examiner |
| A61K | 31/401, 47/12, 47/26, 9/0053, 9/0095 | 05/11/2021 | SR |

| /SAVITHA M RAO/<br>Primary Examiner, Art Unit 1629 | |
|---|---|
| | |

BION-ESOL-00038545

## Bibliographic Data

Application No:     17/150,587

Foreign Priority claimed:     ○ Yes   ◉ No

35 USC 119 (a-d) conditions met:   ☐ Yes   ☑ No        ☐ Met After Allowance

Verified and Acknowledged:     /SAVITHA M RAO/

| Examiner's Signature | Initials |

Title:     ENALAPRIL FORMULATIONS

| FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 01/15/2021 **RULE** | 514 | 1629 | 43060-707.308 |

**APPLICANTS**

Silvergate Pharmaceuticals, Inc., Greenwood Village, CO,

**INVENTORS**

Gerold L. Mosher, Kansas City, MO, UNITED STATES

David W. Miles, Kansas City, MO, UNITED STATES

**CONTINUING DATA**

This application is a CON of 16991575 08/12/2020 PAT 10918621

16991575 is a CON of 16883553 05/26/2020 PAT 10799476

16883553 is a CON of 16242898 01/08/2019 PAT 10772868

16242898 is a CON of 16177159 10/31/2018 PAT 10786482

16177159 is a CON of 16003994 06/08/2018 PAT 10154987

16003994 is a CON of 15802341 11/02/2017 PAT 10039745

15802341 is a CON of 15613622 06/05/2017 PAT 9808442

15613622 is a CON of 15081603 03/25/2016 PAT 9669008

15081603 has PRO of 62310198 03/18/2016

**FOREIGN APPLICATIONS**

**IF REQUIRED, FOREIGN LICENSE GRANTED\*\***

01/27/2021

**STATE OR COUNTRY**

UNITED STATES

**ADDRESS**

WILSON SONSINI GOODRICH & ROSATI

650 PAGE MILL ROAD

PALO ALTO, CA 94304-1050

BION-ESOL-00038546

UNITED STATES

**FILING FEE RECEIVED**

$6,020

BION-ESOL-00038547

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 17/150,587 |
| | Filing Date | 01-15-2021 |
| | First Named Inventor | Gerold L. MOSHER |
| | Art Unit | 1629 |
| | Examiner Name | RAO, Savitha |
| Sheet    1    of    19 | Attorney Docket Number | 43060-707.308 |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 001 | US-4374829 | 02-22-1983 | HARRIS; Elbert E. et al. | |
| | 002 | US-4472380 | 09-18-1984 | HARRIS; Elbert E. et al. | |
| | 003 | US-4510083 | 04-09-1985 | BLACKLOCK; Thomas J. et al. | |
| | 004 | US-4743450 | 05-10-1988 | HARRIS; Michael et al. | |
| | 005 | US-4793998 | 12-27-1988 | MURTHY; Kuchi S. et al. | |
| | 006 | US-4830853 | 05-16-1989 | MURTHY; Kuchi S. et al. | |
| | 007 | US-4931430 | 06-05-1990 | SUDILOVSKY; Abraham et al. | |
| | 008 | US-5049553 | 09-17-1991 | SUDILOVSKY; Abraham | |
| | 009 | US-5698562 | 12-16-1997 | MENDES; Robert W. et al. | |
| | 010 | US-6028222 | 02-22-2000 | DIETLIN; Francois et al. | |
| | 011 | US-6300361 | 10-09-2001 | VIVILECCHIA; Richard V. et al. | |
| | 012 | US-6300362 | 10-09-2001 | VIVILECCHIA; Richard V. et al. | |
| | 013 | US-6413988 | 07-02-2002 | DE; Proost Eddy André Josée | |
| | 014 | US-6509350 | 01-21-2003 | VIVILECCHIA; Richard V. et al. | |
| | 015 | US-6790861 | 09-14-2004 | VIVILECCHIA; Richard V. et al. | |
| | 016 | US-6869963 | 03-22-2005 | PATEL; Ashish Anilbhai et al. | |
| | 017 | US-6977257 | 12-20-2005 | PARAB; Prakash V. et al. | |
| | 018 | US-7101888 | 09-05-2006 | REO; Joseph P. et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /S.M.R/

BION-ESOL-00038548

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
| --- | --- | --- |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 17/150,587 |
| | Filing Date | 01-15-2021 |
| | First Named Inventor | Gerold L. MOSHER |
| | Art Unit | 1629 |
| | Examiner Name | RAO, Savitha |
| Sheet    2    of    19 | Attorney Docket Number | 43060-707.308 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
| --- | --- | --- | --- | --- | --- |
| | 019 | US-7605148 | 10-20-2009 | BATTA; Ramesh Babu et al. | |
| | 020 | US-8153824 | 04-10-2012 | SESHA; Ramesh | |
| | 021 | US-8568747 | 10-29-2013 | RAJEWSKI; Lian G. et al. | |
| | 022 | US-8778366 | 07-15-2014 | RAJEWSKI; Lian G. et al. | |
| | 023 | US-8927028 | 01-06-2015 | GRENIER; Pascal et al. | |
| | 024 | US-9463183 | 10-11-2016 | MOSHER; Gerold L. et al. | |
| | 025 | US-9616096 | 04-11-2017 | MOSHER; Gerold L. et al. | |
| | 026 | US-9669008 | 06-06-2017 | MOSHER; Gerold L. et al. | |
| | 027 | US-9808442 | 11-07-2017 | MOSHER; Gerold L. | |
| | 028 | US-9855214 | 01-02-2018 | RAJEWSKI; Lian G. | |
| | 029 | US-9968553 | 05-15-2018 | RAJEWSKI; Lian G. | |
| | 030 | US-10039745 | 08-07-2018 | MOSHER; Gerold L. | |
| | 031 | US-10154987 | 12-18-2018 | MOSHER; Gerold L. et al. | |
| | 032 | US-20040171669 | 09-02-2004 | CHENEVIER; Philippe | |
| | 033 | US-20040258757 | 12-23-2004 | BOSCH; H. William et al. | |
| | 034 | US-20060094760 | 05-04-2006 | FAWZY; Abdel A. et al. | |
| | 035 | US-20060121066 | 06-08-2006 | JAEGER; David et al. | |
| | 036 | US-20070265344 | 11-15-2007 | STROBEL; Michael et al. | |
| | 037 | US-20080221156 | 09-11-2008 | SPIREAS; Spiridon | |
| | 038 | US-20080234291 | 09-25-2008 | FRANCOIS; Marc Karel Jozef et al. | |
| | 039 | US-20090269287 | 10-29-2009 | BERTA; James Albert | |

| Examiner Signature | | Date Considered | |
| --- | --- | --- | --- |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /S.M.R/

BJON-ESOL-00038549

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(Use as many sheets as necessary)

| Complete if Known | |
|---|---|
| Application Number | 17/150,587 |
| Filing Date | 01-15-2021 |
| First Named Inventor | Gerold L. MOSHER |
| Art Unit | 1629 |
| Examiner Name | RAO, Savitha |
| Attorney Docket Number | 43060-707.308 |

| Sheet | | 3 | of | | 19 |
|---|---|---|---|---|---|

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 040 | US-20100222334 | 09-02-2010 | TALAMONTI; Wayne et al. | |
| | 041 | US-20110003798 | 01-06-2011 | OKRAM; Barun et al. | |
| | 042 | US-20140100260 | 04-10-2014 | RAJEWSKI; Lian G. et al. | |
| | 043 | US-20150148335 | 05-28-2015 | BOVA; Nicholas et al. | |
| | 044 | US-20150258027 | 09-17-2015 | RAJEWSKI; Lian G. et al. | |
| | 045 | US-20150258027 | 09-17-2015 | RAJEWSKI; Lian G. | |
| | 046 | US-20170119840 | 05-04-2017 | MOSHER; Gerold L. et al. | |
| | 047 | US-20170209523 | 07-27-2017 | MOSHER; Gerold L. et al. | |
| | 048 | US-20170266159 | 09-21-2017 | MOSHER; Gerold L. et al. | |
| | 049 | US-20180055821 | 03-01-2018 | MOSHER; Gerold L. et al. | |
| | 050 | US-20190070147 | 03-07-2019 | MOSHER; Gerold L. [Us] et al. | |
| | 051 | US-10918621 | 02-16-2021 | MOSHER; Gerold L. [Us] et al. | |
| | 052 | US-10799476 | 10-13-2020 | MOSHER; Gerold L. [Us] et al. | |
| | 053 | US-10772868 | 09-15-2020 | MOSHER; Gerold L. [Us] et al. | |
| | 054 | US-10786482 | 09-29-2020 | MOSHER; Gerold L. [Us] et al. | |
| | 055 | US-10154987 | 12-18-2018 | MOSHER; Gerold L. [Us] et al. | |
| | 056 | US-10039745 | 06-08-2018 | MOSHER; Gerold L. [Us] et al. | |
| | 057 | US-9808442 | 11-07-2017 | MOSHER; Gerold L. [Us] et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /S.M.R/

BION-ESOL-00038550

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
(Use as many sheets as necessary)

| Sheet | | 4 | of | | 19 |

**Complete if Known**

| Application Number | 17/150,587 |
|---|---|
| Filing Date | 01-15-2021 |
| First Named Inventor | Gerold L. MOSHER |
| Art Unit | 1629 |
| Examiner Name | RAO, Savitha |
| Attorney Docket Number | 43060-707.308 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 058 | US-9669008 | 06-06-2017 | MOSHER; Gerold L. [Us] et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | 001 | CA-1275350-C | 10-16-1990 | MERCK & CO INC [US], et al. | | ☐ |
| | 002 | EP-2903690-A1 | 08-12-2015 | SILVERGATE PHARMACEUTICALS INC [US], et al. | WO2014055667 | ☐ |
| | 003 | WO-0145667-A2 | 06-28-2001 | LEK TOVARNA FARMACEVTSKIH [SI], et al. | | ☐ |
| | 004 | WO-02089775-A1 | 11-14-2002 | ETHYPHARM SA [FR], et al. | English counterpart:US2004 171669 | ☒ |
| | 005 | WO-1999030690 | 06-24-1999 | AXIA THERAPEUTICS, INC. [US/US] | | ☐ |
| | 006 | WO-2007070843-A2 | 06-21-2007 | ACUSPHERE INC [US], et al. | | ☐ |
| | 007 | WO-2009116078-A2 | 09-24-2009 | M J BIOPHARM PVT LTD [IN] | | ☐ |

| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.  [1] Applicant's unique citation designation number (optional).  [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04.  [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3).  [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [6] Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /S.M.R/

BION-ESOL-00038551

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Complete if Known | |
|---|---|---|
| | Application Number | 17/150,587 |
| | Filing Date | 01-15-2021 |
| | First Named Inventor | Gerold L. MOSHER |
| | Art Unit | 1629 |
| | Examiner Name | RAO, Savitha |
| Sheet  5  of  19 | Attorney Docket Number | 43060-707.308 |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br><br>Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | 008 | WO-2011031462-A2 | 03-17-2011 | LATITUDE PHARMACEUTICALS INC [US], et al. | | ☐ |
| | 009 | WO-2011128783-A2 | 10-20-2011 | CTS CHEMICAL IND LTD [IL], et al. | | ☐ |
| | 010 | WO-2012085249-A2 | 06-28-2012 | KRKA D D NOVO MESTO [SI], et al. | | ☐ |
| | 011 | WO-2014055667-A1 | 04-10-2014 | SILVERGATE PHARMACEUTICALS INC [US], et al. | | ☐ |
| | 012 | WO-2014178065-A1 | 11-06-2014 | THEMIS MEDICARE LTD [IN] | | ☐ |
| | 013 | WO-2017075368-A1 | 05-04-2017 | SILVERGATE PHARMACEUTICALS INC [US] | | ☐ |
| | 014 | WO-2017161339-A1 | 09-21-2017 | SILVERGATE PHARMACEUTICALS INC [US] | | ☐ |
| | 015 | WO-9814196-A1 | 04-09-1998 | MERCK & CO INC [US], et al. | | ☐ |
| | 016 | WO-9930690-A1 | 06-24-1999 | AXIA THERAPEUTICS INC [US], et al. | | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /S.M.R/

BION-ESOL-00038552

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | Complete if Known | |
|---|---|---|---|
| | | Application Number | 17/150,587 |
| | | Filing Date | 01-15-2021 |
| | | First Named Inventor | Gerold L. MOSHER |
| | | Art Unit | 1629 |
| | | Examiner Name | RAO, Savitha |
| Sheet | 6 | of | 19 | Attorney Docket Number | 43060-707.308 |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 001 | AAPS American Association of Pharmaceutical Scientists, Preliminary Program, 2011 AAPS Annual Meeting and Exposition, Washington, D.C., October 23-27, 2011, 112 pages. | ☐ |
| | 002 | AHLIN et al. Investigation of polymeric nanoparticles as carriers of enalaprilat for oral administration. Int'l. J Pharmaceutics 239:113-120 (2002). | ☐ |
| | 003 | ALLEN et al. Stability of alprazolam, chloroquine phosphate, cisapride, enalapril maleate, and hydralazine hydrochloride in extemporaneously compounded oral liquids. Am J. Health-Syst Pharm 55:1915-1920 (1998). | ☐ |
| | 004 | ALLEN. Lisinopril 1 mg/mL oral liquid US Pharm. 38(2):36-37 (2013). | ☐ |
| | 005 | AL-OMARI et al. Effect of the drug-matrix on the stability of enalapril maleate in tablet formulations. Journal of Pharmaceutical and Biomedical Analysis 25:893-902 (2001). | ☐ |
| | 006 | AL-OMARI, M.M. et al., Effect of the drug-matrix on the stability of enalapril maleate in tablet formulations, J. of Pharmaceutical and Biomedical Analysis 25 (2001) 893-902. . | ☐ |
| | 007 | BHARDWAJ et al. Study of forced degradation behavior of enalapril maleate by LC and LC-MS and development of a validated stability-indicating assay method. Journal of Pharmaceutical and Biomedical Analysis 46:113-120 (2008). | ☐ |
| | 008 | BLOWEY. Update on the pharmacologic treatment of hypertension in pediatrics. Journal of Clinical Hypertension 14(6), 383-387 (2012). | ☐ |
| | 009 | BOUKARIM et al. Preservatives in liquid pharmaceutical preparations. The Journal of Applied Research 9(1 & 2):14-17 (2009). | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /S.M.R/

BION-ESOL-00038553

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 17/150,587 |
| | Filing Date | 01-15-2021 |
| | First Named Inventor | Gerold L. MOSHER |
| | Art Unit | 1629 |
| | Examiner Name | RAO, Savitha |
| Sheet | 7 | of | 19 | Attorney Docket Number | 43060-707.308 |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 010 | BOURGAULT et al., Reference-based pricing of prescription drugs: exploring the equivalence of angiotensin-converting-enzyme inhibitors. CMAJ 161:255-60 (1999). | ☐ |
| | 011 | BRILLA et al., Lisinopril-Mediated regression of myocardial fibrosis in patients with hypertensive heart disease. Circulation 102:1388-1393 (2000). | ☐ |
| | 012 | CABOT CORPORATION, "Influence of CAB-O-SIL® M-5P on the Angle of Repose and Flow Rates of Pharmaceutical Powders," 10 pages (2004). | ☐ |
| | 013 | CALABRO et al. Hemodynamic effects of a single oral dose of enalapril among children with asymptomatic chronic mitral regurgitation. American Heart Journal 138(5, Pt. 1):955-961 (1999). | ☐ |
| | 014 | CASAS, M., et al., " Physicochemical Stability of Captopril and Enalapril Extemporaneous Formulations for Pediatric Patients, " Pharmaceutical Development and Technology, 20(3):271-278 (May 2015). | ☐ |
| | 015 | Definition of Hypertension (1 page) retrieved from: http://medical-dictionary.thefreedictionary.com/hypertension (2008). | ☐ |
| | 016 | DELUCCHI et al., "Enalapril and prednisone in children with nephrotic-range proteinuria," Pediatric nephrology (Berlin, Germany) (2000), 14(12), 1088-91, Database: MEDLINE. | ☐ |
| | 017 | Drug Information on Enalapril (3 pages), 2001. retrieved from: http://www.accessdata.fda.gov/drugsatfda_docs/nda/2001/18-998s058_Vasotec.cfm. | ☐ |
| | 018 | DRUGS.COM. Enalapril Tablets Soluble. Website [online]. [available online 09 May 2010] [retrieved on 16 January 2014], 11 pages. Retrieved from the Internet< URL: https://web.archive.org/web/20100509220009/http://www.drugs.com/pro/enalapril-tablets-soluble.html>. Enalapril Tablets Soluble- Clinical Pharmacology; Indications and Usage for Enalapril Tablets Soluble; Enalapril Tablets Soluble Dosage and Administration. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /S.M.R/

BION-ESOL-00038554

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 17/150,587 |
| | Filing Date | 01-15-2021 |
| | First Named Inventor | Gerold L. MOSHER |
| | Art Unit | 1629 |
| | Examiner Name | RAO, Savitha |
| Sheet | 8 | of | 19 | Attorney Docket Number | 43060-707.308 |

## NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 019 | European Patent Application No. 13844343.7 Communication dated March 15, 2018. | ☐ |
| | 020 | European Patent Application No. 13844343.7 Extended European Search Report dated February 19, 2016. | ☐ |
| | 021 | European Search Report for EP17767676.4 dated October 8, 2019 (43060-701.611 EP). | ☐ |
| | 022 | Extended European Search Report dated February 19, 2016, for EP Application No. 13844343.7 (43060-701.611). | ☐ |
| | 023 | Extended European Search Report issued February 19, 2016, for EP Application No. 13844343.7 (430i60-701.611EP). | ☐ |
| | 024 | Final Office Action dated 11/19/2019 for US Serial No. 16/242,898 (43060-707.305). | ☐ |
| | 025 | GARRETT. Prediction of stability of drugs and pharmaceutical preparations. Journal of Pharmaceutical Sciences 51(9):811-833 (1962). | ☐ |
| | 026 | GLASS et al. Stability considerations in liquid dosage forms extemporaneously prepared from commercially available products. J Pharm Sci 9(3):398-426 (2006). | ☐ |
| | 027 | Gulf Cooperation Council. The GCC Guidelines for Stability Testing of Drug Substances and Pharmaceutical Products. Publication [online]. Edition Two, 1428 H-2007 G [available online July 2011] [retrieved on 3 February 2014]. Retrieved from the Internet:< URL: https://web.archive.org/web/20110726040053/http://www.ich.org/fileadmin/Public_ Web_Site/ ABOUT_ ICH/Organisation/GCC/T opics under_Harmonisation/Stability.pdf>. page 22, 2.9 .3; page 25, 2.9.7. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /S.M.R/

BION-ESOL-00038555

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | Application Number | 17/150,587 |
| | | | Filing Date | 01-15-2021 |
| | | | First Named Inventor | Gerold L. MOSHER |
| | | | Art Unit | 1629 |
| | | | Examiner Name | RAO, Savitha |
| Sheet | 9 | of | 19 | Attorney Docket Number | 43060-707.308 |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 028 | Handbook of Pharmaceutical Excipients, Fifth edition, edited by Raymond C. Rowe et al., London: Pharmaceutical Press, 2006, (monographs for citric acid monohydrate, sodium benzoate, sodium citrate, sodium hydroxide, and xylitol), 23 pages. | ☐ |
| | 029 | HARRIS, Daniel C. Exploring Chemical Analysis, 4th edition. New York:W.H. Freeman and Company, 2009 (Chapters 8,9,21 and 22), 105 pages. | ☐ |
| | 030 | HENSEL et al. Transesterification reactions off parabens (Alkyl 4-Hydroxybenzoates) with polyols in aqueous solution. J Pharm Sci 84(1):115-119 (1995). | ☐ |
| | 031 | HSU et al. Enalapril in Infants With Single Ventricle: Results of a Multicenter Randomized Trial. Circulation 122(4):333-340 (2010). | ☐ |
| | 032 | HSU et al. Rationale and design of a trial of angiotensin-converting enzyme inhibition in infants with single ventricle. American Heart Journal 157(1):37-45 (2009). | ☐ |
| | 033 | International Search Report and Written Opinion dated June 16, 2017 for PCT/US17/023074 (WO2017161339). | ☐ |
| | 034 | KALAITZIDIS et al. Prehypertension: is it relevant for nephrologists? Kidney International 77:194-200 (2010). | ☐ |
| | 035 | LI et al. Lessons learned from a pediatric clinical trial: The Pediatric Heart Network Angiotensin-Converting Enzyme Inhibition in Mitral Regurgitation Study. American Heart Journal 161(2):233-240 (2011). | ☐ |
| | 036 | LIERN et al., "The additive antiproteinuric effect of Enalapril and Losartan to normotensive patients with pathology proteinuria," Nefrologia : publicacion oficial de la Sociedad Espanola Nefrologia (2004), 24(6), 553-8, Database: MEDLINE (with English abstract). | ☒ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /S.M.R/

BION-ESOL-00038556

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Complete if Known | |
|---|---|---|
| | Application Number | 17/150,587 |
| | Filing Date | 01-15-2021 |
| | First Named Inventor | Gerold L. MOSHER |
| | Art Unit | 1629 |
| | Examiner Name | RAO, Savitha |
| Sheet    10    of    19 | Attorney Docket Number | 43060-707.308 |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 037 | LIMA et al., "Stability and in vitro release profile of enalapril maleate from different commercially available tablets: Possible therapeutic implications," Journ. Pharmac. and Biomed. Analysis, 47, pp 934-937 (2008). | ☐ |
| | 038 | LIPSHULTZ, "Exposure to anthracyclines during childhood causes cardiac injury," Seminars in Oncology (2006), 33(3, Suppl. 8), S8-S14., Database: CAPLUS, DOI:10.1053/j.seminoncol.2006.04.019. | ☐ |
| | 039 | MA et al., HPLC and LC-MS studies of the transesterification reaction of Methylparaben with twelve 3- to 6-carbon sugar alcohols and propylene glycol and the isomerization of the reaction products by acyl migration. Journal of Chromatograaphic Science, 40(3):170-177, 2002. | ☐ |
| | 040 | MC NAHATA et al., Stability of enalapril maleate in three extemporaneously prepared oral liquids, American Journal of Health System Pharmacy, American Socieyt of Healthy Systems Pharmacy, US, Vol. 55, No. 11, 1 June 1998, Pages 1155-1157. . | ☐ |
| | 041 | MEYERS et al. Pharmacotherapy Review of Chronic Pediatric Hypertension. Clinical Therapeutics (2011), 33(10), 1331-1356. Database: CAPLUS, DOI:10.1016/j.clinthera.2011.09.003. | ☐ |
| | 042 | MILLER et al., "Enalapril: a well-tolerated and efficacious agent for the paediatric hypertensive patient," Journal of hypertension. Supplement : official journal of the International Society of Hypertension (1986), 4(5), S413-6, Database: MEDLINE. | ☐ |
| | 043 | MILLER et al., "Enalapril: a well-tolerated and efficacious agent for the pediatric hypertensive patient," Journal of cardiovascular pharmacology (1987), 10 Suppl 7S154-6, Database: MEDLINE. | ☐ |
| | 044 | MIR et al., "Effect of carvedilol on QT duration in pediatric patients with congestive heart failure," Clinical Drug Investigation (2004), 24(1), 9-15. Database: CAPLUS, DOI:10.2165/00044011-200424010-00002. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /S.M.R/

BION-ESOL-00038557

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Complete if Known | |
|---|---|---|
| | Application Number | 17/150,587 |
| | Filing Date | 01-15-2021 |
| | First Named Inventor | Gerold L. MOSHER |
| | Art Unit | 1629 |
| | Examiner Name | RAO, Savitha |
| Sheet | 11 | of | 19 | Attorney Docket Number | 43060-707.308 |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 045 | MOMMA, "ACE inhibitors in pediatric patients with heart failure," Paediatric drugs (2006), 8(1), 55-69, Database: MEDLINE. | ☐ |
| | 046 | NAHATA et al.Stability of enalapril maleate in three extemporaneously prepared oral liquids. Am. J. Health-Syst Pharm 55:1155-1157 (1998). | ☐ |
| | 047 | NAKAMURA et al., "The kinetic profiles of enalapril and enalaprilat and their possible developmental changes in pediatric patients with congestive heart failure," Clinical pharmacology and therapeutics (1994), 56(2), 160-8, Database: MEDLINE. | ☐ |
| | 048 | National institutes of Health. 'MedlinePius: Hypertension'. Website [online]. [available online 20 May 2012] [retrieved on 16 January 2014], 5 pages. Retrieved from the Internet:< URL:https://web.archive.org/web/20120520035026/http://www.nlm.nih.gov/medlineplus/ency/art icle/000468.htm>. | ☐ |
| | 049 | Nationwide Children's Hospital. 'Enalapril Oral Suspension' Publication [online]. 29 March 2010 [retrieved on 14 Jnauary 2014], 1 page. Retrieved from the Internet:< URL:http://www.nationwidechildrens.org/Document/Get/78785>. | ☐ |
| | 050 | Nationwide Children's Hospital Pharmacy, Columbus, Ohio, Enalapril Oral Suspension Dosage Form, 29 March, 2010, XP055291016. | ☐ |
| | 051 | NIAZI, Sarfaraz K. Handbook of Pharmaceutical Manufacturing Formulations: Liquid Products, Volume 3, Second edition. New York: Informa Healthcare USA, Inc., 2009, 400 pages. | ☐ |
| | 052 | Nicolosi et al., The prognostic value of predischarge quantitative two-dimensional echocardiographic measurements and the effects of early lisinopril treatment on left ventricular structure and function after acute myocardial infarction in the GISSI-3 trial. European Heart Journal, 17:1646-1656, 1996. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /S.M.R/

BION-ESOL-00038558

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 17/150,587 |
| | Filing Date | 01-15-2021 |
| | First Named Inventor | Gerold L. MOSHER |
| | Art Unit | 1629 |
| | Examiner Name | RAO, Savitha |
| Sheet 12 of 19 | Attorney Docket Number | 43060-707.308 |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 053 | Non-Final Office Action mailed January 7, 2020, for US Serial No.: 16/177,159 (43060-707.304). | ☐ |
| | 054 | Novartis AG (Appellants) v. Torrent Pharmaceuticals Limited, Apotex Inc., Mylan Pharmaceuticals Inc., (Appellees), No. 2016-1352, Slip Opinion decided April 12, 2017, 27 pages. | ☐ |
| | 055 | NUNN et al. Formulation of medicines for children. British Journal of Clinical Pharmacology, 59:6, pp 674-676 (2005). | ☐ |
| | 056 | Packer et al., Comparative effects of low and high doses of the angiotensin-converting enzyme inhibitor, lisinopril, on morbidity and mortality in chronic heart failure. Circulation, 100:2312-1218, 1999. | ☐ |
| | 057 | PARISH: How do salt and sugar prevent microbial spoilage?; Scientific American (2006). | ☐ |
| | 058 | PATEL et al., "Extemporaneous Dosage Form for Oral Liquids," Pharmacophore, Vol. 2, No. 2, pp. 86-103 (2011). | ☐ |
| | 059 | PCT Patent Application No. PCT/US2013/063096 Written Opinion dated February 20, 2014. | ☐ |
| | 060 | PCT Patent Application No. PCT/US2016/059348 International Search Report and Written Opinion dated January 3, 2017. | ☐ |
| | 061 | PCT Patent Application No. PCT/US2017/023074 International Search Report and Written Opinion dated June 16, 2017. | ☐ |
| | 062 | PCT/US2013/63096 International Search Report and Written Opinion dated February 20, 2014. | ☐ |
| | 063 | Product Information of Bicitra, "Sodium Citrate and Citric Acid Oral Solution USP." 2 pages. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /S.M.R/

BION-ESOL-00038559

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | | Application Number | 17/150,587 |
| | | | | Filing Date | 01-15-2021 |
| | | | | First Named Inventor | Gerold L. MOSHER |
| | | | | Art Unit | 1629 |
| | | | | Examiner Name | RAO, Savitha |
| Sheet | 13 | of | 19 | Attorney Docket Number | 43060-707.308 |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 064 | Product Information of Ora-Sweet(1 page, 2013) retrieved from, http://www.stobec.com/documents/data/8196.pdf. | ☐ |
| | 065 | PROESMANS et al., "Enalapril in children with Alport syndrome," Pediatric nephrology (Berlin, Germany) (2004), 19(3), 271-5, Database: MEDLINE. | ☐ |
| | 066 | PROESMANS et al., 'Long-term therapy with enalapril in patients with nephrotic-range proteinuriam," Pediatric nephrology (Berlin, Germany) (1996), 10(5), 587-9, Database: MEDLINE. | ☐ |
| | 067 | PROSEMANS et al., "Enalapril in pediatric patients with Alport syndrome: 2 years' experience," European Journal of Pediatrics (2000), 159(6), 430-433. Database: CAPLUS, DOI:10.1007/s004310051301. | ☐ |
| | 068 | Raia, et al., Angiotensin-converting enzyme inhibitors: A Comparative review. DPIC, The Annuals of Pharmacotherapy, 24:506-525, 1990. | ☐ |
| | 069 | RAMUSOVIC ET AL., "Determination of enalapril and enalaprilat in small human serum quantities for pediatric trials by HPLC-tandem mass spectrometry," Biomedical Chromatography (2012), 26(6), 697-702. Database: CAPLUS, DOI:10.1002/bmc.1716. | ☐ |
| | 070 | REZENDE et al., "Stability and Compatibility Study on Enalapril Maleate Using Thermoanalytical Techniques," Journ Thermal Analysis and Calorimetry, 93:3, pp 881-886 (2008). | ☐ |
| | 071 | RIPPLEY et al., "Pharmacokinetic Assessment of an Oral Enalapril Suspension for Use in Children," Biopharmaceutics and Drug Disposition 21:339-344 (2000). | ☐ |
| | 072 | ROSE et al., Stability of Lisinopril syrup (2 mg/mL) extemporaneously compounded from tablets. Int J Pharm Compd. 4(5):398-399 (2000). | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /S.M.R/

BION-ESOL-00038560

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | Application Number | 17/150,587 |
| | | | Filing Date | 01-15-2021 |
| | | | First Named Inventor | Gerold L. MOSHER |
| | | | Art Unit | 1629 |
| | | | Examiner Name | RAO, Savitha |
| Sheet | 14 | of | 19 | Attorney Docket Number | 43060-707.308 |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 073 | RUSSELL, Craig Allen, Paediatric Drug Development: - Reformulation, In Vitro, Genomic and In Vivo Evaluation. Thesis, April 2014, 330 pages. | ☐ |
| | 074 | Schlatter et al., Stability of Enalapril solutions prepared from tablets in sterile water. Australian J. Hospital Pharmacy, 27:395, 1997. | ☐ |
| | 075 | SEIKALY. Hypertension in children: an update on treatment strategies. Current Opinion in Pediatrics, 19:170-177, 2007. | ☐ |
| | 076 | SILBER et al., "Design and baseline characteristics for the ACE inhibitor after anthracycline (AAA) study of cardiac dysfunction in long-term pediatric cancer survivors," American Heart Journal (2001), 142(4), 577-585. Database: CAPLUS, DOI:10.1067/mhj.2001.118115. | ☐ |
| | 077 | SILBER et al., "Enalapril to prevent cardiac function decline in long-term survivors of pediatric cancer exposed to anthracyclines," Journal of Clinical Oncology (2004), 22(5), 820-828. Database: CAPLUS, DOI:10.1200/JCO.2004.06.022. | ☐ |
| | 078 | **SIMONČIČ et al., "Use of microcalorimetry in determination of stability of enalapril maleate and enalapril maleate table formulations," Int'l. Journ. Pharmaceutics, 342, pp. 145-151 (2007).** | ☐ |
| | 079 | SIPAHI et al. Effect of Antihypertensive Therapy on Incident Stroke in Cohorts with Prehypertensive Blood Pressure Levels: A Meta-Analysis of Randomized Controlled Trials, Stroke: Journal of the America! Heart Association [online], 8 December 2011 (retrieved 16 January 2014]. 10 pages. Retrieved from the Internet:< URL:http://www.medpagetoday.com/upload/2011/12/9/Stroke-2011-Sipahi-STROKEAHA.111.636829.pdf>. | ☐ |
| | 080 | SIPAHI et al., "Effects of normal, pre-hypertensive, and hypertensive blood pressure levels on progression of coronary atherosclerosis, J. Am. Coll. Cardiol. 48, 833-838, 2006. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /S.M.R/

BION-ESOL-00038561

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | | Application Number | 17/150,587 |
| | | | | Filing Date | 01-15-2021 |
| | | | | First Named Inventor | Gerold L. MOSHER |
| | | | | Art Unit | 1629 |
| | | | | Examiner Name | RAO, Savitha |
| Sheet | 15 | of | 19 | Attorney Docket Number | 43060-707.308 |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 081 | Sosnowska et al., "Stability of Extemporaneous Enalapril Maleate Suspensions for Pediatric Use Prepared from Commercially Available Tablets," Acta Poloniae Pharmaceutica, vol. 66, No. 3, pp. 321-326 (2009). | ☐ |
| | 082 | SOSNOWSKA et al., "Stability of Extemporaneous Enalapril Maleate Suspensions for Pediatric Use Prepared from Commercially Available Tablets," Acta Poloniae Pharmaceutica, Vol. 66, No. 3, pp. 321-326 (2009). | ☐ |
| | 083 | STANDING et al. Paediatric formulations-Getting to the heart of the problem. International Journal of Pharmaceutics (2005), 300(1-2), 56-66. Database: CAPLUS,. | ☐ |
| | 084 | STANISZ, "Evaluation of stability of enalapril maleate in solid phase," Journ. Pharma. and Biomed. Analysis, 31, pp 375-380 (2003). | ☐ |
| | 085 | TEVA UK, Limited. Enalapril Maleate 2.5 mg, 5 mg, 10 mg and 20 mg Tablets. Product Brochure [online]. March 2011 [retrieved on 14 January 2014], 8 pages. Retrieved from the Internet:< URL:http://www.drugs.com/uk/pdf/leaflet/213793.pdf>. column 2, lines 70-76. | ☐ |
| | 086 | THOMPSON et al., Characterization of an entemporaneous liquid formulation of lisinopril. Am J Health Syst Pharm. 60(1):69-74 (2003). | ☐ |
| | 087 | Tian et al., Effect of organic anion-transporting polypeptide 1B1 (OATP1B1) polymorphism on the single- and multiple-dose pharmacokinetics of enalapril in healthy Chinese adult men Clinical Therapeutics, 33(5): 655 (2011). | ☐ |
| | 088 | U.S. Patent Application No. 13/670,355 Office Action dated February 8, 2013. | ☐ |
| | 089 | U.S. Patent Application No. 13/670,355 Office Action dated July 30, 2013. | ☐ |
| | 090 | U.S. Patent Application No. 13/914,452 Office Action dated August 28, 2013. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /S.M.R/

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | | Application Number | 17/150,587 |
| | | | | Filing Date | 01-15-2021 |
| | | | | First Named Inventor | Gerold L. MOSHER |
| | | | | Art Unit | 1629 |
| | | | | Examiner Name | RAO, Savitha |
| Sheet | 16 | of | 19 | Attorney Docket Number | 43060-707.308 |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 091 | U.S. Patent Application No. 14/433,502 Office Action dated December 29, 2016. | ☐ |
| | 092 | U.S. Patent Application No. 14/433,502 Restriction Requirement dated April 12, 2016. | ☐ |
| | 093 | U.S. Patent Application No. 14/934,752 First Action Interview dated January 25, 2016. | ☐ |
| | 094 | U.S. Patent Application No. 14/934,752 Office Action dated April 26, 2016. | ☐ |
| | 095 | U.S. Patent Application No. 15/081,603 First Action Interview dated September 2, 2016. | ☐ |
| | 096 | U.S. Patent Application No. 15/081,603 First Action Interview Office Action Summary dated January 17, 2017. | ☐ |
| | 097 | U.S. Patent Application No. 15/268,095 Office Action dated October 13, 2016. | ☐ |
| | 098 | U.S. Patent Application No. 15/433,743 Office Action dated June 5, 2017. | ☐ |
| | 099 | U.S. Patent Application No. 15/483,691 Office Action dated June 8, 2017. | ☐ |
| | 100 | U.S. Patent Application No. 15/613,622 Office Action dated August 11, 2017. | ☐ |
| | 101 | U.S. Patent Application No. 15/850,732 Office Action dated March 1, 2018. | ☐ |
| | 102 | U.S. Patent Application No. 16/003,994 Office Action dated September 20, 2018. | ☐ |
| | 103 | U.S. Patent Application No. 16/177,159 Advisory Action dated September 16, 2019. | ☐ |
| | 104 | U.S. Patent Application No. 16/177,159 Final Office Action dated June 24, 2019. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /S.M.R/

BION-ESOL-00038563

Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 17/150,587 |
| | Filing Date | 01-15-2021 |
| | First Named Inventor | Gerold L. MOSHER |
| | Art Unit | 1629 |
| | Examiner Name | RAO, Savitha |
| Sheet 17 of 19 | Attorney Docket Number | 43060-707.308 |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 105 | U.S. Patent Application No. 16/242,898 Office Action dated May 2, 2019. | ☐ |
| | 106 | U.S. Patent Application No. 15/802,341 Office Action dated April 19, 2018. | ☐ |
| | 107 | VAN HECKEN et al. Absence of a pharmacokinetic interaction between enalapril and frusemide" British Journal of Clinical Pharmacology, 1987, Vol. 23:84-87. | ☐ |
| | 108 | VASOTEC (Enalapril Maleate) Product Insert (2010) 5 pages (Best copy available). | ☐ |
| | 109 | WANG et al., "Eudragit E Accelerated the Diketopiperazine Formation of Enalapril Maleate Determined by Thermal FTIR Microspectroscopic Technique," Pharmaceutical Research, Vol. 21, No. 11, November 2004. | ☐ |
| | 110 | WEBSTER et al., The Stability of Lisinopril as an extemporaneous syrup. Int J Pharm Compd. 1(5):352-353 (1997). | ☐ |
| | 111 | WELLS et al., "A double-blind, placebo-controlled, dose-response study of the effectiveness and safety of enalapril for children with hypertension," Journal of Clinical Pharmacology (2002), 42(8), 870-880. Database: CAPLUS, DOI:10.1177/009127002401102786. | ☐ |
| | 112 | WELLS et al., "The Pharmacokinetics of Enalapril in Children and Infants with Hypertension," J. Clin Pharmacol 41:1064-1074 (2001). | ☐ |
| | 113 | WILLIAMS et al, "Factors affecting growth in infants with single ventricle physiology: a report from the Pediatric Heart Network Infant Single Ventricle Trial," The Journal of Pediatrics (2011), 159(6), 1017-22.e2, Database: MEDLINE. | ☐ |

| Examiner Signature | /SAVITHA M RAO/ | Date Considered | 05/11/2021 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /S.M.R/

# EAST Search History

## EAST Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 0 | ("17".src. and "228024".ap.) or "17228024".RLAN. | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2021/05/11 10:33 |
| L2 | 294 | ((("MOSHER") near3 ("Gerold")) OR (("MILES") near3 ("David"))).INV. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2021/05/11 10:34 |
| L3 | 22,415 | enalapril | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2021/05/11 10:34 |
| L4 | 33 | L3 with (citric or citrate) with benzoate with (water or aqueous) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2021/05/11 10:34 |
| L5 | 57,312 | ( ( A61K31/401 OR A61K47/12 OR A61K47/26 OR A61K9/0053 OR A61K9/0095).CPC. ) | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2021/05/11 10:34 |
| L6 | 29 | L5 and L4 | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2021/05/11 10:34 |
| L7 | 52 | ("10039745" | "10154987" | "10772868" | "10786482" | "10918621" | "20040171669" | "20040258757" | "20060094760" | "20060121066" | "20070265344" | "20080221156" | "20080234291" | "20090269287" | "20100222334" | "20110003798" | "20140100260" | "20150148335" | "20150258027" | "20170119840" | "20170209523" | "20170266159" | "20180055821" | "20190070147" | "4374829" | "4472380" | "4510083" | "4743450" | "4793998" | "4830853" | "4931430" | "5049553" | "5698562" | | US-PGPUB; USPAT | OR | ON | 2021/05/11 10:34 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | "6028222" \| "6300361" \| "6300362" \| "6413988" \| "6509350" \| "6790861" \| "6869963" \| "6977257" \| "7101888" \| "7605148" \| "8153824" \| "8568747" \| "8778366" \| "8927028" \| "9463183" \| "9616096" \| "9669008" \| "9808442" \| "9855214" ").PN. | | | | |
| L8 | 43 | ("10039745" \| "20040171669" \| "20040258757" \| "20060094760" \| "20060121066" \| "20070265344" \| "20080221156" \| "20080234291" \| "20090269287" \| "20100222334" \| "20110003798" \| "20140100260" \| "20150148335" \| "20150258027" \| "20170266159" \| "4374829" \| "4472380" \| "4510083" \| "4743450" \| "4793998" \| "4830853" \| "4931430" \| "5049553" \| "5698562" \| "6028222" \| "6300361" \| "6300362" \| "6413988" \| "6509350" \| "6790861" \| "6869963" \| "6977257" \| "7101888" \| "7605148" \| "8153824" \| "8568747" \| "8778366" \| "8927028" \| "9463183" \| "9669008" \| "9808442" \| "9855214" \| "9968553").PN. | US-PGPUB; USPAT | OR | ON | 2021/05/11 10:35 |
| L9 | 22,415 | enalapril | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2021/05/11 10:35 |
| L10 | 28 | L8 and L9 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2021/05/11 10:35 |
| S1 | 1 | ("16".src. and "242898".ap.) or "16242898".RLAN. | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2020/07/09 09:41 |
| S2 | 272 | (((("MOSHER") near3 ("Gerold")) OR (("MILES") near3 ("David"))).INV. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2020/07/09 09:42 |
| S3 | 43 | ("10039745" \| "20040171669" \| "20040258757" \| "20060094760" \| "20060121066" \| "20070265344" \| "20080221156" \| "20080234291" \| | US-PGPUB; USPAT | OR | ON | 2020/07/09 09:44 |

BION-ESOL-00038566

|   |   | "20090269287" \| "20100222334" \| "20110003798" \| "20140100260" \| "20150148335" \| "20150258027" \| "20170266159" \| "4374829" \| "4472380" \| "4510083" \| "4743450" \| "4793998" \| "4830853" \| "4931430" \| "5049553" \| "5698562" \| "6028222" \| "6300361" \| "6300362" \| "6413988" \| "6509350" \| "6790861" \| "6869963" \| "6977257" \| "7101888" \| "7605148" \| "8153824" \| "8568747" \| "8778366" \| "8927028" \| "9463183" \| "9669008" \| "9808442" \| "9855214" \| "9968553").PN. |   |   |   |   |
|---|---|---|---|---|---|---|
| S4 | 21,584 | enalapril | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/07/09 09:45 |
| S5 | 33 | S2 and S4 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/07/09 09:45 |
| S6 | 28 | S3 and S4 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/07/09 09:45 |
| S7 | 7,952 | S4 and (citric or citrate) and benzoate and (water or aqueous) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/07/09 09:46 |
| S8 | 5,853 | S7 and preservative | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/07/09 09:46 |
| S9 | 24 | S4 with (citric or citrate) with benzoate with (water or aqueous) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/07/09 09:46 |

BION-ESOL-00038567

| S10 | 51,109 | ( (A61K31/401 OR A61K47/12 OR A61K47/26 OR A61K9/0053 OR A61K9/0095).CPC. ) | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2020/07/09 10:18 |
|-----|--------|------|------|----|----|------|
| S11 | 1,565 | S4 and S10 | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2020/07/09 10:19 |
| S12 | 21 | S10 and S9 | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2020/07/09 10:19 |
| S20 | 1 | ("16".src. and "242898".ap.) or "16242898".RLAN. | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2020/07/28 14:32 |
| S21 | 272 | (((("MOSHER") near3 ("Gerold")) OR (("MILES") near3 ("David"))).INV. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2020/07/28 14:33 |
| S22 | 43 | ("10039745" \| "20040171669" \| "20040258757" \| "20060094760" \| "20060121066" \| "20070265344" \| "20080221156" \| "20080234291" \| "20090269287" \| "20100222334" \| "20110003798" \| "20140100260" \| "20150148335" \| "20150258027" \| "20170266159" \| "4374829" \| "4472380" \| "4510083" \| "4743450" \| "4793998" \| "4830853" \| "4931430" \| "5049553" \| "5698562" \| "6028222" \| "6300361" \| "6300362" \| "6413988" \| "6509350" \| "6790861" \| "6869963" \| "6977257" \| "7101888" \| "7605148" \| "8153824" \| "8568747" \| "8778366" \| "8927028" \| "9463183" \| "9669008" \| "9808442" \| "9855214" \| "9968553").PN. | US-PGPUB; USPAT | OR | ON | 2020/07/28 14:33 |
| S23 | 21,622 | enalapril | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/07/28 14:33 |
| S24 | 28 | S22 and S23 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | OR | ON | 2020/07/28 14:33 |

| | | | DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S25 | 25 | S23 with (citric or citrate) with benzoate with (water or aqueous) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/07/28 14:33 |
| S26 | 51,482 | ( (A61K31/401 OR A61K47/12 OR A61K47/26 OR A61K9/0053 OR A61K9/0095).CPC. ) | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2020/07/28 14:33 |
| S27 | 21 | S26 and S25 | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2020/07/28 14:33 |
| S35 | 0 | ("16".src. and "883553".ap.) or "16883553".RLAN. | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2020/08/10 07:53 |
| S36 | 43 | ("10039745" \| "20040171669" \| "20040258757" \| "20060094760" \| "20060121066" \| "20070265344" \| "20080221156" \| "20080234291" \| "20090269287" \| "20100222334" \| "20110003798" \| "20140100260" \| "20150148335" \| "20150258027" \| "20170266159" \| "4374829" \| "4472380" \| "4510083" \| "4743450" \| "4793998" \| "4830853" \| "4931430" \| "5049553" \| "5698562" \| "6028222" \| "6300361" \| "6300362" \| "6413988" \| "6509350" \| "6790861" \| "6869963" \| "6977257" \| "7101888" \| "7605148" \| "8153824" \| "8568747" \| "8778366" \| "8927028" \| "9463183" \| "9669008" \| "9808442" \| "9855214" \| "9968553").PN. | US-PGPUB; USPAT | OR | ON | 2020/08/10 07:54 |
| S37 | 21,652 | enalapril | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/08/10 07:54 |
| S38 | 28 | S36 and S37 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/08/10 07:54 |

| S39 | 25 | S37 with (citric or citrate) with benzoate with (water or aqueous) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/08/10 07:54 |
|---|---|---|---|---|---|---|
| S40 | 51,782 | ( (A61K31/401 OR A61K47/12 OR A61K47/26 OR A61K9/0053 OR A61K9/0095).CPC. ) | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2020/08/10 07:54 |
| S41 | 21 | S40 and S39 | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2020/08/10 07:54 |
| S42 | 274 | ((("MOSHER") near3 ("Gerold")) OR (("MILES") near3 ("David"))).INV. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2020/08/10 07:54 |
| S50 | 1 | ("16".src. and "991575".ap.) or "16991575".RLAN. | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2020/12/28 11:07 |
| S51 | 287 | ((("MOSHER") near3 ("Gerold")) OR (("MILES") near3 ("David"))).INV. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2020/12/28 11:07 |
| S52 | 22,058 | enalapril | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/12/28 11:09 |
| S53 | 32 | S52 with (citric or citrate) with benzoate with (water or aqueous) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/12/28 11:09 |
| S54 | 54,891 | ( (A61K31/401 OR A61K47/12 OR A61K47/26 OR A61K9/0053 OR A61K9/0095).CPC. ) | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2020/12/28 11:09 |
| S55 | 28 | S54 and S53 | US-PGPUB; USPAT; USOCR; DERWENT | OR | ON | 2020/12/28 11:09 |

**EAST Search History (Interference)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L11 | 35,463 | ( (A61K31/401 OR A61K47/12 OR A61K47/26 OR A61K9/0053 OR A61K9/0095).CPC. ) | US-PGPUB; USPAT | OR | ON | 2021/05/11 10:35 |
| L12 | 20,162 | enalapril | US-PGPUB; USPAT | OR | ON | 2021/05/11 10:35 |
| L13 | 1,507 | L11 and L12 | US-PGPUB; USPAT | OR | ON | 2021/05/11 10:35 |
| L14 | 863 | L13 and citric | US-PGPUB; USPAT | OR | ON | 2021/05/11 10:35 |
| L15 | 623 | L14 and buffer | US-PGPUB; USPAT | OR | ON | 2021/05/11 10:35 |
| L16 | 619 | L15 and liquid | US-PGPUB; USPAT | OR | ON | 2021/05/11 10:35 |
| L17 | 456 | L16 and stable | US-PGPUB; USPAT | OR | ON | 2021/05/11 10:35 |
| S13 | 31,643 | ( (A61K31/401 OR A61K47/12 OR A61K47/26 OR A61K9/0053 OR A61K9/0095).CPC. ) | US-PGPUB; USPAT | OR | ON | 2020/07/09 10:19 |
| S14 | 19,404 | enalapril | US-PGPUB; USPAT | OR | ON | 2020/07/09 10:21 |
| S15 | 1,391 | S13 and S14 | US-PGPUB; USPAT | OR | ON | 2020/07/09 10:21 |
| S16 | 785 | S15 and citric | US-PGPUB; USPAT | OR | ON | 2020/07/09 10:21 |
| S17 | 565 | S16 and buffer | US-PGPUB; USPAT | OR | ON | 2020/07/09 10:21 |
| S18 | 562 | S17 and liquid | US-PGPUB; USPAT | OR | ON | 2020/07/09 10:21 |
| S19 | 413 | S18 and stable | US-PGPUB; USPAT | OR | ON | 2020/07/09 10:22 |

BION-ESOL-00038571

| | | | | | | |
|---|---|---|---|---|---|---|
| S28 | 31,842 | ( ( A61K31/401 OR A61K47/12 OR A61K47/26 OR A61K9/0053 OR A61K9/0095).CPC. ) | US-PGPUB; USPAT | OR | ON | 2020/07/28 14:33 |
| S29 | 19,442 | enalapril | US-PGPUB; USPAT | OR | ON | 2020/07/28 14:33 |
| S30 | 1,394 | S28 and S29 | US-PGPUB; USPAT | OR | ON | 2020/07/28 14:33 |
| S31 | 786 | S30 and citric | US-PGPUB; USPAT | OR | ON | 2020/07/28 14:33 |
| S32 | 566 | S31 and buffer | US-PGPUB; USPAT | OR | ON | 2020/07/28 14:33 |
| S33 | 563 | S32 and liquid | US-PGPUB; USPAT | OR | ON | 2020/07/28 14:33 |
| S34 | 413 | S33 and stable | US-PGPUB; USPAT | OR | ON | 2020/07/28 14:33 |
| S43 | 31,996 | ( ( A61K31/401 OR A61K47/12 OR A61K47/26 OR A61K9/0053 OR A61K9/0095).CPC. ) | US-PGPUB; USPAT | OR | ON | 2020/08/10 07:53 |
| S44 | 19,469 | enalapril | US-PGPUB; USPAT | OR | ON | 2020/08/10 07:53 |
| S45 | 1,398 | S43 and S44 | US-PGPUB; USPAT | OR | ON | 2020/08/10 07:53 |
| S46 | 790 | S45 and citric | US-PGPUB; USPAT | OR | ON | 2020/08/10 07:53 |
| S47 | 569 | S46 and buffer | US-PGPUB; USPAT | OR | ON | 2020/08/10 07:53 |
| S48 | 566 | S47 and liquid | US-PGPUB; USPAT | OR | ON | 2020/08/10 07:53 |
| S49 | 415 | S48 and stable | US-PGPUB; USPAT | OR | ON | 2020/08/10 07:53 |
| S56 | 34,109 | ( ( A61K31/401 OR A61K47/12 OR A61K47/26 OR A61K9/0053 OR A61K9/0095).CPC. ) | US-PGPUB; USPAT | OR | ON | 2020/12/28 11:09 |

BION-ESOL-00038572

| S57 | 19,843 | enalapril | US-PGPUB; USPAT | OR | ON | 2020/12/28 11:09 |
| S58 | 1,454 | S56 and S57 | US-PGPUB; USPAT | OR | ON | 2020/12/28 11:09 |
| S59 | 831 | S58 and citric | US-PGPUB; USPAT | OR | ON | 2020/12/28 11:09 |
| S60 | 598 | S59 and buffer | US-PGPUB; USPAT | OR | ON | 2020/12/28 11:09 |
| S61 | 595 | S60 and liquid | US-PGPUB; USPAT | OR | ON | 2020/12/28 11:09 |
| S62 | 435 | S61 and stable | US-PGPUB; USPAT | OR | ON | 2020/12/28 11:09 |

5/11/2021 10:39:20 AM
H:\EAST - WKSP\Workspaces\17 applications\17150587.pts

BION-ESOL-00038573

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

By mail, send to:  Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to:  (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

21971    7590    05/18/2021
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

| Pamela J. Pari | (Typed or printed name) |
| /Pamela J. Pari/ | (Signature) |
| May 19, 2021 | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/150,587 | 01/15/2021 | Gerold L. Mosher | 43060-707.308 | 8547 |

TITLE OF INVENTION: ENALAPRIL FORMULATIONS

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1200 | $0.00 | $0.00 | $1200 | 08/18/2021 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| RAO, SAVITHA M | 1629 | 514-423000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-09 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Wilson Sonsini Goodrich & Rosati
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

SILVERGATE PHARMACEUTICALS, INC.

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Greenwood Village, CO

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☒ Corporation or other private group entity ☐ Government

4a. Fees submitted: ☒Issue Fee ☐Publication Fee (if required) ☐Advance Order - # of Copies _____

4b. Method of Payment: (Please first reapply any previously paid issue fee shown above)

☒ Electronic Payment via EFS-Web ☐ Enclosed check ☐ Non-electronic payment by credit card (Attach form PTO-2038)

☒ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. 23-2415

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature  /Chen, Ying/         Date  May 19, 2021

Typed or printed name  Ying Chen         Registration No.  72,136

PTOL-85 Part B (08-18) Approved for use through 01/31/2020    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

BION-ESOL-00038574

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 17150587 |
| **Filing Date:** | 15-Jan-2021 |
| **Title of Invention:** | ENALAPRIL FORMULATIONS |
| **First Named Inventor/Applicant Name:** | Gerold L. Mosher |
| **Filer:** | Ying NMN Chen/Pamela Pari |
| **Attorney Docket Number:** | 43060-707.308 |

Filed as Large Entity

**Filing Fees for** Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| UTILITY APPL ISSUE FEE | 1501 | 1 | 1200 | 1200 |

BION-ESOL-00038575

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **1200** |

BION-ESOL-00038576

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 42768578 |
| **Application Number:** | 17150587 |
| **International Application Number:** | |
| **Confirmation Number:** | 8547 |
| **Title of Invention:** | ENALAPRIL FORMULATIONS |
| **First Named Inventor/Applicant Name:** | Gerold L. Mosher |
| **Customer Number:** | 21971 |
| **Filer:** | Ying NMN Chen/Pamela Pari |
| **Filer Authorized By:** | Ying NMN Chen |
| **Attorney Docket Number:** | 43060-707.308 |
| **Receipt Date:** | 19-MAY-2021 |
| **Filing Date:** | 15-JAN-2021 |
| **Time Stamp:** | 18:13:29 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $1200 |
| RAM confirmation Number | E20215II13420985 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

BION-ESOL-00038577

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Issue Fee Payment (PTO-85B) | 43060_707_308_IssueFee.pdf | 1415367 / 286f3fe18e36868763add6f618ecb81c123c2908 | no | 1 |

**Warnings:**

**Information:**

| 2 | Fee Worksheet (SB06) | fee-info.pdf | 29978 / 9b3440ab9a152e33ddb0e6aa9f936bd4db39e62d | no | 2 |

**Warnings:**

**Information:**

| | Total Files Size (in bytes): | | 1445345 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

BION-ESOL-00038578

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/150,587 | 06/22/2021 | 11040023 | 43060-707.308 | 8547 |

21971        7590        06/02/2021
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s)  (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Gerold L. Mosher, Kansas City, MO;
Silvergate Pharmaceuticals, Inc., Greenwood Village, CO;
David W. Miles, Kansas City, MO;

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

IR103 (Rev. 10/09)

BION-ESOL-00038579